**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR W. MANGINO, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>      v.<br><br>LUCID GROUP, INC., PETER RAWLINSON, and SHERRY HOUSE,<br><br>          Defendants. | Case No. 3:22-cv-02094-JD<br><br>**[PROPOSED] ORDER** |
| ANANT GOEL, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>      v.<br><br>LUCID GROUP, INC., PETER RAWLINSON, and SHERRY HOUSE,<br><br>          Defendants. | Case No. 3:22-cv-03176 |

[PROPOSED] ORDER
Case No. 3:22-cv-02094-JD

Having considered the Motion of Anant Goel for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Lucid Group, Inc. Securities Litigation*, Master File No. 3:22-cv-02094-JD;

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Anant Goel as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2022      _____
                                        HON. JAMES DONATO
                                        UNITED STATES DISTRICT JUDGE