**KESSLER TOPAZ MELTZER**
     **& CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

*Counsel for Sjunde AP-Fonden and Proposed*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR W. MANGINO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUCID GROUP, INC., PETER RAWLINSON, and SHERRY HOUSE, <br><br> Defendants. | Case No. 3:22-cv-02094-JD <br><br> **DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF SJUNDE AP-FONDEN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> Date:  July 7, 2022 <br> Time:  10:00 a.m. <br> Dept.:  Courtroom 11, 19th Floor <br> Judge:  Hon. James Donato |
| ANANT GOEL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUCID GROUP, INC., PETER RAWLINSON, and SHERRY HOUSE, <br><br> Defendants. | Case No. 3:22-cv-03176 |

I, Jennifer L. Joost, declare as follows:

1.    I am a member in good standing of the bar of the State of California and of this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"). I submit this Declaration in support of the motion filed by Sjunde AP-Fonden ("AP7") for consolidation of related actions, appointment as Lead Plaintiff, and approval of its selection of Kessler Topaz to serve as Lead Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    AP7's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart of AP7's transactions and losses in Lucid Group, Inc. common stock during the Class Period;

Exhibit C:    Notice of the pendency of *Mangino v. Lucid Group, Inc., et al.*, No. 3:22-cv-02094-JD (N.D. Cal.), published on April 1, 2022, in *GlobeNewswire*; and

Exhibit D:    Firm résumé of Kessler Topaz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: May 31, 2022, at San Francisco, California.

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF SJUNDE AP-FONDEN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NOS. 3:22-CV-02094-JD, *ET AL*.                                                                                   1