# EXHIBIT B

**Sjunde AP-Fonden**
**LIFO Losses In Lucid Group, Inc.**
Class Period: 11/15/2021 - 2/28/2022
Retained Shares valued at:                            $21.33

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/30/2021 | 245,434 | $52.98 | $13,003,093.32 | Retained Shares | | 490,383 | $21.33 | $10,458,079.06 |
| Purchase | 11/30/2021 | 119,049 | $52.98 | $6,306,906.49 | | | | | |
| Purchase | 11/30/2021 | 125,900 | $52.98 | $6,670,182.00 | | | | | |
| | | 490,383 | | $25,980,181.81 | | | 490,383 | | $10,458,079.06 |

LIFO Losses In Lucid Group, Inc.    ($15,522,102.76)