# EXHIBIT C

Case 4:22-cv-02094-AMO    Document 31-4    Filed 05/31/22    Page 2 of 4

Kessler Topaz Meltzer & Check, LLP Announces the Filing of a Securities Fraud...

**News**Room

4/1/22 GlobeNewswire 00:00:00

GlobeNewswire
Copyright (c) 2022 GlobeNewswire, Inc.

April 1, 2022

Kessler Topaz Meltzer & Check, LLP Announces the Filing of a
Securities Fraud Class Action Lawsuit Against Lucid Group, Inc.

RADNOR, Pa., April 01, 2022 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP ( www.ktmc.com ) informs investors that the firm has filed a securities class action lawsuit in the United States District Court for the Northern District of California against Lucid Group, Inc. ("Lucid") (NASDAQ: LCID) on behalf of all persons and entities who purchased or otherwise acquired Lucid common stock between November 15, 2021, and February 28, 2022, inclusive (the "Class Period"). This action is captioned Victor W. Mangino v. Lucid Group, Inc., et al. , Case No. 3:22-cv-02094.

Important Deadline Reminder: Investors who purchased or otherwise acquired Lucid common stock during the Class Period may, no later than May 31, 2022, seek to be appointed as a lead plaintiff representative of the class.

CLICK HERE TOSUBMITYOURLUCIDLOSSES. YOU CAN ALSO CLICK ON THE FOLLOWING LINK OR COPY AND PASTE IN YOUR BROWSER:https://www.ktmc.com/new-cases/lucid-group-inc?utm_source=PR&utm_medium=link&utm_campaign=rlucid&mktm=r

LEAD PLAINTIFF DEADLINE:MAY 31, 2022

CLASS PERIOD: NOVEMBER 15, 2021 through FEBRUARY 28, 2022

CONTACT AN ATTORNEY TO DISCUSS YOUR RIGHTS : James Maro, Esq. (484) 270-1453 or Email atinfo@ktmc.com

LUCID'S ALLEGED MISCONDUCT Lucid, a Delaware corporation with principal executive offices in Newark, California, designs, engineers, builds, and sells luxury electric vehicles ("EVs"). Specifically, Lucid currently sells an electric sedan, the Lucid Air, and plans to launch an electric SUV, the Lucid Gravity.

On February 22, 2021, prior to the commercial launch of the Lucid Air, Lucid announced its plans to merge with Churchill Capital Corp. IV, a special purpose acquisition company, in a transaction that would allow Lucid securities to be publicly traded and would provide Lucid with $4.4 billion in capital. As Lucid transitioned into a publicly traded company, Defendants assured investors that Lucid would produce 577 EVs in 2021, 20,000 EVs in 2022, and 49,000 EVs in 2023 (including 12,000 of the Gravity SUV, which would launch that year).

On November 15, 2021, the first day of the Class Period, Lucid announced the company's first quarterly results following the commercial launch of the Lucid Air on September 28, 2021. In Lucid's press release announcing these results, the company touted its growth potential, stating that Lucid "[c]ontinued to invest in the business, readying production and deliveries." The press release also assured investors that Lucid "successfully began production of vehicles for customer deliveries, continued investing in capacity expansion of our manufacturing facility in Arizona, and opened new retail and service locations in advance

Kessler Topaz Meltzer & Check, LLP Announces the Filing of a Securities Fraud...

Case 4:22-cv-02094-AMO    Document 31-4    Filed 05/31/22    Page 3 of 4

of the Lucid Air launch." Additionally, Lucid confirmed that the company "remain[s] confident in our ability to achieve 20,000 units in 2022," and touted "the expansion of [Lucid's] manufacturing capacity," which was "expected to provide production capacity for up to 90,000 vehicles per year by the end of 2023 by expanding Lucid Air."

In addition to touting the company's production capabilities, Defendants also assured investors that supply chain issues, which were plaguing other auto manufacturers, would not interfere with Lucid's ability to reach its production targets.

Throughout the Class Period, Defendants repeatedly assured investors that Lucid's production capacity was rapidly increasing and that Lucid would reach its production targets.

On February 28, 2022, however, investors learned the truth about Lucid's production capabilities when Lucid issued a press release revealing that it had only delivered approximately 125 EVs in 2021, still had only produced approximately 400 EVs by February 28, 2022 (falling short of its 577-vehicle target for 2021), and would only produce between 12,000 and 14,000 EVs in 2022 (falling short of its 20,000-vehicle target). During Lucid's quarterly earnings call that same day, Lucid also revealed that it would need to delay the launch of the Lucid Gravity until 2024 (versus a prior launch date in 2023). Despite its previous assurances that Lucid was not experiencing any supply chain issues, Lucid attributed its slashed production outlook to "the extraordinary supply chain and logistics challenges [Lucid] encountered."

Following this news, the price of Lucid common stock fell $3.99 per share, or more than 13%, from a close of $28.98 per share on February 28, 2022, to a close at $24.99 per share on March 1, 2022.

The complaint alleges that, throughout the Class Period, the Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about Lucid's business and operations. Specifically, Lucid overstated its production capabilities while concealing that "extraordinary supply chain and logistics challenges" were hampering Lucid's operations from the start of the Class Period. As a result of the Defendants' wrongful acts and omissions, and the significant decline in the market value of Lucid's common stock, Lucid investors have suffered significant damages.

WHAT CAN I DO? Lucid investors may, no later than May 31, 2022 seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. Kessler Topaz Meltzer & Check, LLP encourages Lucid investors who have suffered significant losses to contact the firm directly to acquire more information.

CLICK HERE TO SIGN UP FOR THE CASE

WHO CAN BE A LEAD PLAINTIFF? A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. At the end of the day, we have succeeded if the bad guys pay up, and if you recover your assets. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com .

CONTACT: Kessler Topaz Meltzer & Check, LLPJames Maro, Jr., Esq.280 King of Prussia RoadRadnor, PA 19087(484) 270-1453 info@ktmc.com

Case 4:22-cv-02094-AMO    Document 31-4    Filed 05/31/22    Page 4 of 4

Kessler Topaz Meltzer & Check, LLP Announces the Filing of a Securities Fraud...

**---- Index References ----**

Company: KESSLER TOPAZ MELTZER AND CHECK LLP; Kessler Topaz Meltzer & Check LLP; United States District Court of the District of Nevada; Lucid Group, Inc

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Corporate Events (1CR05); Crime (1CR87); Criminal Law (1CR79); Earnings Calls (1EA37); Financial Fraud (1FI18); Fraud (1FR30); Funding Instruments (1FU41); Legal (1LE33); Meeting Announcements (1ME17); Securities Law (1SE59); Social Issues (1SO05))

Industry: (Financial Services (1FI37); Investment Management (1IN34); Press Releases (1PR19); Securities Investment (1SE57))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (GLOBE NEWSWIRE; District of California; Lucid Air; Kessler Topaz Meltzer & Check, LLP; United States District Court; Lucid Group, Inc.; Churchill Capital Corp. IV) (Victor W. Mangino; James Maro; LUCID; Lucid; Maro, Jr.) (Radnor; PA; US)

Company Terms: Kessler Topaz Meltzer & Check LLP

Word Count: 1041

**End of Document**                                                    © 2022 Thomson Reuters. No claim to original U.S. Government Works.

