**KESSLER TOPAZ MELTZER
  & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

*Counsel for Sjunde AP-Fonden and Proposed
Lead Counsel for the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR W. MANGINO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCID GROUP, INC., PETER RAWLINSON, and SHERRY HOUSE,<br><br>Defendants. | Case No. 3:22-cv-02094-JD<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF SJUNDE AP-FONDEN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Date:    July 7, 2022<br>Time:    10:00 a.m.<br>Dept.:    Courtroom 11, 19th Floor<br>Judge:    Hon. James Donato |

Caption continues on next page.

ANANT GOEL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

LUCID GROUP, INC., PETER RAWLINSON, and SHERRY HOUSE,

Defendants.

Case No. 3:22-cv-03176-JD

AP7 respectfully submits this Reply Memorandum of Points and Authorities in further support of its unopposed motion for appointment as Lead Plaintiff (ECF No. 31).[1]

## STATEMENT OF ISSUES

1.      Whether the Related Actions should be consolidated pursuant to Rule 42(a).

2.      Whether AP7 is the "most adequate plaintiff" and should be appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3.      Whether to approve AP7's selection of counsel, Kessler Topaz, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

## STATEMENT OF RELEVANT FACTS

On May 31, 2022, AP7 timely filed its motion for consolidation of the Related Actions, appointment as Lead Plaintiff, and approval of its selection of Lead Counsel.  ECF No. 31. Motions seeking consolidation of the Related Actions and appointment as Lead Plaintiff were also filed by Anant Goel, Maria Valvi, Loc Thai, Jonathan W. Sanderson, Jongho Kim, and Francis Gwynn.  Other than AP7, every movant has withdrawn their motion or filed a notice of non-opposition without any argument opposing AP7's appointment as Lead Plaintiff.  *See* ECF Nos. 42, 43, 44, 49, 51, & 52.  Accordingly, AP7's motion is unopposed.

## MEMORANDUM OF POINTS AND AUTHORITIES

As established by the absence of any opposition to AP7's appointment, AP7 is entitled to appointment as Lead Plaintiff under the PSLRA and Ninth Circuit authority because AP7 has the largest financial interest among the movants, its claims are typical, and it will fairly and adequately protect the interest of the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); *Cavanaugh v. U.S. Dist. Court for N. Dist. of Cal.*, 306 F.3d 726, 729-30 (9th Cir. 2002) (outlining the PSLRA's "straightforward" lead plaintiff selection process).  Specifically, AP7 suffered substantial losses in excess of $15.5 million—more than triple all other movants combined—in connection with its Class Period transactions in Lucid securities.  *See* ECF No. 31-3.  AP7 also readily satisfies the

---

[1] Unless otherwise noted, all references to "ECF No. __" are to docket entries in the first-filed *Mangino* action and all capitalized terms are defined in AP7's opening brief, *see* ECF No. 31.

PSLRA's adequacy and typicality requirements, and is perfectly situated to represent all class members. Indeed, AP7 is a sophisticated institutional investor that has obtained recoveries of more than $830 million for investors through its prior service as a lead plaintiff (and/or certified class representative) in class actions proceeding under the PSLRA. *See* ECF No. 31 at 9. Moreover, no movant has challenged any aspect of AP7's motion or its entitlement to appointment as Lead Plaintiff—let alone presenting the "proof" necessary to rebut AP7's presumptive status under the PSLRA. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) (requiring "proof" to rebut presumption).

Accordingly, AP7 respectfully requests that the Court consolidate the Related Actions, appoint AP7 as Lead Plaintiff, and approve AP7's selection of Kessler Topaz as Lead Counsel for the class. *See id*. § 78u-4(a)(3)(B)(iii)(I); *Cavanaugh*, 306 F.3d at 729-30.

Dated:  June 21, 2022                    Respectfully submitted,

                                         **KESSLER TOPAZ MELTZER
                                            & CHECK, LLP**

                                         */s/ Jennifer L. Joost*
                                         JENNIFER L. JOOST (Bar No. 296164)
                                         (jjoost@ktmc.com)
                                         One Sansome Street, Suite 1850
                                         San Francisco, CA 94104
                                         Tel:    (415) 400-3000
                                         Fax:    (415) 400-3001

                                                    -and-

                                         NAUMON A. AMJED
                                         (namjed@ktmc.com)
                                         DARREN J. CHECK
                                         (dcheck@ktmc.com)
                                         RYAN T. DEGNAN
                                         (rdegnan@ktmc.com)
                                         KARISSA J. SAUDER
                                         (ksauder@ktmc.com)
                                         280 King of Prussia Road
                                         Radnor, PA 19087
                                         Tel:    (610) 667-7706
                                         Fax:    (610) 667-7056

                                         *Counsel for Sjunde AP-Fonden and
                                         Proposed Lead Counsel for the Class*