Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Brian M. Burnovski
Daniel J. Schwartz
Chui-Lai Cheung
  (*pro hac vice* applications pending)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.burnovski@davispolk.com
        daniel.schwartz@davispolk.com
        chui-lai.cheung@davispolk.com

*Attorneys for Defendants Lucid Group, Inc.,*
*Peter Rawlinson, and Sherry House*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUCID GROUP, INC. SECURITIES LITIGATION | Case No. 3:22-cv-02094-JD<br><br>**NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>Date:   June 15, 2023<br>Time:   10:00 a.m.<br>Dep't.: Courtroom 11<br>Judge:  Honorable James Donato |

**<u>NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE</u>**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Lucid Group, Inc. ("Lucid"), Peter Rawlinson, and Sherry House hereby request that the Court take judicial notice of each of the documents attached as Exhibits 1 through 13 (the "Exhibits") to the Declaration of Neal A. Potischman (the "Potischman Declaration") in Support of Defendants' Motion to Dismiss (the "Motion") the Consolidated Complaint (the "CC"). This request is based on this Notice, the supporting Memorandum of Points and Authorities, the Potischman Declaration and annexed exhibits, all pleadings, other materials in the record, argument of counsel, and such other matters as the Court may consider.

**STATEMENT OF THE ISSUE**

Whether the Court may take judicial notice of the Exhibits to the Potischman Declaration.

**<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

Pursuant to Federal Rule of Evidence 201, Defendants respectfully request that the Court take judicial notice of each of the documents attached as the Exhibits to the Potischman Declaration in support of the Motion.

Federal Rule of Evidence 201(b) authorizes judicial notice of any fact that is not subject to reasonable dispute because it either "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

The Exhibits satisfy these standards and judicial notice is therefore appropriate. Exhibits 5, 6, 7, 8, 9, 10, and 11 are Lucid's press releases and earnings call transcripts that are publicly available. It is well established that courts may take judicial notice of websites and other materials available on the internet for purposes of "indicating what was in the public realm at the time." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010); *see, e.g., McCrary v. Elations Co.*, LLC, No. 13–00242–JGB, 2014 WL 1779243, at *1 n.3 (C.D. Cal. Jan. 13, 2014) (taking judicial notice of two internet articles, a Wikipedia entry, and four journal articles); *Spy Optic, Inc. v. Alibaba.com, Inc.*, 163 F. Supp. 3d 755, 762 (C.D. Cal. 2015) (taking

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT - CASE NO. 3:22-cv-02094-JD

judicial notice of an internet article on bloomberg.com); *Brodsky v. Yahoo! Inc.*, 630 F. Supp. 2d 1104, 1111 (N.D. Cal. 2009) (taking judicial notice of conference call transcripts, press releases, and news articles).

Exhibit 12 is subject to judicial notice pursuant to Rule 201(b).  This exhibit is an unpublished, but publicly available, opinion from the Central District of California.  Its authenticity is not reasonably subject to dispute.  Courts can take judicial notice of an unpublished opinion. *See, e.g.*, *May v. Metro. Life Ins. Co.*, 2005 WL 839291, at *3 n.3 (N.D. Cal. Apr. 7, 2005) (granting defendant's request for judicial notice of unpublished case).

Exhibits 1, 2, 3, 4, 6, 8, 10, and 13 are also subject to judicial notice pursuant to Rule 201(b).  These exhibits are filings that Lucid made with the U.S. Securities Exchange Commission ("SEC"), including Lucid's Proxy Statement and Forms 8-K, 10-K, and 10-Q.  Courts routinely take judicial notice of such securities filings, where, as here, their authenticity is not reasonably subject to dispute.  *See, e.g., In re Apple Inc. Sec. Litig.*, 2020 WL 2857397, at *6 (N.D. Cal. June 2, 2020) (citing *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2002)); accord *In re Pixar Sec. Litig.*, 450 F. Supp. 2d 1096, 1100 (N.D. Cal. 2006).

In addition, Exhibits 5, 6, 7, 8, 9, 10, and 13 have been incorporated into the CC by reference. (*See, e.g.*, CC ¶¶ 348-55 (Exs. 5-6); ¶¶ 373-90 (Exs. 7-8); ¶¶ 395-410 (Exs. 9-10); ¶¶ 393-94 (Ex. 13).)  Plaintiffs extensively cite these documents in the CC and they form the core of Plaintiffs' claims.  Accordingly, the Court may consider these materials in connection with Defendants' Motion on this basis as well.  *In re Apple Inc. Sec. Litig.*, 2020 WL 2857397, at *5.

## CONCLUSION

For the foregoing reasons, the Court should grant Defendants' Request for Judicial Notice of the Exhibits annexed to the Potischman Declaration.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT - CASE NO. 3:22-cv-02094-JD

Dated:   February 23, 2023                    DAVIS POLK & WARDWELL LLP


By:   */s/ Neal A. Potischman*
 ──────────────────────────
      Neal A. Potischman (SBN 254862)
      1600 El Camino Real
      Menlo Park, California 94025
      Telephone: (650) 752-2000
      Facsimile: (650) 752-2111
      Email: neal.potischman@davispolk.com

      Brian M. Burnovski
      Daniel J. Schwartz
      Chui-Lai Cheung
         (*pro hac vice* applications pending)
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile: (212) 701-5800
      Email:  brian.burnovski@davispolk.com
              daniel.schwartz@davispolk.com
              chui-lai.cheung@davispolk.com

      *Attorneys for Defendants Lucid Group, Inc.,*
      *Peter Rawlinson, and Sherry House*

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT -
CASE NO. 3:22-cv-02094-JD