Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Brian M. Burnovski
Daniel J. Schwartz
Chui-Lai Cheung
  (*pro hac vice* applications pending)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.burnovski@davispolk.com
        daniel.schwartz@davispolk.com
        chui-lai.cheung@davispolk.com

*Attorneys for Defendants Lucid Group, Inc.,*
*Peter Rawlinson, and Sherry House*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE LUCID GROUP, INC. SECURITIES LITIGATION | Case No. 3:22-cv-02094-JD<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>Date:   June 15, 2023<br>Time:   10:00 a.m.<br>Dep't.: Courtroom 11<br>Judge:  Honorable James Donato |

The Request for Judicial Notice (the "Request") filed by Defendants Lucid Group, Inc., Peter Rawlinson, and Sherry House in support of their Motion to Dismiss the Consolidated Complaint came on for hearing before the Honorable James Donato on June 15, 2023 at 10:00 a.m. in Courtroom 11.

Pursuant to Federal Rule of Evidence 201, the Defendants requested that the Court take judicial notice of each of the documents attached as Exhibits 1 through 13 to the Declaration of Neal A. Potischman in support of the Defendants' Motion to Dismiss the Consolidated Complaint. These Exhibits are securities filings with the U.S. Securities and Exchange Commission, transcripts of earnings calls, an unpublished federal judicial opinion, all of which are publicly available, and judicial notice is therefore appropriate.

Thus, having considered the Request and all supporting papers and opposition papers and having heard the argument of counsel, IT IS HEREBY ORDERED that:

Defendants' Request for Judicial Notice is GRANTED.


Dated: _____                    _____
                                              THE HONORABLE JAMES DONATO
                                              UNITED STATES DISTRICT JUDGE

1