**KESSLER TOPAZ MELTZER**
**    & CHECK, LLP**
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

-and-

Gregory M. Castaldo (*pro hac vice*)
(gcastaldo@ktmc.com)
Johnston de F. Whitman, Jr. (*pro hac vice*)
(jwhitman@ktmc.com)
Joshua A. Materese (*pro hac vice*)
(jmaterese@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and*
*Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 3:22-cv-02094-AMO |
| | **LEAD PLAINTIFF'S STATEMENT OF RECENT DECISIONS** |
| This Document Relates to: All Actions | CLASS ACTION |
| | Courtroom:  10, 19th Floor |
| | Judge:        Hon. Araceli Martinez-Olguin |

Pursuant to Civil Local Rule No. 7-3(d)(2) of the Northern District of California, Lead Plaintiff Sjunde AP-Fonden respectfully submits this Statement of Recent Decisions in support of its Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Consolidated Complaint (the "Opposition") (ECF No. 88). The decisions, *E. Ohman J v. NVIDIA Corp.*, __ F.4th __, 2023 U.S. App. LEXIS 22473 (9th Cir. Aug. 25, 2023) and *Crews v. Rivian Auto., Inc.*, 2023 WL 4361098 (C.D. Cal. July 3, 2023), are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

Dated:  August 31, 2023                    Respectfully submitted,


                                           **KESSLER TOPAZ MELTZER**
                                              **& CHECK, LLP**

                                           */s/ Stacey M. Kaplan*
                                           Stacey M. Kaplan (Bar No. 241989)
                                           (skaplan@ktmc.com)
                                           One Sansome Street, Suite 1850
                                           San Francisco, CA 94104
                                           Tel:    (415) 400-3000
                                           Fax:    (415) 400-3001


                                                      -and-

                                           Gregory M. Castaldo (*pro hac vice*)
                                           (gcastaldo@ktmc.com)
                                           Johnston de F. Whitman, Jr. (*pro hac vice*)
                                           (jwhitman@ktmc.com)
                                           Joshua A. Materese (*pro hac vice*)
                                           (jmaterese@ktmc.com)
                                           280 King of Prussia Road
                                           Radnor, PA 19087
                                           Tel:    (610) 667-7706
                                           Fax:    (610) 667-7056

                                           *Counsel for Lead Plaintiff Sjunde AP-Fonden and*
                                           *Lead Counsel for the Putative Class*