Sara B. Brody (SBN 130222)
sbrody@sidley.com
Stephen Chang (SBN 312580)
Stephen.chang@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Andrew W. Stern (*pro hac vice*)
astern@sidley.com
James O. Heyworth (*pro hac vice*)
jheyworth@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

*Attorneys for Defendants*
*Lucid Group, Inc. and Peter Rawlinson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUCID GROUP, INC. SECURITIES LITIGATION | Case No.  3:22-cv-02094-AMO |
| | **DECLARATION OF SARA B. BRODY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT** |
| | Date:   May 1, 2025<br>Time:   2:00 pm<br>Place:  Courtroom 10 – 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |
| | <u>CLASS ACTION</u> |
| | Amended Complaint Filed: 9/20/2024 |

DECLARATION OF SARA B. BRODY IN SUPPORT OF MOTION TO DISMISS THE AMENDED CONSOLIDATED
COMPLAINT - CASE NO. 3:22-CV-02094-AMO

I, Sara B. Brody, declare as follows:

1.    I am an attorney licensed to practice in the State of California and a partner with the firm of Sidley Austin LLP, which represents Defendants Lucid Group, Inc. ("Lucid") and Peter Rawlinson (together "Defendants") in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Consolidated Complaint, filed concurrently herewith.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Lucid's Form 10-Q, filed with the SEC on November 15, 2021 for the quarterly period ended September 30, 2021. A full copy of the document is available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001811210/000162828021023384/lcid-20210930.htm.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Lucid's Form 10-K, filed with the SEC on February 28, 2022 for the fiscal year ended December 31, 2021. A full copy of the document is available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001811210/000162828022004253/lcid-20211231.htm.

4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Lucid's Form 10-Q, filed with the SEC on May 5, 2022 for the quarterly period ended March 31, 2022. A full copy of the document is available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001811210/000162828022012681/lcid-20220331.htm.

5.    Attached hereto as Exhibit 4 is a true and correct copy of Lucid's Q4 2021 Earnings Call Transcript, dated February 28, 2022.

6.    Attached hereto as Exhibit 5 is a true and correct copy of Lucid's Form 8-K, filed with the SEC on February 28, 2022, together with excerpts of a Lucid press release entitled, Lucid Announces Fourth Quarter and Full Year 2021 Financial Results, Updates 2022 Outlook, which was appended thereto as Ex. 99.1. A full copy of the document is available at

1

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001811210/000162828022004231/lcid-20220228.htm.

7.    Attached hereto as Exhibit 6 is a true and correct copy of Lucid's Q1 2022 Earnings Call Transcript, dated May 5, 2022.

8.    Attached hereto as Exhibit 7 is a true and correct copy of Lucid's Form 8-K, filed with the SEC on May 5, 2022, together with excerpts of Lucid's press release entitled, Lucid Reports First Quarter 2022 Financial Results, which was appended thereto as Ex. 99.1. A full copy of the document is available at

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001811210/000162828022012646/lcid-20220505.htm.

9.    Attached hereto as Exhibit 8 is a true and correct copy of Lucid's Q1 2022 Earnings Presentation, dated May 5, 2022.

10.    Attached hereto as Exhibit 9 is an Appendix illustrating which legal argument applies to each alleged false or misleading statement or omission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of December, 2024, in San Francisco, California.

By: /s/ Sara B. Brody
Sara B. Brody

DECLARATION OF SARA B. BRODY IN SUPPORT OF MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT - CASE NO. 3:22-CV-02094-AMO