# Exhibit 9

**EXHIBIT 9**

*In re Lucid Group, Inc. Sec. Litig.*, Case No. 3:22-cv-02094-AMO

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| 1 | 396 | 1 | Speaker: Defendants<br><br>Date: 11/15/2021<br><br>Occasion: Press release titled *Lucid Announces Third Quarter 2021 Financial Results and Lucid Air Wins MotorTrend Car of the Year,* issued on Form 8-K and signed by House | Rawlinson stated:<br><br>"We see significant demand for the award-winning Lucid Air, with accelerating reservations as we ramp production at our factory in Arizona. ***We remain confident in our ability to achieve 20,000 units in 2022. This target is not without risk, given ongoing challenges facing the automotive industry with global disruptions to supply chains and logistics.*** We are taking steps to mitigate these challenges, however, and look forward to the launch of the Grand Touring, Touring, and Pure versions of Lucid Air through 2022."[2] | | | | |
| 2 | 397 | 3 | Speaker: Rawlinson, Lucid<br><br>Date: 11/15/2021<br><br>Occasion: 3Q21 Earnings Call | Rawlinson stated:<br><br>"***Even in a challenging environment as COVID-19 continues to present numerous obstacles for the auto industry and supply chain. Lucid is no stranger to this, but we have continued to deliver against our time line . . . .***" | | | | |
| 3 | 403-04 | 4 | Speaker: Defendants | Cramer asked: | ✓ | | | |

---

[1] For ease of reference, Defendants include here the number that each statement was given in Plaintiff's Consolidated Complaint (ECF No. 78) and used in the Court's Order granting in part and denying in part Defendant prior motion to dismiss (ECF No. 103).

[2] As Plaintiffs note in the appendix to the Amended Complaint, Dkt. 109, "[t]he aspect of each statement that Lead Plaintiff alleges to be actionable is designated by bold and italic emphasis." Defendants follow the same convention to aid the Court.

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | Date: 11/16/2021<br><br>Occasion: Interview with Jim Cramer of CNBC | "But you have said, let's be clear about this, you have a lot of demand, 17,000. And that's not a problem for you to make. But you have dreams. Let's hopefully realities [sic] of 500,000 production and more."<br><br>Rawlinson responded:<br><br>"*Absolutely. We already have a factory scale for 34,000 units a year. As soon as we can get this quality parts to the line, we can spool that up. The factory is there and ready for 34,000 units per annum.* We're quadrupling the size of our factory in Arizona, we're building out a 2.85 million square foot expansion to get ready to build 90,000 units per annum." | | | | |
| 4 | 405-06 | 5 | Speaker: Defendants<br><br>Date: 11/16/2021<br><br>Occasion: Interview with Jim Cramer of CNBC | Cramer asked:<br><br>"So if I go under the hood, which fortunately could be in a size of a suitcase, will I find the same Semiconductor shortage problem? Will I find the labor problem? I find all the things that are plaguing every other company in the automotive business. Or would they be looking at, say, an Apple phone and saying, you know what? Look, we've got the technology, the customers love it, and let's stop worrying about things that don't really mean anything to us."<br><br>Rawlinson responded:<br><br>"We've been able to mitigate the semiconductor risk because as a tech | ✓ | | | |

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | | company, we design all our printed circuit boards, our PCBAs, in house, and that means that we can design for alternative sourcing and different types of chip and that will reduce the risk. So we've been able to mitigate that risk. ***That isn't to say we aren't vulnerable to today's supply chain shortages that the entire industry is facing, in fact, many industries are facing, that is something that we are a challenge with*** and we have mitigation plans for." | | | | |
| 5[3] | 411 | 8 | Speaker: Defendants<br><br>Date: 2/28/2022<br><br>Occasion: Press release entitled, *Lucid Announces Fourth Quarter and Full Year 2021 Financial Results, Updates 2022 Outlook*, issued on Form 8-K | Defendants stated in the summary portion of the press release:<br><br>"***Updating 2022 production outlook for Lucid Air to a range of 12,000 to 14,000 vehicles***."<br>_____<br>In the full version of the press release, Defendants stated:<br><br>"Lucid cited supply chain constraints and a continued focus on quality alongside an updated outlook for its 2022 production of Lucid Air to a range of 12,000 to 14,000 vehicles." | ✓ | ✓<br><br>Ex. 1 (Q3 2021 10-Q)<br><br>Ex. 2 (FY2021 10-K)<br><br>Ex. 5 (2/28/2022 Press Release) | | |
| 6 | 412 | 9 | Speaker: Defendants<br><br>Date: 2/28/2022 | Rawlinson stated:<br><br>"***Looking ahead, we're updating our outlook for 2022 production to a range of 12,000 to 14,000 vehicles. This reflects the extraordinary supply chain and logistics*** | ✓ | ✓<br><br>Ex. 1 (Q3 2021 10-Q) | | |

[3] Statements 5 through 16 were made in 2022 and are referred to in the accompanying Motion as the "2022 Statements." Each of the 2022 Statements is subject to dismissal for lack of allegations supporting a strong inference of scienter.

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | Occasion: Press release entitled, *Lucid Announces Fourth Quarter and Full Year 2021 Financial Results, Updates 2022 Outlook*, issued on Form 8-K | *challenges we've encountered* and our unrelenting focus on delivering the highest-quality products." | | Ex. 2 (FY2021 10-K)<br><br>Ex. 5 (2/28/2022 Press Release) | | |
| 7 | 414 | 10 | Speaker: Defendants<br><br>Date: 2/28/2022<br><br>Occasion: 4Q21 & FY2021 Earnings Call | After discussing "ramping up [Lucid's] manufacturing footprint" and an announcement of plans for a new factory, Rawlinson stated:<br><br>"In the more immediate term, *like many manufacturers, our production has been and indeed continued to be impacted by supply chain challenges. As you saw from our press release today, we have updated our 2022 production outlook for Lucid Air to a range of 12,000 to 14,000 vehicles*." | ✓ | ✓<br><br>Ex. 1 (Q3 2021 10-Q)<br><br>Ex. 2 (FY2021 10-K)<br><br>Ex. 4 (2/28/2022 Earnings Call Transcript) | | |
| 8 | 415 | 12 | Speaker: Defendants<br><br>Date: 2/28/2022<br><br>Occasion: 4Q21 & FY2021 Earnings Call | Rawlinson stated:<br><br>"We accomplished deep deliveries against the backdrop of an extraordinary supply chain and supply quality challenges. *Indeed, we could have chosen to build faster*, but we elected not to sacrifice quality, given our unwavering commitment to the highest standards."<br><br>Rawlinson stated shortly after: | ✓ | | | ✓ |

4

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | | "These first deliveries of Lucid Air represent[] the first real-world stress testing of the critical part of the customer journey" and that "having worked through all of this, we are more confident than ever that we're building a quality foundation on which we can scale our business and build long-term growth." | | | | |
| 9 | 416-17 | 15 | Speaker: Defendants<br><br>Date: 2/28/2022<br><br>Occasion: 4Q21 & FY2021 Earnings Call | Analyst Itay Michaeli ("Michaeli")— Citigroup Inc., Research Division – Director & Global Head of Autos Sector— asked:<br><br>"A couple of questions. Just first, going back to the supply chain pressures. I was hoping you can maybe articulate it sounds like you expect most of the recovery to happen in the second half of the year. Maybe talk about how much visibility you have over the next few months with some of the suppliers you mentioned and just the degree of confidence of how to think about the cadence of improvement in production throughout the year."<br><br>Rawlinson responded:<br><br>"Yes. Well, we have an earning focus on addressing some of the supply chain challenges. We see them to continue for the next few months. ***But we see an uptake in the second half of the year. So we're really optimistic that we're going to be able to resolve these. And again, this is a small handful of suppliers. We're not talking about fundamental technologies here. We're talking largely paradoxically*** | ✓ | ✓<br><br>Ex. 1 (Q3 2021 10-Q)<br><br>Ex. 2 (FY2021 10-K)<br><br>Ex. 4 (2/28/2022 Earnings Call Transcript) | ✓ | ✓ |

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | | *commodity suppliers, finishes, carpet, glass and things like that. And unfortunately, you can't sell a single quality car unless those -- particularly those visible parts are absolutely perfect.*<br><br>*So we're very optimistic that we will resolve, but it's going to take a few months, and the second half of the year, we'll see a significant uptake. And our guidance is based upon that premise.*" | | | | |
| 10 | 418-19 | 16 | Speaker: Defendants<br><br>Date: 2/28/2022<br><br>Occasion: 4Q21 & FY2021 Earnings Call | John Joseph Murphy—BofA Securities, Research Division – MD and Lead United States Auto Analyst—asked:<br><br>"[A]s you think about the causal factors for the reduction in your planned production this year, I mean, you're citing supply chain. It appears that maybe some of the capacity expansion and reorganization has put forth or been prioritized over ramping volume in the near term for the benefit in the long term, and there might be some other micro issues that we can't see.<br><br>I'm just wondering if you could kind of bucket those or maybe rank those in order of sort of impact. And then also as we think about this, does this change your outlook for 2023 volumes? Or is this sort of short-term pain for long-term gain?"<br><br>Rawlinson responded:<br><br>"Those are interesting points. *I mean, first of all, I would say that we have been primarily constrained. We've got about* | ✓ | | | |

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | | *250 suppliers worldwide, notionally about 3,000 parts. And this has been really a phenomenon of just a small handful of our 250 suppliers. Paradoxically, we've been mainly impacted in a commodity supply parts. For example, finished parts, trim parts for the exterior, even glass and carpet. So it's not the core technologies of the vehicle that have been largely impacting us here.* And we have – you're right, we've chosen quality over volume." | | | | |
| 11 | 426 | 17 | Speaker: Defendants<br><br>Date: 3/17/2022<br><br>Occasion: Statement made to Reuters reported in an article entitled, *Rising Costs Have Lucid CEO Eyeing Price Hike for Future Electric Cars* | Reuters reported:<br><br>"Lucid in February cut its production forecast for this year to a range of 12,000 to 14,000, from its original target of 20,000 vehicles, citing 'extraordinary supply chain and logistics challenges.' Its shares slid after that announcement.<br><br>*Rawlinson on Thursday said the bottlenecks were caused by a handful of suppliers for windshield glass, carpeting and some exterior trim parts. 'I'm super frustrated because we're not gated by silicon chips, we're not gated by our ability to make electric motors,' Rawlinson said.* Switching to different suppliers for those parts would compromise quality, he said." | ✓ | | | |
| 12 | 430 | 19 | Speaker: Defendants<br><br>Date: 5/5/2022 | Defendants stated:<br><br>"*Lucid reiterated its 2022 production volume outlook of 12,000 to 14,000 vehicles*" and that Lucid's "[p]roduction | ✓ | ✓<br><br>Ex. 1 (Q3 2021 10-Q) | | ✓ |

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | Occasion: Press release entitled, *Lucid Reports First Quarter 2022 Financial Results, issued on Form 8-K* | *volume outlook for 2022 remains on track at 12,000 to 14,000 vehicles*." | | Ex. 2 (FY2021 10-K)<br><br>Ex. 3 (Q1 2022 10-Q)<br><br>Ex. 7 (5/5/2022 Press Release) | | |
| 13 | 431 | 24 | Speaker: Defendants<br><br>Date: 5/5/2022<br><br>Occasion: 1Q22 Earnings Call | During his remarks, Rawlinson stated that Lucid is "intently focused on production as well as [its] expansion," and detailed Lucid's expansion efforts.<br><br>In tandem with this push for production and expansion, Rawlinson stated:<br><br>"*I do want to highlight that supply chain dynamics are very fluid, and the COVID lockdowns in China that's impacting others in the industry are also resulting in some bottlenecks for us*." | ✓ | | | |
| 14 | 432-33 | 27 | Speaker: Defendants<br><br>Date: 5/5/2022<br><br>Occasion: 1Q22 Earnings Call | Analyst Michaeli asked:<br><br>"Any kind of early update on Q2, maybe an April number?"<br><br>Rawlinson responded:<br><br>"*We're reiterating our 12,000 to 14,000 vehicle production forecast for '22.* And that's based on the information we have at this point, combined with our current mitigation plans." | ✓ | ✓<br><br>Ex. 1 (Q3 2021 10-Q)<br><br>Ex. 2 (FY2021 10-K)<br><br>Ex. 3 (Q1 2022 10-Q) | | |

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Ex. 6 (5/5/2022 Earnings Call Transcript) | | |
| 15 | 434 | 28 | Speaker: Defendants<br><br>Date: 5/5/2022<br><br>Occasion: 1Q22 Earnings Call Presentation Slide | Slide stated:<br><br>"**_Production Volume_**<br>• **_12,000-14,000 vehicles_**." | ✓ | ✓<br><br>Ex. 1 (Q3 2021 10-Q)<br><br>Ex. 2 (FY2021 10-K)<br><br>Ex. 3 (Q1 2022 10-Q)<br><br>Ex. 8 (5/5/2022 Earnings Call Presentation) | | |
| 16 | 439-40 | 29 | Speaker: Defendants<br><br>Date: 5/20/2022<br><br>Occasion: Interview with Lara Habib Chamat of Al Arabiya News Channel | Lara Habib Chamat asked:<br><br>"Let's discuss now your global operations. We know that the company is facing some issues in delivering the cars due to supply chain disruptions. We know that Lucid lowered the annual production target to 12,000 cars versus original prediction of 20,000 cars for this year. When do you expect, when do you expect things to look better?"<br><br>Rawlinson responded: | ✓ | ✓ | | |

9

| AC. St. # | AC ¶¶ | CC St. #[1] | Speaker, Date & Occasion | Alleged False & Misleading Statements & Omissions | No Well-Plead Misstatement or Omission | PSLRA Safe Harbor | Nonactionable Opinion | Corporate Puffery |
|---|---|---|---|---|---|---|---|---|
| | | | | "Our challenge now is to ramp up the volume of this incredible machine. ***We're facing global supply chain challenges, as is all the auto industry and other industries.*** And we're working assiduously to overcome our near-term challenges with commodity goods are being resolved ***and we're looking forward to hitting our 12 to 14,000 units that we're targeting for production this year***." | | | | |