**KESSLER TOPAZ MELTZER
    & CHECK, LLP**
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
Max S.S. Johnson (Bar No. 348828)
(mjohnson@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

-and-

Gregory M. Castaldo (admitted *pro hac vice*)
(gcastaldo@ktmc.com)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
(jwhitman@ktmc.com)
Joshua A. Materese (admitted *pro hac vice*)
(jmaterese@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and
Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 3:22-cv-02094-AMO |
| This Document Relates to: All Actions | **DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**<br><br>Date:        May 1, 2025<br>Time:        10:00 a.m.<br>Courtroom:  10, 19th Floor<br>Judge:       Hon. Araceli Martínez-Olguín |

I, Stacey M. Kaplan, hereby declare as follows:

1.    I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP, counsel of record for Lead Plaintiff Sjunde AP-Fonden in the above-captioned action. I submit this declaration in support of Lead Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Amended Consolidated Complaint.

2.    Attached hereto as **Exhibit A** is a chart addressing Exhibit 9 to the Declaration of Sara B. Brody (ECF 121-9).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed on February 5, 2025, in San Francisco, California.

*/s/ Stacey M. Kaplan*
Stacey M. Kaplan

DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT