UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZALMAN UVAYDOV,

        Plaintiff,

    v.

PETER RAWLINSON, et al.,

        Defendants.

Case No. 25-cv-00943-JST

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *In re Lucid Group, Inc. Securities Litigation*, 22-cv-02094-AMO.

**IT IS SO ORDERED.**

Dated:  March 21, 2025



JON S. TIGAR
United States District Judge