Sara B. Brody (SBN 130222)
sbrody@sidley.com
Stephen Chang (SBN 312580)
stephen.chang@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-7490

Andrew W. Stern (*pro hac vice*)
astern@sidley.com
James O. Heyworth (*pro hac vice*)
jheyworth@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Attorneys for Defendants in *In re Lucid Group, Inc. Securities Litigation*, and Defendants Peter Rawlinson, Andrew Liveris, Nichelle Maynard-Elliot, Janet Wong, Glenn August, Anthony Posawatz, Nancy Gioia, and Frank Lindenberg, and Nominal Defendant in *Uvaydov v. Rawlinson, et al.* and *Cook v. Rawlinson, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LUCID GROUP, INC. SECURITIES LITIGATION | Case No. 3:22-cv-02094-AMO<br><br>**DEFENDANTS' AND NOMINAL DEFENDANT'S STATEMENT IN SUPPORT OF RELATING CASES PURSUANT TO CIVIL L.R. 3-12**<br><br>Date Filed: April 1, 2022<br><br>Assigned to: Hon. Araceli Martínez-Olguín |

[CAPTION CONTINUES ON NEXT PAGE]

| | |
|---|---|
| ZALMON UVAYDOV, Derivatively on Behalf of Nominal Defendant LUCID GROUP, INC., | Case No. 3:25-cv-00943-JST |
| Plaintiff, | Date Filed: January 29, 2025 |
| vs. | Assigned to: Hon. Jon S. Tigar |
| PETER RAWLINSON, TURQI ALNOWAISER, ANDREW LIVERIS, NICHELLE MAYNARD-ELLIOT, JANET WONG, GLENN AUGUST, ANTHONY POSAWATZ, NANCY GIOIA, and FRANK LINDENBERG, | |
| Defendants, | |
| and | |
| LUCID GROUP, INC., | |
| Nominal Defendant. | |

| | |
|---|---|
| NEIL COOK, Derivatively on Behalf of LUCID GROUP, INC., | Case No. 3:25-cv-01346-TSH |
| Plaintiff, | Date Filed: February 7, 2025 |
| vs. | Assigned to: Hon. Thomas S. Hixson |
| PETER RAWLINSON, TURQI ALNOWAISER, ANDREW LIVERIS, NICHELLE MAYNARD-ELLIOT, JANET WONG, GLENN AUGUST, ANTHONY POSAWATZ, NANCY GIOIA, and FRANK LINDENBERG, | |
| Defendants, | |
| and | |
| LUCID GROUP, INC., | |
| Nominal Defendant. | |

On March 20, 2025, pursuant to Civil Local Rule 3-12(c), the Honorable Thomas S. Hixson referred *Cook v. Rawlinson, et al.*, Case No. 3:25-cv-01346-TSH (N.D. Cal. filed February 7, 2025) (the "*Cook* Action") to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *In re Lucid Group, Inc. Securities Litigation*, 3:22-cv-02094-AMO (N.D. Cal. filed April 1, 2022) (the "Securities Action").  ECF 126.  On March 21, 2025, pursuant to Civil Local Rule 3-12(c), the Honorable Jon S. Tigar also referred *Uvaydov v. Rawlinson, et al.*, No. 3:25-cv-00943-JST (N.D. Cal. filed January 29, 2025) (the "*Uvaydov* Action") to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to the Securities Action.  ECF 127.

Accordingly, pursuant to Civil Local Rules 3-12(e) and 7-11(b), Defendants Lucid Group, Inc. and Peter Rawlinson in the Securities Action; and Nominal Defendant Lucid Group, Inc. and Defendants Peter Rawlinson, Andrew Liveris, Nichelle Maynard-Elliot, Janet Wong, Glenn August, Anthony Posawatz, Nancy Gioia, and Frank Lindenberg in the *Cook* and *Uvaydov* Actions (together, the "Derivative Actions") hereby submit this Statement in Support of Relating Cases and request that the following three actions be related:

- *In re Lucid Group, Inc. Securities Litigation*, 3:22-cv-02094-AMO (N.D. Cal. filed April 1, 2022);
- *Uvaydov v. Rawlinson, et al.*, No. 3:25-cv-00943-JST (N.D. Cal. filed January 29, 2025); and
- *Cook v. Rawlinson, et al.*, Case No. 3:25-cv-01346-TSH (N.D. Cal. filed February 7, 2025).

Defendants and Nominal Defendant respectfully request that the Court find that the Derivative Actions are related to the Securities Action.  Under Local Rule 3-12, actions are related to each other when (i) they "concern substantially the same parties, property, transaction or event" and (ii) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Here, the Court should find that the Securities and Derivative Actions are related to each other because they involve similar parties, property, transactions, or events.  Defendants Lucid Group, Inc. and Peter Rawlinson in the Securities Action are both named in the Derivative Actions

1

as Defendants or as Nominal Defendant.  And the claims in the Derivative Actions are premised on the same alleged misstatements that underlie the securities fraud claims asserted in the Securities Action.

Securities and derivative cases premised on the same alleged misconduct with overlapping parties—like the Securities and Derivative Actions here—are routinely related.  *See, e.g.*, *Hefler v. Wells Fargo*, No. 4:16-cv-05479-JST (N.D. Cal. Sept. 26, 2016) (Dkts. 8, 14, 22, 47, 55) (orders granting administrative motions to relate securities and derivative cases); *Huang v. Assertio Therapeutics, Inc.*, No. 4:17-cv-04830-JST (N.D. Cal. filed Aug. 18, 2017) (Dkt. 47) (same); *In re Twitter Inc. Sec. Litig.*, No. 4:16-cv-05314-JST (N.D. Cal. filed Sept. 16, 2016) (Dkt. 65) (same). Assignment of these actions to a single judge will conserve resources, promote efficiency, and avoid the possibility of conflicting results if the actions were to proceed before different judges.

Because the Securities and Derivative Actions involve similar parties and events, relating these cases will serve the interests of judicial economy.  Defendants and Nominal Defendant therefore respectfully request relation of the Derivative Actions with the Securities Action, and the resulting reassignment of the Derivative Actions to the Honorable Araceli Martínez-Olguín.[1]

Date:  April 2, 2025

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: */s/ Sara B. Brody*

Sara B. Brody (SBN 130222)

Attorneys for Defendants in *In re Lucid Group, Inc. Securities Litigation*, and Defendants Peter Rawlinson, Andrew Liveris, Nichelle Maynard-Elliot, Janet Wong, Glenn August, Anthony Posawatz, Nancy Gioia, and Frank Lindenberg, and Nominal Defendant in *Uvaydov v. Rawlinson, et al.* and *Cook v. Rawlinson, et al.*

---

[1] The Parties in the Derivative Actions jointly filed a stipulation in the *Uvaydov* Action seeking consolidation, and a stay of proceedings in the consolidated derivative action until this Court rules on Defendants' Motion to Dismiss the Amended Consolidated Complaint in the Securities Action. The stipulation is still pending in the *Uvaydov* Action.  Case No. 3:25-cv-00943-JST, ECF 17.

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
) SS
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 California Street; Suite 2000, San Francisco, CA 94104.

On April 2, 2025, I served the foregoing document(s) described as:

**Defendants' and Nominal Defendant's Statement in Support of Relating Cases**

on all interested parties in this action as follows:

| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Stacey M. Kaplan (Bar No. 241989)<br>skaplan@ktmc.com<br>Max S.S. Johnson (Bar No. 348828)<br>mjohnson@ktmc.com<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Tel: (415) 400-3000 | Gregory M. Castaldo (admitted pro hac vice)<br>gcastaldo@ktmc.com<br>Johnston de F. Whitman, Jr. (admitted pro hac vice) jwhitman@ktmc.com<br>Joshua A. Materese (admitted pro hac vice)<br>jmaterese@ktmc.com<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706 |

[*continued on next page*]

☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 2, 2025, at San Francisco, California.

/s/ *Lisha Koesnodihardjo*
Lisha Koesnodihardjo

[*continued from previous page*]

**MORRIS KANDINOV LLP**
Leonid Kandinov (SBN 279650)
leo@moka.law
Andrew Robertson (pro hac vice forthcoming)
andrew@moka.law
550 West B Street, 4th Floor
San Diego, CA 92101
Telephone: (877) 216-1552

**CHARON LAW PC**
Perry L. Segal
perry.segal@thecharonshield.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (650) 542-7935

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
gegleston@gme-law.com
Thomas J. McKenna
tjmckenna@gme-law.com
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300