UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAHUL KUMAR,

          Plaintiff,

     v.

PETER RAWLINSON, et al.,

          Defendants.

Case No. 25-cv-06527-AGT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c) and the parties' request at dkt. 7, the above-entitled case is hereby REFERRED, to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *In re Lucid Group, Inc. Securities Litigation*, 22-cv-02094.

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____

ALEX G. TSE
United States Magistrate Judge