**KESSLER TOPAZ MELTZER
& CHECK, LLP**
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

*Counsel for Lead Plaintiff Sjunde AP-Fonden and
Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 3:22-cv-02094-AMO <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL** <br><br> Date:       July 30, 2026 <br> Time:       2:00 p.m. <br> Courtroom:  10, 19th Floor <br> Judge:      Hon. Araceli Martínez-Olguín |

Case No. 3:22-cv-02094-AMO

KAPLAN DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS,
APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL

I, Stacey M. Kaplan, hereby declare as follows:

1. I am a member of the Bar of the State of California and a partner at the law firm Kessler Topaz Meltzer & Check, LLP in San Francisco, California, counsel of record for Lead Plaintiff Sjunde AP-Fonden ("Plaintiff" or "AP7"). I submit this declaration in support of Plaintiff's Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel.

2. Attached hereto as **Exhibit 1** is the Expert Report of Zachary Nye, Ph.D., dated February 27, 2026.

3. Attached hereto as **Exhibit 2** is the Declaration of Hans Bergström on Behalf of AP7 in Support of Plaintiff's Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel, dated February 27, 2026.

4. Attached hereto as **Exhibit 3** is the Firm Resume of Kessler Topaz Meltzer & Check, LLP.

5. As of February 27, 2026, Plaintiff has propounded document requests, interrogatories, and requests for admission on Defendants and served numerous non-party subpoenas seeking the production of documents.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: February 27, 2026, in San Francisco, California

*/s/ Stacey M. Kaplan*
*Stacey M. Kaplan*

1                                                   Case No. 3:22-cv-02094-AMO
KAPLAN DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS,
APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL