# EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 3:22-cv-02094-AMO |
| | **DECLARATION OF HANS BERGSTRÖM IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL** |

I, Hans Bergström, hereby declare as follows:

1.      I respectfully submit this Declaration in support of the motion of Sjunde AP-Fonden ("AP7"), Court-appointed Lead Plaintiff in the above-captioned action (the "Action"), to serve as representative for the Class (as defined in Plaintiff's Motion for Class Certification).

2.      I serve as the General Counsel for AP7. I am authorized to make this declaration on behalf of AP7 and have personal knowledge about the information in this Declaration.

3.      As set forth in prior pleadings, AP7 purchased or acquired shares of Lucid Group, Inc. ("Lucid") common stock during the Class Period (as defined in Plaintiff's Motion for Class Certification) and suffered losses when Lucid's stock price declined following the corrective disclosures alleged in the Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint") (Dkt. No. 108).

4.      AP7 understands that the Private Securities Litigation Reform Act of 1995 (the "PSLRA") was intended to encourage institutional investors and others with significant losses to direct securities class actions. As a Class Representative, AP7, a sophisticated institutional investor, is committed to vigorously prosecuting this Action. AP7 intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

5.      AP7 has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, it has authorized the filing of the motion seeking to be appointed Lead Plaintiff, reviewed the Consolidated Complaint for Violations of the Federal Securities Laws (Dkt. No. 78, filed December 13, 2022), the Complaint, and various pleadings, and defeated, in part, both of Defendants' motions to dismiss. AP7 has also negotiated a case schedule and is currently engaged in active discovery with Defendants. Since AP7's appointment as Lead Plaintiff, it has reviewed periodic updates and other correspondence from Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders. As a Class Representative, AP7 would continue to diligently pursue the effective prosecution of the Action.

6.      AP7 is committed to actively directing this litigation and maximizing the recovery for the proposed Class by attending hearings and/or trial, being deposed, overseeing the preparation and filing of pleadings, and directing any efforts to resolve the case, as appropriate.

DECLARATION OF HANS BERGSTRÖM IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL

Docusign Envelope ID: AB0E9B72-5729-4775-AD05-940A556B7628

7.    AP7 understands that as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and would continue to work actively with Class Counsel to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for the Class, consistent with good faith and meritorious advocacy.

8.    AP7 seeks appointment of Kessler Topaz as Class Counsel based on its substantial experience and expertise in prosecuting securities class actions. AP7 believes Kessler Topaz possesses the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9.    AP7 understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If there is a recovery in this case, AP7 does not expect to receive any more than its pro-rata share of the amount recovered, and any Court-approved reimbursement of its out-of-pocket expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27 day of February 2026.



Signed by:

Hans Bergström
*On behalf of Sjunde AP-Fonden*

27 February 2026 | 11:31 CET

DECLARATION OF HANS BERGSTRÖM IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL