**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (SBN 187736)
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
shonmorgan@quinnemanuel.com

Kurt E. Wolfe (admitted *pro hac vice*)
kurtwolfe@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, DC 20004
Tel: (202) 538-8100

Ryan P. Gorman (admitted *pro hac vice*)
ryangorman@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100

*Counsel for Defendants Lucid Group, Inc., and Peter Rawlinson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 3:22-cv-02094-AMO |
| This Document Relates to: All Actions | CLASS ACTION |
| | **DECLARATION OF SHON MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** |
| | Date: July 30, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 10, 19th Floor<br>Before: Hon. Araceli Martínez-Olguín |

I, Shon Morgan, declare:

1.    I am an attorney licensed to practice in the State of California.  I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for defendants Lucid Group, Inc. ("Lucid") and Peter Rawlinson in the above-captioned matter.  I submit this declaration based on personal knowledge and following a reasonable investigation.  If called upon as a witness, I could competently testify to the truth of each statement herein.

2.    Attached as Exhibit 1 is the Expert Report of Christopher James, Ph.D., dated May 1, 2026.

3.    Attached as Exhibit 2 is a true and correct copy of an article titled "Automotive Supply Chain Update," published by the Center for Automotive Research, dated June 22, 2022, highlighted for the Court's convenience.[1]

4.    Attached as Exhibit 3 is a true and correct copy of an article titled "Supply chain snarls could cost automakers $210 billion this year, forecast finds," published by Reuters, dated September 23, 2021, highlighted for the Court's convenience.

5.    Attached as Exhibit 4 is a true and correct copy of an article titled "AlixPartners Global Automotive Outlook Press Release," published by AlixPartners, dated June 27, 2021, highlighted for the Court's convenience.

6.    Attached as Exhibit 5 is a true and correct copy of an article titled "Chip shortage expected to cost auto industry $210 billion in 2021," published by CNBC, dated September 23, 2021, highlighted for the Court's convenience.

7.    Attached as Exhibit 6 is a true and correct copy of an article titled "Chip Shortage Cuts Production Of 278,000 General Motors Vehicles So Far," published by GM Authority, dated May 24, 2021, highlighted for the Court's convenience.

8.    Attached as Exhibit 7 is a true and correct copy of an article titled "This Ford Dealer Normally Stocks 1,500 Cars; Now They Have 30," published by Car and Driver, dated June 4, 2021.

---

[1]   For those exhibits that are copies of articles available on the internet, the exhibit includes a copy of the hyperlink used to access the articles.

9. Attached as Exhibit 8 is a true and correct copy of an article titled "Production issues to delay Ford Bronco and Mustang Mach-E deliveries," published by CNBC, dated August 12, 2021, highlighted for the Court's convenience.

10. Attached as Exhibit 9 is a true and correct copy of an article titled "2021 Automotive Supply Chain Shortages," published by Black Book, dated June 7, 2021.

11. Attached as Exhibit 10 is a true and correct copy of transcript of a conference call held by Atieva, Inc. (d/b/a "Lucid Motors") and Churchill Capital Corp IV ("Churchill") on February 23, 2021, announcing a proposed transaction involving Churchill and Lucid Motors, as filed with the U.S. Securities and Exchange Commission ("SEC") by Churchill.

12. Attached as Exhibit 11 is a true and correct copy of the investor presentation by Lucid Motors and Churchill, made in connection with the February 23, 2021 announcement of Lucid's proposed merger and public listing, as filed with the SEC by Churchill.

13. Attached as Exhibit 12 is a true and correct copy of a transcript of an interview with Lucid's then-CEO Peter Rawlinson on CNBC TechCheck, dated May 11, 2021, as filed with the SEC by Churchill, highlighted for the Court's convenience.

14. Attached as Exhibit 13 is a true and correct copy of a transcript of an interview with Lucid's then-CEO Peter Rawlinson at the Financial Times Future of Car Summit, dated May 13, 2021, as filed with the SEC by Churchill, highlighted for the Court's convenience.

15. Attached as Exhibit 14 is a true and correct copy of a transcript of an interview with Lucid's then-CEO Peter Rawlinson on CNN, dated June 25, 2021, as filed with the SEC by Churchill, highlighted for the Court's convenience.

16. Attached as Exhibit 15 is a true and correct copy of a Lucid Motors Investor Presentation, dated July 13, 2021, as filed with the SEC by Churchill.

17. Attached as Exhibit 16 is a true and correct copy of an article titled "EV-Maker Lucid Group Gets Warm Reception After SPAC Merger," published by Bloomberg, dated July 26, 2021, highlighted for the Court's convenience.

MORGAN DECLARATION ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION

18. Attached as Exhibit 17 is a true and correct copy of an article titled, "Lucid Motors aims for 500-mile range EV with Lucid Air electric car," published by USA Today, dated July 31, 2021, highlighted for the Court's convenience.

19. Attached as Exhibit 18 is a true and correct copy of an excerpt of a report titled, "Cautiously Selective in EV De-SPAC Land: Initiating LICY at OW, LCID and REE at UW," published by Morgan Stanley Research, dated September 13, 2021, excerpting those portions of the report that concern Lucid, highlighted for the Court's convenience.

20. Attached as Exhibit 19 is a true and correct copy of a Stock Report for Lucid Group, Inc., published by CFRA, dated September 11, 2021, highlighted for the Court's convenience.

21. Attached as Exhibit 20 is a true and correct copy of a report titled "Positive Takeaways from Production Preview Event," published by Citi Research, dated September 29, 2021, highlighted for the Court's convenience.

22. Attached as Exhibit 21 is a true and correct copy of an article titled "UPDATE 1-Electric car maker Lucid on track for 2022, 2023 output targets, CEO says," published by Reuters, dated September 29, 2021.

23. Attached as Exhibit 22 is a true and correct copy of an article titled "EV Startups Lucid and Rivian Deliver First Models to Customers; Upstarts seek to replicate Tesla's success but face challenges in trying to build up production," published by the Wall Street Journal, dated November 1, 2021.

24. Attached as Exhibit 23 is a true and correct copy of Lucid's Quarterly Report on Form 10-Q for the third quarter ended September 30, 2021, dated November 15, 2021, as filed with the SEC by Lucid, highlighted for the Court's convenience.

25. Attached as Exhibit 24 is a true and correct copy of a Lucid press release titled "Correction -- Lucid Announces Third Quarter 2021 Financial Results and Lucid Air Wins 2022 MotorTrend Car of the Year," dated November 15, 2021, produced by plaintiff with Bates COMPLAINT00001529.

26. Attached as Exhibit 25 is a true and correct copy of the transcript of Lucid's Q3 2021 earnings call, dated November 15, 2021, produced by plaintiff with Bates COMPLAINT00001724.

27.     Attached as Exhibit 26 is a true and correct copy of a report titled "The Next $100bn EV Company," published by Morgan Stanley Research, dated November 16, 2021, highlighted for the Court's convenience.

28.     Attached as Exhibit 27 is a true and correct copy of a report titled "Lucid Group Inc (LCID.O)—Q3 Evidences Encouraging Momentum; Buy/High Risk (Raise Tgt)," published by Citi Research, dated November 16, 2021, highlighted for the Court's convenience.

29.     Attached as Exhibit 28 is a true and correct copy of a report titled "Reservations continue to R'AMP with encouraging outlook for 2022 – first take," published by BofA Securities, dated November 15, 2021, highlighted for the Court's convenience.

30.     Attached as Exhibit 29 is a true and correct copy of a certified transcript of an interview with Lucid's then-CEO Peter Rawlinson on CNBC, dated November 16, 2021.

31.     Attached as Exhibit 30 is a true and correct copy of an excerpt of Lucid's Supplemental Responses and Objections to Plaintiff's Interrogatories Nos. 4–6, dated March 13, 2026, excerpting the response to Interrogatory 2, highlighted for the Court's convenience.

32.     Attached as Exhibit 31 is a true and correct copy of email correspondence, dated November 9, 2021, produced by defendants with Bates LUCIDGROUP0075102.

33.     Attached as Exhibit 32 is a true and correct copy of an excerpt of Peter Rawlinson's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, dated March 13, 2026, excerpting responses to Interrogatories 2–4, highlighted for the Court's convenience.

34.     Attached as Exhibit 33 is a true and correct copy of a Lucid press release titled "Lucid Announces Fourth Quarter and Full Year 2021 Financial Results, Updates 2022 Outlook," dated February 28, 2022, produced by plaintiff with Bates COMPLAINT00001572, highlighted for the Court's convenience.

35.     Attached as Exhibit 34 is a true and correct copy of email correspondence, dated February 5, 2022, produced by defendants with Bates LUCIDGROUP0022798, highlighted for the Court's convenience.

36.     Attached as Exhibit 35 is a true and correct copy of a Lucid press release titled "Lucid Announces Second Quarter 2022 Financial Results, Reports Strong Demand While Lowering

Production Guidance for the Year," dated August 3, 2022, produced by plaintiff with Bates COMPLAINT00001698, highlighted for the Court's convenience.

37.    Attached as Exhibit 36 is a true and correct copy of the transcript of Lucid's Q2 2022 earnings call, dated August 3, 2022, produced by plaintiff with Bates COMPLAINT00001637, highlighted for the Court's convenience.

38.    Attached as Exhibit 37 is a true and correct copy of email correspondence, dated August 1, 2022, produced by defendants with Bates LUCIDGROUP0048638.

39.    Attached as Exhibit 38 is a true and correct copy of Lead Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, dated October 31, 2025.

40.    Attached as Exhibit 39 is a true and correct copy of the deposition transcript of the deposition of Pirjo Andréasson, corporate representative of Sjunde AP-Fonden, taken April 23, 2026, highlighted for the Court's convenience.

41.    Attached as Exhibit 40 is a true and correct copy of an Investment Management Agreement entered into between Sjunde AP-Fonden and one of its investment managers, dated April 15, 2016, produced by plaintiff with Bates AP7_00000030.

42.    Attached as Exhibit 41 is a true and correct copy of an Amendment Agreement to an Investment Management Agreement entered into between Sjunde AP-Fonden and one of its investment managers, dated September 17, 2018, produced by plaintiff with Bates AP7_00000189.

43.    Attached as Exhibit 42 is a true and correct copy of a letter attaching an Investment Management Agreement entered into between Sjunde AP-Fonden and one of its investment managers, dated April 4, 2016, produced by plaintiff with Bates AP7_00000212.

44.    Attached as Exhibit 43 is a true and correct copy of a letter attaching an Investment Management Agreement entered into between Sjunde AP-Fonden and one of its investment managers, dated April 27, 2016, produced by plaintiff with Bates AP7_00000350.

45.    Attached as Exhibit 44 is a true and correct copy of email correspondence between counsel for one of AP7's investment managers and counsel for defendants, dated April 3, 2026, highlighted for the Court's convenience.

46.    Attached as Exhibit 45 is a true and correct copy of email correspondence between one of AP7's investment managers and counsel for defendants, dated April 10, 2026, highlighted for the Court's convenience.

47.    Attached as Exhibit 46 is a true and correct copy of the deposition transcript of the deposition of Dr. Zachary Nye, taken April 27, 2026, highlighted for the Court's convenience, highlighted for the Court's convenience.

48.    Attached as Exhibit 47 is a true and correct copy of an article titled "Electric Vehicle Sales Headed For Five And A Half Million In 2021 As Automakers Target 40 Million Per Year By 2030," published by BloombergNEF, dated November 10, 2021.

49.    Attached as Exhibit 48 is a true and correct copy of an excerpt of a document titled "MSCI Index Calculation Methodology," prepared by Morgan Stanley Capital International, dated September 2021, excerpted to remove appendices, highlighted for the Court's convenience.

50.    Attached as Exhibit 49 is a true and correct copy of the transcript of Lucid's Q4 2021 earnings call, dated February 28, 2022, produced by plaintiff with Bates COMPLAINT00001557, highlighted for the Court's convenience.

51.    Attached as Exhibit 50 is a true and correct copy of a report titled "Lucid Group Inc (LCID.O)—Q4 Takeaways; Lowering Target, Maintain Buy/High Risk," published by Citi Research, dated March 1, 2022, highlighted for the Court's convenience.

52.    Attached as Exhibit 51 is a true and correct copy of a report titled "LCID 4Q21 Recap - Slower Near-Term Ramp Results in Lower FY22 Volume Outlook; Reservation Growth Suggests Product Demand Strong – Remain NEUTRAL," published by Guggenheim Securities, dated March 1, 2022.

53.    Attached as Exhibit 52 is a true and correct copy of a report titled "Lucid & Fisker – Q2 Takeaways & Model Updates," published by Citi Research, dated August 4, 2022, highlighted for the Court's convenience.

54.    Attached as Exhibit 53 is a true and correct copy of a report titled "Lucid In Production Hell," published by Redburn, dated August 4, 2022, highlighted for the Court's convenience.

55.    Defendants can provide the Court with complete copies of all excerpted exhibits upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2026 in Los Angeles, California.

Shon Morgan