# EXHIBIT 3

# Supply chain snarls could cost automakers $210 billion this year, forecast finds

 **www.reuters.com**/business/autos-transportation/supply-chain-snarls-could-cost-automakers-210-billion-this-year-forecast-finds-2021-09-23/

Joseph White                                                                September 23, 2021



0 seconds of 0 secondsVolume 0%

▶

DETROIT, Sept 23 (Reuters) - Global automakers could lose $210 billion in revenue this year because of supply chain disruptions, nearly double a forecast earlier this year, consulting firm Alixpartners said Thursday.

<mark>A shortage of semiconductors is just part of the problem, Alixpartners said in a new forecast. High prices and tight supplies of commodities such</mark> as steel and plastic resin are driving up costs and forcing automakers to curtail production.

Stay up to date with the latest news, trends and innovations that are driving the global automotive industry with the Reuters Auto File newsletter. Sign up here.

Advertisement · Scroll to continue

Automakers are on track to lose production of 7.7 million vehicles in 2021, according to the new forecast. Alixpartners advises automakers on supply chain and other issues.

In May, the firm predicted automakers would lose $110 billion in revenue and fall 3.9 million vehicles short of production plans for the year.

The dour new forecast comes amid warnings from automakers and commercial truck manufacturers that semiconductor shortages and commodity price spikes are not easing as 2021 heads into its final months, as industry executives had hoped they would. read more read more read more

Last week, IHS Markit (INFO.N) ↗ , opens new tab slashed its global auto industry production outlook for 2021 and 2022. read more

Advertisement · Scroll to continue

Newly manufactured Ford Motor Co. 2021 F-150 pick-up trucks are seen waiting for missing parts in Dearborn, Michigan, U.S., March 29, 2021. Picture taken March 29, 2021. REUTERS/Rebecca Cook/File Photo Purchase Licensing Rights, opens new tab

In the U.S. market, vehicle sales have begun to slow because inventories on dealer lots are around 20 days' supply, less than half the normal levels, said Dan Hearsch, a managing director in Alixpartners auto practice.

"We had originally assumed we would get back to normal and claw back volume" in the fourth quarter, Hearsch told Reuters. "That is not going to happen."

Instead, automakers could have tight inventories until late 2022 or early 2023, he said.

Supplies of semiconductors have been hit in the past few months by a COVID surge in Malaysia ↗ , opens new tab, which has hobbled production at important suppliers. read more

Backlogs at major U.S. ports are hampering efforts by auto manufacturers to import more plastic resins and steel, he said.

In response, automakers are committing to longer contracts to lock in supplies, buying as much as 40 to 50 weeks in advance, Hearsch said.

"They are signing up for things they would never have done a year ago," he said.

Reporting By Joe White; Editing by Cynthia Osterman

Our Standards: The Thomson Reuters Trust Principles. ↗ , opens new tab

Joe White is the global automotive correspondent for Reuters, based in Detroit. Joe joined Reuters in January 2015 as the transportation editor leading coverage of planes, trains and automobiles, and later became global automotive editor. Previously, he served as the global automotive editor of the Wall Street Journal, where he oversaw coverage of the auto industry and ran the Detroit bureau. Joe is co-author (with Paul Ingrassia) of Comeback: The Fall and Rise of the American Automobile Industry, and he and Paul shared the Pulitzer Prize for beat reporting in 1993. You can sign up for Joe's Auto File newsletter here: https://www.reuters.com/newsletters/reuters-auto-file/

- ✉
- 𝕏
- in

## Read Next

- [Retail & Consumercategory](#)
  [Audi, SAIC will jointly develop future models under new China brand](#)
- [Legalcategory](#)
  [Ford recalls about 1.4 million pickup trucks over gearshift issue, NHTSA says](#)
  ▷
- [Autos & Transportationcategory](#)
  [Stellantis, Microsoft sign five-year partnership for AI push](#)
- [Autos & Transportationcategory](#)
  [Tesla seeks Taiwan chip engineers for Terafab project](#)
- [Energycategory](#)
  [Faced with fuel crisis, Australia's trucking industry eyes electric options](#)
  ▷
- [Retail & Consumercategory](#)
  [Mercedes investors warn luxury focus could hamper China recovery](#)