# EXHIBIT 7

# This Ford Dealer Normally Stocks 1500 Cars; Now They Have 30

**www.caranddriver.com**/news/a36630647/ford-dealer-chip-shortage-inventory/

June 4, 2021



Car and Driver

- **The shortage of semiconductor chips for electronics has led to a shortage of cars and trucks on dealer lots ready to sell, and the top-selling vehicle in the U.S., the Ford F-150 pickup, has seen production delayed or halted on an equally large scale.**
- **We checked out a local high-volume Ford dealer, Varsity Ford, which has only a couple dozen new vehicles on a lot that normally has hundreds in stock.**
- **We also checked out the lots near Ford's Rawsonville plant outside Detroit, where large numbers of F-150s and other vehicles sit parked, waiting for chips to come back in.**

If you happen to live in the metropolitan Detroit area, as we do, you may have noticed that Ford has recently taken to storing large numbers of apparently completed F-150 trucks in parking lots across the city. But visit a Ford dealer, even a usually high-volume one like Varsity Ford in Ann Arbor, Michigan, which boasts on its website that "only Ford Motor

Company has more" new Fords in stock than they do, and the scene looks different. "We have maybe 25 or 30 vehicles in inventory," Varsity Ford assistant general manager Max Stanford told us this week, "and I'm probably overestimating."

## For Sale Near You

See all results for [used cars for sale](#) near 97818



Car and Driver

The rows of new trucks taking up space in usually empty lots in Detroit can't make it to dealerships because they're missing semiconductors that are essential to their operation. The problem has been going on for months and has [impacted production plans](#) at virtually every automaker. Ford decided in March to build F-150s without the ungettable chips, then trickle the trucks out to dealers (and customers) as the crucial parts come in. The scores of trucks parked across southeastern Michigan are awaiting chip installation and a final round of testing before they can be shipped to their new owners.



Car and Driver

Stanford says his dealership usually keeps 1300 to 1500 vehicles in inventory. A storage facility that usually houses around 1100 of those vehicles is now completely empty, and the new cars that are coming into the dealership are already spoken for by customers who chose to order a new car to their specification and wait for it to be produced rather than picking from Varsity's now extremely limited new-car inventory. Stanford says pre-ordered cars are taking priority on Ford's manufacturing lines.

The shortage means Varsity Ford is now selling more cars than usual at MSRP, and the incentive programs Ford and other automakers have used in the past to clear out one model year's inventory ahead of a fall changeover are nowhere to be found. Instead, Ford is offering incentives to lease customers who agree to extend their contract until the new-car shortage eases.



Car and Driver

This is all good news for Varsity Ford's used-car business, but it's a tough time to be in new-car sales. "That's the most difficult part of all this," says Stanford of the strain on his non-salaried employees. But despite the challenges, Stanford says salespeople are sticking with Varsity Ford. "As a salesperson, even if you said forget Ford, I'm going to go sell a Chrysler or a Chevrolet, you're in exactly the same situation."

There are some signs that the chip shortage will abate by the end of the summer. General Motors said this week that it expects to be able to increase production numbers by July, and Stanford has been told to expect new inventory to start dribbling in by August. But chipmaker Intel says it could be years before the semiconductor shortage is fully resolved.



Car and Driver

Vehicles parked at Ford Rawsonville plant, about 20 miles from Varsity Ford.

These extreme shortages could have caused tensions between Ford and its dealers or dealers and their customers. But Stanford says that while he hopes Ford might re-evaluate some of its just-in-time manufacturing practices to fend off future crises, the company has treated its dealers well and remained communicative throughout the shortage. And customers are behaving themselves, too. The coronavirus pandemic has "caused everyone to slow down and be more patient," he says. "People have taken a step back—it's not the end of the world if I extend my lease a few months." And he has an answer for prospective buyers who inquire about the lots full of apparently road-ready F-150s scattered across Detroit: "We could sell you one, but you'd have to push it around."

View full post on YouTube



Annie White
Associate Editor
Annie White has been writing and editing for *Car and Driver* since 2016. She has owned two Chevrolet HHRs. It was a mistake both times.

Watch Next

## **News**



[Ford Recalls 1.4M F-150 Pickups After Investigation](#)



[Nissan Teases Burly Off-Road SUV Concept for Beijing](#)



[Porsche Bests Own 'Ring Time but Is Outdone by Ford](#)



[The TCR Is the Raciest, Albeit Priciest, Elantra N](#)



[New Ford Mustang GTD Crushes the ZR1X's 'Ring Time](#)



[Kia and Genesis Recall 235K Cars over a Fuel Leak](#)



Next-Gen Ford F-150 and Super Duty Coming by 2029



Mercedes C-Class EV Cabin Shown Before Full Reveal



[F1 to Feature in the Next Ocean's Heist Movie](#)



[The Bestselling Luxury Vehicles of 2026](#)



[These Minis Are a Rolling Sound System for Parties](#)



[These Are the 10 Bestselling EVs of 2026](#)