# EXHIBIT 9

# 2021 Automotive Supply Chain Shortages

B www.blackbook.com/2021-automotive-supply-chain-shortages/

Laura Wehunt                                                              June 7, 2021



06.07.2021

Last year was a roller coaster for prices and inventory levels that ended with strong retail demand. As we look back at 2021 so far, many of the lingering effects of 2020 have created an impact on the industry as a whole, and just as things were starting to become somewhat "normal", we started to see supply chain shortages.

In 2020, new manufacturing made gains in production levels in Q3 and Q4, but not enough to stabilize before the global microchip shortage disrupted production levels even further. The effects of the microchip shortage are expected to continue into the remainder of 2021 and beyond.

As a whole, new car manufacturing has had a tough start to 2021 as a result of the global microchip shortage, extreme winter weather, and the earthquake in Japan. We have recently seen shortages in foam and rubber, which has impacted seat and tire production.

Supply chain issues continue to wreak havoc on new car production. Toward the end of April, Ford announced that they were having more production disruptions, and they weren't the only ones. Mitsubishi cut roughly 16,000 units in May due to the shortages, and Stellantis is having to furlough employees at their Jeep factory in Detroit.

The automotive supply chain shortages have ultimately caused a scramble for dealers. With the market being as strong as it currently is, dealers want to be selling as much as possible, but with limited supply and high demand, it has caused frustration that could last for the foreseeable future.

For the most recent Market Insights and the latest on the automotive supply chain shortages, click here. To learn more about what will drive vehicle depreciation in 2021, click here to download the most recent Fitch Ratings depreciation report.

Posted in: Dealers