# EXHIBIT 18

**Morgan Stanley** | RESEARCH

FOUNDATION

*September 13, 2021 09:01 PM GMT*

**Autos & Shared Mobility | North America**

# Cautiously Selective in EV De-SPAC Land: Initiating LICY at OW, LCID and REE at UW

We expand our EV coverage by 3 de-SPACs. Each offers opportunities and risks, but we believe investors should set a very high bar for early/pre-revenue companies in this field. Valuation and competition keep us UW LCID and REE. We are OW LICY on its early progress in battery recycling.

In the fast-moving EV de-SPAC arena, investors are presented with a range of differentiated technologies and/or business models with a path to scale in a large and fast growing market. However, there are also high levels of risk that investors must consider and that will require continuing due diligence/investigation over time. In our opinion, many of these dynamic businesses offer exciting investment opportunities, but have perhaps not yet earned a place in an investor's portfolio today given the associated risks and current valuations.

As we survey the EV de-SPAC landscape and go deeper into the end markets and technologies, we are prioritizing strong management teams, highly differentiated technology and/or business models with a path to scale at a reasonable level of risk. We ask ourselves: "Does this company truly add something important to the BEV market that is not done well by an existing player?" In this next tranche of initiations, we believe Li-Cycle (LICY) offers the most compelling strategy and a favorable risk-reward skew. Specifically, we are attracted to its position in the currently under-developed BEV battery recycling market as it helps mitigate important environmental externalities associated with the EV ecosystem. Lucid (LCID) and REE (REE) feature compelling technologies that, under some scenarios, may be able to scale profitably. However, we believe the models of both companies face a far greater level of head-on competition from legacy players, startups (and, in the case of REE, even from its own customers), and this level of competition is more than was expected when both companies were conceived a few years ago. Moreover, we believe both LCID and REE face higher execution risk that impacts the risk/reward for investors, leaving us Underweight.

The methodology that drives our recommendations at a high level is driven by four main factors: **(a)** technological leadership; **(b)** path to scale; **(c)** a business model that "solves an unaddressed problem," especially around the environmental externalities of the EV industry that investors must consider; and **(d)** valuation considerations and what seems to be "priced" in relative to other players. These four factors, informed by a collaborative/cross-sector research effort, combined with our views on valuation and risk-adjusted return, drive our

MORGAN STANLEY & CO. LLC

**Adam Jonas, CFA**
EQUITY ANALYST
Adam.Jonas@morganstanley.com      +1 212 761-1726

**Evan Silverberg, CFA, CPA**
RESEARCH ASSOCIATE
Evan.Silverberg@morganstanley.com      +1 212 761-4376

**Billy Kovanis**
EQUITY ANALYST
Billy.Kovanis@morganstanley.com      +1 212 761-2573

**Grace G Kim**
RESEARCH ASSOCIATE
Grace.G.Kim@morganstanley.com      +1 212 761-5232

**Alexander Zoeckler**
RESEARCH ASSOCIATE
Alex.Zoeckler@morganstanley.com      +1 +1-212-761-7118

**Autos & Shared Mobility**

North America
**IndustryView**                                    In-Line

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

FOUNDATION

ratings. We worked closely with our global autos colleagues and conducted extensive interviews with company management and industry experts to formulate our views. A summary of our ratings and logic are as follows:

- **Li-Cycle (OW, PT $15): Battery Recycling Goes Green.** Through its Spoke-and-Hub model, Li-Cycle aims to not only address the growing issue of end-of-life disposal of lithium-ion batteries, but to create a closed-loop supply chain for critical battery materials. With its ability to process any battery regardless of chemistry, form factor, or size, we think Li-Cycle is well positioned to benefit from the mega trend of EV adoption through an ESG friendly process at a time when a domestic supply of strategic battery materials is increasingly under focus. EV battery recycling is likely to be a very large market with recurring revenues and significant government/policy support given the environmental externalities and national security implications of mining/material sourcing. While there are risks related to scaling and competition (including from OEMs, mining companies, etc.) we find Li-Cycle's value proposition compelling.

- **Lucid (UW, PT $12): Super Premium EVs at Above-Tesla Risk.** Lucid is a highly vertically integrated BEV company that addresses the premium market at Tesla and above. Individually, we can point to a number of key innovations that consumers may value (powerful e-motors, refined interior, a high performance driving experience and many other "jewels"). However, we find ourselves asking *how big is the market for this level of premium EVs* and *what are reasonable levels of risks that investors should shoulder in order to take what may eventually be only a modest slice of a crowded premium BEV market*? At a $31bn valuation, the stock market appears to be ascribing an unusually high probability of scenarios where LCID achieves very high market share, margins or both. Where do we shake out? We think LCID can occupy a sustainable niche place in a difficult market but, at this stage, we see many obstacles left to hang with more established EV titans and grow into its valuation.

- **REE (UW, PT $5): Horizontally Focused – Betting on Collaboration with Competitors.** REE is an electric vehicle platform manufacturer that aims to create a flat, scalable, and modular platform that can accommodate the broadest range of electric vehicles, including last-mile delivery, MaaS (Mobility as a Service), light to medium duty EV logistics, and robo-taxis. REE has developed two core innovations: (a) the REEcorner, which integrates all the traditional vehicle components into the arch of the wheel and (b) the REEboard, which is a completely flat and modular electric platform. By 2026, the company plans to have 15 integration centers worldwide with annual capacity of ~600K units. Embedded in its projections, the company plans to achieve $19Bn+ total cumulative revenue by 2026 (vs MSe cumulative revenue estimates of $4.4Bn), with $5.1Bn coming from signed MOUs and $14Bn in its "Advanced Pipeline." Although REE's horizontal business model is agnostic to whatever wins in EVs in the long term, REE must circumnavigate the highly competitive electric vehicle market — where it must compete with new players, legacy suppliers, and also with its own customers who we expect to see rapidly vertically integrate and in-source key areas of the BEV platform. We think

2

**Morgan Stanley** | RESEARCH

FOUNDATION

the REE strategy was more in tune with the initial strategies of OEMs pre-pandemic, before the EV stakes really increased.

**Strategic scorecard and comps.** Below we outline some qualitative and quantitative metrics that we use to determine ratings and price targets, along with a comparable analysis table to quantify our assumptions.

**Exhibit 1:** EV-Related De-SPAC Strategic Scorecard

| Ticker | Technology Moat | TAM Potential | Path to Scale | Execution Risk | 10-Yr Rev Growth | Risk-Adjusted Upside to Target | MS Rating |
|---|---|---|---|---|---|---|---|
| LICY | ○ | ● | ● | ○ | ● | ● | OW |
| LCID | ○ | ● | ○ | ● | ● | ● | UW |
| REE | ○ | ○ | ● | ● | ● | ● | UW |
| FREY | ○ | ● | ● | ○ | ● | ● | OW |
| FSR | ○ | ● | ● | ● | ● | ● | OW |
| QS | ● | ● | ● | ● | ● | ● | OW |
| MVST | ○ | ● | ○ | ● | ● | ● | UW |
| RMO | ○ | ● | ○ | ● | ● | ● | UW |
| RIDE | ○ | ○ | ○ | ● | ● | ● | NA |

Source: Morgan Stanley Research

**Summary of Estimates/Ratings:** We compare the EV de-SPAC names across various metrics to illustrate how we view growth, margins and valuations playing out. For OEM LCID and platform/tech partner REE, we forecast EBITDA margins in the low to mid teens (roughly in between that of a traditional car company and Tesla). Each reflect strong top-line growth on our forecast given the underlying market with some help from "law of small numbers" with the starting point in 2025. Our UW ratings on LCID and REE are driven by a divergence in our growth and margin assumptions vs. that implied by the market and management's own projections, revealing downside to target and an unfavorable risk-reward skew. Our OW on LICY is driven by our favorable opinion on the "neighborhood" of battery recycling, where we believe there to be a large and unmet need for services in a market facing exponential growth (26.4% 5-yr CAGR). We expect LICY to produce the highest EBITDA margin of the 3 companies (2030e of 34.8%) and to have relatively fewer competitors. We forecast the number of BEVs in operation in the US alone (1.2mm at the end of FY20) is set to grow 20-fold by FY30 and nearly 45-fold by FY35. This "mountain" of toxic and valuable battery materials presents a unique and underappreciated business opportunity that we think resonates with tech and ESG investors alike. Additionally, LICY's hydrometallurgical process offers an innovative and green recycling solution, one that we believe has the ability to substantially reduce the environmental footprint of batteries throughout the total life cycle.

**Exhibit 2:** EV De-SPAC Comparable Analysis Table

| Ticker | 5-YR Revenue CAGR* | 5-YR EBITDA CAGR | Terminal Growth Rate | Gross Margin (2030e) | EBITDA Margin (2030e) | EV/EBITDA at PT (2030e) | EV/Sales at PT (2030e) | Risk Reward Skew |
|---|---|---|---|---|---|---|---|---|
| LICY | 26.4% | 41.9% | 4.0% | NA | 34.8% | 4.6x | 1.6x | 5.0 |
| LCID | 20.6% | 91.1% | 4.0% | NA | 15.0% | 4.5x | 0.7x | 1.3 |
| REE | 29.1% | NA | 4.0% | NA | 11.0% | 2.6x | 0.3x | 2.6 |
| FSR | 15.3% | 24.9% | 4.0% | NA | 11.0% | 4.6x | 0.5x | 17.1 |
| QS | 28.8% | 29.0% | 4.0% | 26.0% | 21.0% | 14.2x | 3.0x | 11.3 |
| FREY | 36.0% | 47.4% | 4.0% | 23.0% | 18.0% | 2.2x | 0.4x | 5.4 |
| MVST | 23.9% | 26.4% | 4.0% | 25.0% | 16.8% | 3.1x | 0.5x | 1.1 |
| RMO | 18.4% | 63.6% | 3.0% | 24.7% | 15.2% | 1.7x | 0.3x | 3.2 |
| RIDE* | 12.1% | 26.4% | 2.5% | 15.0% | 8.9% | 1.6x | 0.1x | 3.4 |

Source: Morgan Stanley Research. Note 5 year CAGRs for all companies are 2025-2030 with the exception of QS which is 2030-2035 due to the longer runway until production. All multiples are on 2030e. We do not currently have a PT on RIDE and instead use our base case for multiples.

For the 9 names under our coverage we take our Morgan Stanley estimate for each company's 2030 sales and discount these projections back to the start of

3

Morgan Stanley | RESEARCH

FOUNDATION

the CAGR period, 2025, using each company's respective WACC. Through this method, we provide a fuller picture of each company's valuation on the X-axis by dividing the current market based EV by a risk-adjusted view of what we believe the companies can achieve in the future. We also compare de-SPAC startups under our coverage to several high growth peers. We acknowledge the lack of comparability of our de-SPAC names to the high growth peers due to different business models, margin profiles and capital intensity, but include these purely based on the high growth factor as an illustrative point to show risk/reward relative to other high growth peers.

For REE & LICY, to better understand what is "priced in," we use MSe Revenue in 2030 revenue and discount these projections back to 2025 at the current market valuation (not MS PT). We compare these outputs to the absolute MSe revenue projection in 2025 (not discounted) to the current MS derived PT valuation. The same MSe 2025-2030 growth CAGR is used for both plots given a lack of Consensus estimates available for these names.

For LCID specifically, given the company provides long-term financial targets, we plot the company based on its management provided revenue targets in 2025 vs its current share price valuation ($20/$32bn EV) . We compare this output relative to our Price Target ($12/$18bn EV) and our MS revenue estimates which are ~26% below company projections in 2025 and ~50% lower in 2030.

While LICY has the highest multiple at PT of the three companies that we are initiation on, we believe this is warranted given its estimated high margin business, coupled with its sustainable operations, both of which underpin our OW rating. We note that we still believe LICY can achieve significant growth beyond 2030, and forecast revenue through 2035.

LCID exhibits the highest multiple of any de-SPAC OEM that we have initiated on to date stemming from its high absolute valuation. Part of our thesis on LCID stems from the fact that at its current valuation, we believe LCID has been given far too much credit for growth prospects, and the market is not properly taking into consideration the key risks that lie ahead for both the company and the industry as a whole.

**Morgan Stanley** | RESEARCH

FOUNDATION

**Exhibit 3:** 2025-2030 Revenue CAGR vs 2025 EV/Sales Growth



Source: Morgan Stanley Research. Note: 5-Year CAGR is from 2025-2030 with the exception of QS which are 2030-2035. LICY, LCID, REE, FREY, MVST, QS, FSR, RIDE and RMO multiple is on 2030e discounted back to 2025. All others are 2025e. All EVs are at current prices unless explicitly labeled.

Below in Exhibit 4 we drill down into where the 9 de-SPAC names in our coverage trade relative to each other. We use Morgan Stanley 2025-2030 revenue estimates and discount these projections back to 2025 for all companies. We note that the EVs are based on current share prices and do not reflect our respective price targets for each company.

**Exhibit 4:** 5-Yr Revenue CAGR vs EV/2030e Sales (Sales discounted back from 2030 to 2025)



Source: Morgan Stanley Research. Note: 5-Year CAGR are from 2025-30 with the exception of QS which are 2030-2035. EVs are based on current share prices.

5

# Executive Summary

**Despite the significant pull-back in de-SPACs in recent months, investors must still contend with an ever growing number of EV-related startup equity investments in the public market. The three companies we initiate on in this report are each, in one form or another, a clean sheet startup focused on the super high growth EV market, either through battery recycling (LICY), high-end BEVs (LCID), or a modularized and integrated EV corner module/skateboard (REE). Each addresses a different part of the EV value chain with its own set of top-line growth opportunities. Each also brings its own combination of risks.**

The current environment for EV-related startups is truly historic. Investors have a front row seat to this commercial and scientific revolution. The business models that have developed during this revolution will change the face of renewable transportation for generations to come.

At the same time, investors must contemplate the extraordinarily high level of risk in the EV startup market, applicable to each of the names we are initiating on today. All three names have little or no revenue. Each addresses end markets that will require substantial deployment of physical capital and are exposed to any number execution risks and factors outside of their control. There are risks related to manufacturing, technological efficacy, competition, and scaling up amongst others. And in capital intense auto-related businesses, missteps can be penalized severely. In our opinion, not all of the companies coming to market will be long-term survivors, and the challenge of picking the relatively advantaged ones is compounded by the lack of operating track record. Investors may be tasked with determining the size and growth of markets that are in an embryonic stage, and will be challenged to value companies with a much lower level of financial disclosure than they are used to.

While we have done our best to bring the power of the Morgan Stanley Research platform to bear in this report, we must acknowledge that there remain many unknowns, particularly related to scaling manufacturing and technology that will play out over time. This is important, as these factors can add great volatility to the ultimate direction of each of these share prices discussed. We think Elon Musk said it best on Tesla's 4Q20 conference call: *"Making a prototype is easy. Scaling production is very hard."*

We express our views in our proprietary financial modeling and DCF valuations. In many cases, our inputs on growth, profitability, and cash flow differ significantly from management guidance. We endeavor to explain where we differ and why, and how we derive our conclusions on relative value and risk-reward.

The remainder of this report is a detailed examination of what we believe are three innovative and exciting new companies - each individually worthy of investor consideration. Each is led by what we believe are capable management teams that bring their own technology, relationships, commercial opportunities, and risks to the table. Out of the three, we recommend LICY at OW and LCID and REE at UW.

6

We believe LICY is on a potential course to solve the inherent lack of renewability within the EV ecosystem, all while having a favorable balance of innovation, path to scale, and potential, relative to execution risk. Beyond our 'call' on LICY itself, we aim to help investors understand the importance of the battery recycling business including how to think about the TAM and how to model the top line and cost structure. For both LCID and REE, we believe the business models of both companies would have been more valuable in the EV environment of 2 to 3 years ago when OEMs and suppliers weren't facing the same existential struggle that forces them into the competitive BEV arena as they are today. Moreover, we struggle to justify the current valuation of both LCID and REE, revealing relatively unfavorable risk-reward outcomes.

**Exhibit 5:** Opportunity vs Risk Matrix



Source: Morgan Stanley Research.

7

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 6:** TAM vs Growth Estimates

|  | Core TAMs | Growth % |
|---|---|---|
| FSR | **$0.8tn to $1.4tn** (Global EV Market by 2030) | *30% CAGR* |
| QS | **$300bn to $400bn** (by 2030) | *40% CAGR* |
| FREY | **$300bn to $400bn** (by 2030) | *40% CAGR* |
| LICY | **$40bn to $60bn** (by 2030) | *40% CAGR* |
| RMO | **$75bn to $100bn** (NA/FS CV Battery Market) | *25% CAGR* |
| RIDE | **$6.5bn to $150bn** (VS FS Fleet Pickup to Total VS Pickup Market) | *30% CAGR* |
| MVST | **$75bn to $100bn** (NA/FS CV Battery Market) | *30% CAGR* |
| LCID | **$0.8tn to $1.4tn** (Global EV Market by 2030) | *30% CAGR* |
| REE | **$50bn to $70bn** (by 2030) | *30% CAGR* |

Source: Morgan Stanley Research. NA is North America. FS is Full Size.

**Li-Cycle (LICY): Battery Recycling Goes Green.** Through its Spoke-and-Hub model, Li-Cycle aims to not only address the growing issue of end-of-life disposal of lithium-ion batteries, but to create a 'closed-loop' supply chain for critical battery materials. With its ability to process any battery regardless of chemistry, form factor, or size, Li-Cycle is well positioned to benefit from the mega trend of EV adoption through an ESG friendly process at a time where a domestic supply of strategic battery materials is increasingly under focus. Key risks include capital deployment, scaling/permitting, competition, and

8

FOUNDATION

the potential for some OEMs to do a portion of the recycling process themselves. We believe the market underestimates the size of the battery recycling 'problem,' the regulatory push for recycling, and the multi-decade growth opportunity that drive a compelling risk-reward for LICY.

**Exhibit 7:** LICY - Key Considerations Matrix



Source: Morgan Stanley Research

### Lucid (LCID): Super Premium EVs at Above-Tesla Risk

Lucid is a vertically integrated BEV company that addresses the premium market, beginning with the luxurious and ultra-high-performance Lucid Air, which we had an opportunity to experience in NYC. While individually, we can point to a number of key innovations that consumers may value (refined interior experience, exceptionally high driving performance, and many other 'jewels') we find ourselves asking 'how big is the market for yet another $100k+ premium EV and what are reasonable levels of risks that investors should shoulder in order to take what will eventually be a modest piece of a crowded premium BEV market?' Where we shake out is a company that can occupy a sustainable niche place in a difficult market but, at this stage, lacking a path to the required scale to hang with the titans. Our message to investors: It's a lovely car… and it should be for the price. But at a ~$32bn valuation, you're paying for some extremely high embedded expectations in the stock that give the company some credit for taking on the likes of Tesla even before making its first vehicle and without the optionality that Tesla possesses in batteries, autonomy, energy, etc. We struggle to see what LCID offers investors that it cannot achieve by owning Tesla or even some of the legacy OEMs with lower risk.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 8:** Lucid - Key Considerations Matrix



Source: Morgan Stanley Research

## REE (REE): Horizontally Focused – Betting on Collaboration with Potential Competitors.

REE is an electric vehicle platform manufacturer that aims to create a flat, scalable and modular platform that can accommodate the broadest range of electric vehicles, including last mile delivery, MaaS (mobility as a service), light to medium duty EV logistics and robo-taxis. REE has developed two core innovations: (a) the REEcorner, which integrates all the traditional vehicle components into the arch of the wheel and (b) the REEboard, which is a completely flat and modular electric platform. By 2026, the company plans to have 15 integration centers worldwide with annual capacity of ~600K units. Embedded in its projections, the company plans to achieve $19Bn+ total cumulative revenue by 2026, with $5.1Bn coming from signed MOUs and $14Bn from its "Advanced Pipeline." Although REE's horizontal business model is agnostic to whatever technology wins the race to EVs in the long term, REE must circumnavigate the highly competitive electric vehicle market — where it is not only going to be threatened by new players and legacy players alike, but also by its own customers in the long term. Where we struggle is on the trend of in-sourcing and vertical integration from OEMs and suppliers who we believe have a higher chance of competing vs. REE than becoming lasting customers. This has changed dramatically vs. pre-pandemic. We do not expect a large enough number of legacy or start-up OEMs will outsource such critical and high-value added components of the car as the corner model/skate-board platform.

**Exhibit 9:** REE - Key Considerations Matrix



Source: Morgan Stanley Research

To provide context to our valuation of these 3 names, we list comps for auto names, as

Morgan Stanley | RESEARCH

FOUNDATION

well as for names across the battery complex below.

**Exhibit 10:** Select Auto OEM Comps

| Ticker | Company Name | Market Cap US$bn | 2022 - MSe PE | EV/EBITDA | EV/Sales | 2025 - MSe PE | EV/EBITDA | EV/Sales |
|---|---|---|---|---|---|---|---|---|
| **Large Cap US OEMs** | | | | | | | | |
| TSLA | Tesla | $800bn | 138.0x | 66.0x | 12.0x | 47.8x | 22.4x | 4.6x |
| GM | General Motors | $78bn | 7.9x | 4.0x | 0.4x | 16.0x | 6.3x | 0.6x |
| F | Ford | $55bn | 8.7x | 3.1x | 0.3x | 19.0x | 5.0x | 0.4x |
| **Newly Listed US Listed Chinese OEMs** | | | | | | | | |
| NIO | NIO Inc. | $57bn | 119.5x | 155.0x | 5.3x | 15.2x | 18.0x | 2.9x |
| LI | Li Auto Inc. | $25bn | 176.0x | 133.0x | 5.0x | 21.0x | 16.7x | 2.2x |
| XPEV | Xpeng Inc. | $30bn | NM | NM | 7.1x | 45.0x | 33.0x | 2.8x |
| **De-SPAC OEMs** | | | | | | | | |
| FSR | Fisker | $4.2bn | NM | NM | 15.9x | 9.2x | 5.1x | 0.5x |
| RIDE | Lordstown | $0.7bn | NM | NM | 0.6x | 14.8x | 3.7x | 0.2x |
| | **Median** | **$43bn** | **119.5x** | **66.0x** | **5.1x** | **17.5x** | **11.5x** | **1.4x** |
| | **Average** | **$131bn** | **NM** | **NM** | **5.8x** | **23.5x** | **13.8x** | **1.8x** |

Source: Morgan Stanley Research

**Exhibit 11:** Battery Comp Table

| Ticker | Company Name | 2021 PE | EV/EBITDA | EV/Sales | 2022 PE | EV/EBITDA | EV/Sales |
|---|---|---|---|---|---|---|---|
| 600299.SS | Bluestar Adisseo Co | 15.1x | 7.1x | 2.0x | 12.6x | 6.2x | 1.7x |
| 688339.SS | Beijing SinoHytec Co Ltd | 402.3x | 86.5x | 12.0x | 357.2x | 52.9x | 7.7x |
| 002440.SZ | Zhejiang Runtu | 7.5x | 4.7x | 1.4x | 7.2x | 4.5x | 1.4x |
| 002001.SZ | Zhejiang NHU Co. Ltd. | 18.8x | 12.2x | 5.8x | 14.9x | 10.1x | 4.9x |
| 600352.SS | Zhejiang Longsheng Group | 13.8x | 10.6x | 3.1x | 9.8x | 7.9x | 2.6x |
| 300750.SZ | Contemporary Amperex Technology Co. Ltd. | 140.8x | 60.1x | 10.2x | 95.9x | 36.6x | 7.4x |
| 603659.SS | Shanghai Putailai New Energy Tech Co Ltd | 66.8x | 44.3x | 13.1x | 50.3x | 33.2x | 9.8x |
| 600884.SS | Ningbo Shanshan Co. Ltd. | 100.7x | 30.6x | 4.8x | 91.7x | 29.4x | 4.3x |
| 002812.SZ | Yunnan Energy New Material Co Ltd | 171.4x | 89.5x | 37.1x | 127.0x | 67.8x | 28.8x |
| 300073.SZ | Beijing Easpring Material Technology Co | 66.6x | 44.3x | 9.1x | 47.7x | 33.1x | 6.7x |
| 002074.SZ | Guoxuan High-Tech | 195.7x | 40.9x | 7.5x | 148.2x | 33.0x | 6.5x |
| 6752.T | Panasonic | 14.4x | 5.3x | 0.4x | 10.9x | 4.4x | 0.4x |
| 006400.KS | Samsung SDI | 42.8x | 31.7x | 4.0x | 35.4x | 26.6x | 3.3x |
| | Median | 66.6x | 31.7x | 5.8x | 47.7x | 29.4x | 4.9x |
| | Average | 96.7x | 36.0x | 8.5x | 77.6x | 26.6x | 6.6x |

Source: Morgan Stanley Research

Looking at automotive revenues, we compare LCID and REE with TSLA, FSR, and RIDE. On our estimates, by 2030 only FSR will be at a comparable size to TSLA's latest historic year (FY20) in terms of revenue. In 2030 we forecast ~5.6mn units for TSLA, ~570k for FSR, ~310k for LCID, ~192k for REE and ~189k for RIDE. Tesla's market cap at ~$800bn compared to its auto sales of ~$265bn in 2030 represents a 3.0x EV/Sales multiple compared to Lucid's 3.1x EV/Sales (2025e) on its ~$32bn fully diluted enterprise value, REE's 1.3x EV Sales (2025e) on its ~$2.3bn fully diluted market cap, Fisker's ~0.4x EV/Sales (2025e) on its ~$5bn fully diluted market cap, and Lordstown's 0.2x EV/Sales (2025e) on its ~$1.3bn fully diluted market cap.

**Exhibit 12:** Auto Revenue Forecast - 2020, 2025 and 2030

| $mm | 2020 | 2025 | 2030 |
|---|---|---|---|
| Tesla | 27,236 | 151,606 | 264,861 |
| Fisker | - | 13,900 | 28,350 |
| Lordstown | - | 6,081 | 10,753 |
| Lucid | - | 10,350 | 26,397 |
| REE | - | 1,581 | 5,665 |

Source: Morgan Stanley Research

**Exhibit 13:** Auto Revenue CAGR (2025 to 2030) - MSe



Source: Morgan Stanley Research

11

**Morgan Stanley** | RESEARCH

FOUNDATION

# Lucid: Luxury EV OEM, but Rich Valuation and Start-up Risks

## Company Overview

Lucid Motors (Nasdaq: LCID) is an OEM (original equipment manufacturer) focused on the luxury electric vehicle segment. The company was taken public via a SPAC in a deal with Churchill Capital IV.

**Lucid has high ambitions in addressing the premium EV market,** starting with a sedan, the Lucid Air, and then expanding to the SUV segment in 2023 via the Lucid Gravity. The company also looks to round out a diversified portfolio of models by 2030 by adding more segments. Lucid's geographic focus will start with the US (2021) and then expand to Europe/Middle East (2022) and China (2023).

**While Lucid has a strong growth trajectory and enjoys a high equity capitalization, we acknowledge there are elevated risks for a "pre-revenue" auto OEM start-up.** We believe these risks may be under-appreciated as implied by the premium valuation underwritten by the market. Further, while Lucid has developed technological competency in manufacturing (with its first factory in Casa Grande, AZ) and across many parts of its supply chain (such as battery pack and e-motors), we express caution on the outlook for most EV startups longer-term as they must contend with competition from the likes of Tesla, the legacy OEMs, and mega-tech players who are diverting significant capital investment to e-mobility. We expect the BEV business to be a highly deflationary, capital intensive, and competitive one. In addition, we have questions about whether international markets (especially China) will be truly open to a commercial presence by US firms in the way they are today.

**Ramping auto production for the first time also brings along a host of execution challenges.** Investors remember the difficulties Tesla experienced - Musk himself stated the company almost went bankrupt in the throes of the Model 3 launch. Further, while Lucid has a robust backlog of ~10,000 orders, the market seems to be providing a lot of credit for future growth, arguably more than the company's own ambitions of 547k units by 2030. Scaling manufacturing in autos is notoriously difficult. But in the current environment of supply shortages (not limited to the chip shortage) and logistics tightness, we urge investors to allow for a substantial margin for error in terms of launch timing and ramp telemetry, which could impact fundamentals and the share price in the near and medium terms.

**We also find ourselves asking a few questions...** *How big is the market for this EV price point? ... What are reasonable steady state market share assumptions for this company? ... How much growth do we give the company for creating and launching new products that don't exist today and are inherently long-term forecasts that entail above-average risks of uncertainty?* Lucid's initial focus on the US market will also coincide with accelerated EV ambitions from legacy OEMs such as Ford, GM, and Stellantis, as well as Tesla and new market entrants such as Fisker alongside many, many others. Below we show an investment 'decision tree' to outline select questions investors must overcome before underwriting an investment on Lucid.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 14:** Lucid - Execution Roadmap



Source: Morgan Stanley Research

**We test drove the Lucid Air.** From our experiences, we'd say it's an extremely impressive vehicle in terms of performance, styling, and luxury. We applaud Lucid's direct to consumer distribution strategy from its beautifully designed showrooms. But the company will be exposed to far greater levels of risk as it ramps production. Risks may include managing inevitable early quality issues both on the production line and post delivery, as well as compounding competitive forces in the market as consumers are offered an increasingly vast array of EV products in the market. We believe LCID's current ~$32bn valuation discounts volume approaching 200k units annually with an approximately $60k ATP at ~3x sales multiple. If the company were to fully utilize its stated ~400k unit capacity at Casa Grande, AZ, we can envision a share price roughly doubling from current levels, supporting our bull case. For perspective, it took Tesla over 8 years to achieve 400k units after launching the Model S. BMW's entire US sales across nearly 20 models is less than 400k units per year. It's a big number that will take many years and many billions of capital deployed to achieve, if it happens at all.

**Below we compare Tesla's ramp from the time it launched the Model S in 2012 to what we forecast Lucid's production ramp will be from 2022 to 2028.**

- We have LCID reaching 155k units a year before Tesla did… indeed at year '4' (which we assume is 2026 for Lucid) we have LCID's volume nearly 2x Tesla…. We have LCID reaching 252k units by year '6,' (2028) which is roughly the same time Tesla crossed the 200k mark.

- As a result of this, we believe we are being comparable in our forecast for Lucid relative to Tesla's actual launch. However, we acknowledge that now EV adoption is here with more supportive regulation. The counter to this is that competition has also ramped.

**Exhibit 15:** Production Ramp - Tesla vs Lucid (MSe)



Production Ramp - Tesla (actual) vs Lucid (MSe)

Source: Tesla, Morgan Stanley Research

**We believe that the risk-reward on Lucid is tilted to the downside.** The market has ascribed a substantial premium to Lucid's valuation, sitting at ~$32bn market cap. This is in part because Lucid is seen as a clean-sheet EV company with unencumbered legacy ICE assets. Lucid's $32bn market cap valuation compares to legacy OEMs such has as GM (~$80bn market cap) and Ford ($52bn market cap). *Compared to LCID, we believe legacy OEMs such as OW-rated GM and UW-rated Ford offer a substantially better risk/reward profile* as they have: **a)** a history of auto production experience, **b)** a diversified portfolio of assets, models and brands, **c)** significant scale, **d)** a well established global supply chain and **e)** an aggressive pivot to EVs, AVs and services with the companies each targeting >$25bn cumulative spend on EVs over the next 5 years. We are particularly bullish on GM's EV strategy even after we discount management's target for 1 million BEVs to be sold in North America and China by 2025 to 600k and attribute 100% of GM's value to the EV business at $75bn (while valuing the ICE business at $0).

**We also have material upside to our Tesla price target of $900 and see it as a better risk/reward than Lucid.** Tesla is far more established, has superior access to capital, carries lower execution risk, has optionality across EV manufacturing, autonomy, energy, and batteries and, in our opinion, is in better position to control its own destiny. Despite the leadership Tesla possesses in EV manufacturing, batteries, autonomy and energy, LCID only trades at a 1.8x discount to Tesla, at 3.0x 2025 sales vs Tesla at 4.8x 2025 sales. We believe the discount should be larger. Finally, we remain OW Fisker, which is also a new entrant and has a capital light outsourced manufacturing strategy utilizing Magna and Foxconn.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 16:** OEM EV/2025 Sales Valuations - MSe



Source: Morgan Stanley Research

Overall, due to broadly supportive EV fundamentals and our belief in the product and management team, we still give Lucid substantial credit on both volume growth and a premium OEM EV/EBITDA multiple in our forecast… however, this is not enough to recommend the stock at this time. We see better risk-reward in the EV and legacy-OEM auto space.

**Morgan Stanley** | RESEARCH                                                    FOUNDATION

**Products:**

- **The Lucid Air** is the company's first product with deliveries expected by the end of the year. Within the Lucid Air line-up, the **Pure** edition was open to reservations with a starting price of $77,400, or $69,900 after the potential US Federal Tax Credit of $7,500, with a fully refundable reservation fee of just $300. For this model, customers can expect 480 horsepower. The company's estimated projected range is 406 miles on a single charge.

    - Lucid Air comes with 4 options: **Dream** Edition (top end at $169,000), **Grand Touring** ($139,000), **Touring** ($95,000), and **Pure** (entry level at $77,400). All values are shown gross of the potential $7,500 U.S. Federal Tax Credit.

- **Product features:** Lucid markets the **"Space Concept"** which it describes as more spacious with more interior space for the driver, passengers, and storage. This features includes bench style rear seats with more legroom. This feature also includes a glass canopy, a glass cockpit and a drag coefficient of 0.21 that provides aerodynamics that enable greater range and performance, per Lucid.

**Exhibit 17:** Lucid Air Model Options

Lucid Air is expected to be offered at various price points with different specifications.

|  | Dream Edition | Grand Touring | Touring | Pure |
|---|---|---|---|---|
| Horsepower[1] | 1,080 hp | 800 hp | 620 hp | 480 hp |
| Range[1] | Projected >500 mi. | Projected >500 mi. | Projected >400 mi. | Projected >400 mi. |
| Cost[2] | $169,000 inclusive | From $139,000 | From $95,000 | From $77,400 |
| Reservation Payment[3] | $7,500 | $1,000 | $1,000 | $300 |

Note: Projected ranges are based on manufacturer's projected EPA estimated range. EPA estimated ranges for Lucid vehicles are not yet available.
Vehicles are in pre-production and specifications are subject to change.
1) Lucid Air specs dependent on configuration. Certain vehicle performance characteristics included in this presentation are not available in every trim.
2) Prices shown before $7,500 potential U.S. federal tax credit.
3) Customer reservations are fully refundable and may be canceled without penalty.

Source: Company Data

**Strong Secular tailwind.** EV sales as % of total sales in the US are approximately 3% today. We expect this will rise to 32% by 2030 in the US. We believe Lucid can participate in a strong and growing domestic market, supporting its CAGR of 33% from FY23 to FY30 (21% CAGR from FY25 to FY30). What is unclear is the level of market share that Lucid will be able to preserve as the market matures and more ambitious players, including more giants from tech-land, enter the market. Lucid joins a host of other new entrants, as well as legacy OEMs, but also from the likes of Tesla and new EV startups such as Fisker, Nio, Lordstown, and many more.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 18:** New MS EV Penetration Forecast



Source: Morgan Stanley Research

**Market Share**. We forecast Lucid to have as much as 4% US BEV market share by 2025 (vs Lucid's target implied market share of 6%) and 6% share by 2030 (vs Lucid's implied market share of 10%). We forecast a peak by 2028 at 6.3% US market share. We note that the company will look to expand outside the US and the below is illustrative based on all unit sales in the US.

**Exhibit 19:** Lucid US BEV % Market Share



Source: Morgan Stanley Research

**Investment Thesis**

Lucid is a clean sheet EV company that has a management team with a successful track record in EV design and manufacturing (founder and CEO Peter Rawlinson was a VP of vehicle engineering at Tesla, chief engineer at Lotus and is generally well known in the auto and EV community), Lucid is also well capitalized and will target the favorable luxury segment, all for less than 1/25th the market cap of Tesla.

While Lucid may potentially become a viable competitor, we ultimately struggle with: 1)

17

the **risks** inherent within early stage auto EV manufacturing, and 2) the **valuation**, particularly compared to legacy OEMs such as GM and F.

**Lucid's Investment Thesis vs Our View**

- **Track Record**

  - *Our View:* Management has prior experience across leading auto OEMs and technology companies that will help the company with its production launch and, without which we could not justify our ~$20bn equity valuation implied by our price target which is at a substantial premium to many other EV startups in the market. However, we believe investors must allow for execution challenges with launching a new product for the first time, as with any OEM.

- **Validated Technology**

  - *Our View:* The validation of the battery technology in Formula E is a positive and the capabilities expressed by the company in terms of performance (approx 1,100 Bhp, 0 to 60 in slightly over 2 seconds) and range (>500 miles claimed) appear industry leading. However, we have not seen how the battery and car as a whole will perform under normal driving conditions. Having these performance claims verified by relevant labs and testing organizations will be an important milestone, in our view. We also have question marks on the durability of its battery tech moat in the long-term relative to other players, inc OEMs and also pure-play battery companies.

- **Established in house Manufacturing**

  - *Our View:* The company has a manufacturing plant capacitized to 34k units today as well as a labor force ready to launch production by the end of 2021, which we give the company credit for. Long-term, the company has plans to expand capacity to ~400k units which starts get into the realm of high volume manufacturing at which point demand becomes the question.

- **In-house sales and service network**

  - *Our View:* We see the move to own the sales and service network as a net positive (as opposed to using franchise dealers) as it allows the company to provide a better customer experience and get closer to the customer feedback and can also help monetize the customer down the road via subscription services. A direct to consumer strategy is more capital intensive as it relies on building out the infrastructure and sales force to support sales and service networks. In short, we think direct is ultimately the right approach.

- **Untapped Potential in Adjacent Markets**

  - *Our View:* While too early to give the company credit for ancillary revenues from becoming a third party battery supplier, we see long-term potential of additional ancillary revenue streams if the battery is validated and can be developed at scale by Lucid. We remain concerned that, over time, the global auto industry may resorb into local/national fiefdoms, where foreign players may not be entirely excluded but stringent rules and laws on ownership, technological sensitivity, and data-privacy issues are introduced and enforced.

- **Robust Product Pipeline**

  - *Our View:* The company has provided a roadmap to launch 4 different types of editions of the Lucid Air, followed by an SUV. Beyond this, by 2030 the company is looking to release new sedans, SUVs as well as "other planned vehicles." We think a lot of this future roadmap will be dictated by the power of brand and customer demand following the launch of the Air. Our model we give the company credit for future vehicles from 2026 to 2030.

- **Favorable Market Forces**

  - *Our View:* With the global penetration of BEVs set to expand from <5% today to almost 40% by 2030, we agree Lucid is able to partake in this growing secular market. One however must be cognisant of competition in the space. We believe LCID must confront two intense areas of execution risk: (1) FY22 production ramp/quality control; and (2) post FY25 defense against an a step increase in the number of competitive products in the market.

- **Valuation Relative to Tesla**

  - *Our View:* At a $31bn valuation, we see the market as underwriting a lot of growth for LCID. We see the valuation risk/reward as skewed to the downside. We see better value in legacy OEMs such as GM, or in the leader, Tesla, and we have OW ratings for both and expect LCID to underperform relative to these names. We believe the current share price near $20 discounts a ramp to 200k units at a $60k ATP with a valuation of 3x EV/Sales. We don't forecast LCID to reach 200k units until FY27. In that same reference year, we forecast Tesla trades at just over 3x EV/Sales, but isolating the value of the auto business only (excluding energy storage, solar, insurance, network services, etc.) Tesla trades at ~2x EV/Sales.

**Key Management:**

- Led by Founder, CEO & CTO **Peter Rawlinson** who has 30 years of autos experience and was a VP of Vehicle Engineering at Tesla who worked as a Chief Engineer on the Model S. Peter is highly respected and his experience in developing the Model S carries significant weight in the investment community. Peter has assembled a formidable team of talented managers across both the auto and technology industries.

- **Sherry House** is the CFO of Lucid and arrived to the company from Waymo where she was Treasurer and Head of Investor Relations, as well as previously working for Waymo's global corporate development efforts. Sherry has also held senior positions at Visteon, Deloitte, Alta Partners, and General Motors.

- **Derek Jenkins** is the Senior Vice President of Design and Brand at Lucid. In this role, Derek oversees all design developments, including exterior and interior design, user experience, color and material, accessories, and the overall design strategy. Before joining Lucid, Derek was the Director of Design at Mazda North America (lead or contributing designer of: MX-5 Miata, Shinari Concept, CX-5, Mazda6, Mazda3 and 2017 CX-9). Prior to his tenure with Mazda, Derek spent nine years as the Chief

FOUNDATION

Designer for Volkswagen North America, and prior to Volkswagen, Derek spent eight years with Audi.

- Earlier this year, we had the opportunity to interview **Erich Bach** (SVP of Product and Chief Engineer) who brings his chops at VW and Tesla prior to joining Lucid. Eric Bach is responsible for all hardware engineering and is integral to product management and corporate planning for Lucid. His work at Tesla saw engineering functions for the Model S, Model X and Model 3 programs.

**Exhibit 20:** Lucid Management Team



Source: Company Data

**Majority shareholder risk.** Lucid has disclosed in their S1 that Ayar Third Investment Company, an affiliate of the PIF from the Kingdom of Saudi Arabia, is the majority stockholder and holds approximately 62.7% of Lucid's common stock. We point this out as a potential risk to the stock in the event that the majority shareholder decides to liquidate part of their stake as this could add material selling pressure to the stock.

## Technology

**Lucid EV Powertrain, called the Lucid Electric Advanced Platform (LEAP), is developed in-house and is an 'integrated' and 'holistic' system. Lucid's main technology includes:**

- **Battery Pack** (includes onboard charging unit called the 'Wunderbox,' which is compatible with multiple charging systems and can allow 300 miles charge in 20 minutes)

- **Electric Motors** and **Transmission** (leading power to weight and volume ratios)

- **Inverter** (900v in-house tech)

- **Bidirectional charging** (facilitates vehicle to vehicle charging and vehicle to grid charging)

- **Software** (connected car software to enable OTA updates, Battery Management Software (BMS) to improve battery performance, advanced ethernet gigabit onboard architecture)

**Morgan Stanley** | RESEARCH

FOUNDATION

**Exhibit 21:** Lucid's Tech Portfolio

## Lucid's miniaturized EV powertrain is developed in-house as an integrated & holistic system.

Examples of dramatic and proprietary tech & engineering advances include:

    

| Battery Pack | Motor & Transmission | Inverter | Bidirectional Charging | Software |
|---|---|---|---|---|
| • Compact and energy dense pack developed in-house embodies international motorsports expertise<br>• Scalable and modular, providing cost and range bandwidth<br>• Advanced next-generation end-cooling technology<br>• Advanced low-resistance architecture reduces heat loss and increases range<br>• Production cell supply contracts in place | • State-of-the-art in-house synchronous PM motor<br>• Next-generation, integrated in-house transmission<br>• Ultra compact and efficient with industry leading power-to-weight and volume ratios | • State-of-the-art, 900v in-house technology<br>• Ultra compact & efficient<br>• Advanced thermal and silicon carbide MOSFET systems reduce energy loss to improve range | • In-house "Wunderbox" boost-charge technology<br>• >900v system<br>• 2 way, GtoV, VtoG, VtoV 1)<br>• 300 kW DC fast charge capable<br>• 300 miles in ~20 minutes<br>• Electrify America partnership | • Cutting-edge in-house software<br>• Delightful in-house HMI and infotainment systems<br>• Connected-car designed to enable regular OTA encrypted updates<br>• Advanced Ethernet gigabit ring onboard architecture<br>• Race-derived battery management software (BMS) improves battery performance |

| Potential Applications Across Multiple Industries |  Passenger Vehicles |  CVs/Buses |  Helicopters/ Drones/Aircraft |  Heavy Equipment/ Agriculture |   Static Energy Storage Systems | Complete system functions synergistically to enable Lucid's efficiency of over 4.5 miles range per kWh |

Note: Miles per kWh are for Lucid Air Grand Touring and are based on projected EPA estimated range. EPA estimated ranges for Lucid vehicles are not available. Vehicles are in pre-production and specifications are subject to change.
1) Bi-directionality feature expected by OTA update in late 2021.

Source: Company Data

We see these key technologies across the powertrain, battery pack, infotainment, HVAC, safety, body structure, chassis and ADAS as essential for any vertically integrated OEM to control and manage. Further, while we have not modeled any additional ancillary revenue from Lucid becoming a third party supplier to license technology, there could be optionality that this could play out in the Bull Case. which we must acknowledge.

### Patents

- 396 patents filed, >80% issued

- 10+ years design, engineering and manufacturing track record

- 20mm real world vehicle miles driven

### Battery, Drivetrain & Propulsion:

- **High battery efficiency** with >4.5 miles / kWh (compared to >4 mi /kWh compared to Tesla Model S per Lucid).

- **>500 miles** on a single charge.

- Lucid claims its higher efficiency is a competitive advantage that will enable either: **1)** more range for the same amount of energy produced, or **2)** lower $/kWh battery costs in the future.

- **Flexible Modular platform** to be able to manufacture different EVs onto it.

- Lucid claims its single piece **'brick' injection moulded battery module** is race derived and designed for manufacture in the millions of units". Lucid claims this is revolutionary.

Morgan Stanley | RESEARCH

FOUNDATION

- **Power to weight ratio** of 9.0 horsepower/Kg drive unit. This is enabled by miniaturizing its drive unit. The drive unit costs of a permanent magnet motor, the power inverter, and a transmission. Lucid claims these elements lead to a much higher power-to-weight ratio, 9hp/kg, compared to competitors of ~3hp/kg.

- Battery technology used in **Formula-E**, where Lucid was the sole battery pack supplier. Notably, In the Formula E battery packs, Lucid used 18650 cylindrical cells. Lucid CEO was quoted as saying the move into Formula E was to "…exemplify and demonstrate the prowess of electric cars…But we had this great paradox and we actually demonstrated the limitations of electrification, shall we say."

- According to Greencar reports and from Lucid announcements, LCID confirmed it will use the larger 2170 format cylindrical 110 KWh cells in the Air from battery supplier **LG Chem.**

**Exhibit 22:** Lucid Battery Efficiency



Efficiency is the ultimate measure of EV technology, and Lucid is the clear winner.

High efficiency is crucial in that it provides key benefits:
- Longer range in its own right
- Faster miles-per-minute charging for the equivalent power charger
- Equivalent range with a smaller, and therefore lower cost battery pack

Source: Company Data

Morgan Stanley | **RESEARCH**

**FOUNDATION**

**Exhibit 23:** Lucid Power Dense Drive Unit



Source: Company Data

**Performance**

- <2.5 seconds from 0 to 60mph

- 1000+ horsepower

- 9.9 seconds to run a quarter mile, projected

23

Morgan Stanley | RESEARCH                                                                FOUNDATION

**Exhibit 24:** Lucid Range, Top Speed and 0 to 60mph



Source: Company Data

We believe that Lucid's leading technology in battery packs and motors and design will provide a compelling product for consumers to select from. However, we question the sustainability of the technological edge that Lucid currently possess and we debate its durability over the long term. This edge is at a time when legacy OEMs are in the first inning of their capex & R&D spend to EVs and the beginning of their vertical integration in batteries and EV platforms. Further, Lucid's tech moat will need to combat Tesla as well as incumbent battery players. We forecast that Tesla's capex/R&D will surpass NASA's entire 2021 budget by 2027, as well as Apple's 2020 investment budget. Given a substantial proportion of these investments will go into battery technology, as well as other areas such as autonomy and energy, we see risks to Lucid's technological edge if they are not able to invest at the same rate, and given the scale and access to capital advantage that Tesla possesses we believe this is a more difficult task at hand to get to the same budget and access to talent for Lucid.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 25:** Lucid Technology Breakthrough Claims



Source: Company Data

### Charging

- ~20 minutes to charge up to 300 miles with 900V+ architecture.

- Bidirectional charging (facilitates vehicle to vehicle charging and vehicle to grid charging).

- Rather than build out its supercharger network like Tesla did, Lucid will enter into partnerships with aggregators and charging station owners including **Electrify America,** which will provide monthly subscriptions to Lucid customers. This also allows Lucid to not commit to one type of voltage and adapt to ultra high voltage architectures.

- Lucid branded EV supply equipment is for home use.

25

FOUNDATION

**Exhibit 26:** 2 Way Charging



Lucid's proprietary technology enables ultra-fast and bi-directional charging.

**Leading Charging Speeds**

| | | Time to Charge |
|---|---|---|
| LUCID Air — Grand Touring / Dream Edition | | ~20 Minutes/ 300 Miles |
| Tesla Model S Long Range | | 15 Minutes / 200 Miles |
| Tesla Model S Plaid / Plaid+ | | 15 Minutes / 200 Miles |
| Porsche Taycan Turbo S | | 22.5 Minutes / 160 Miles |

**Two-Way Charging[1]**
- In-house "Wunderbox" boost-charge Technology
- >900v system
- 300kW DC fast charge capable
- Electrify America partnership
- Expected to be first bi-directional system on the market[1]

Note: Charging times and range are based on Tesla and Porsche announced data and Lucid testing data. Projected range for the Lucid Air is based upon manufacturer's projected EPA estimated range. EPA estimated ranges for Lucid vehicles are not available. Vehicles are in pre-production and specifications are subject to change.
1) Bi-directionality feature expected by OTA update in late 2021.

Source: Company Data

### L2/L3 Autonomous & OTA Updates

- Lucid is focused on L2/L3 autonomy, defined by advanced cruise control features, and the company remains less focused on fully driverless autonomy in the short-term. Long-term, autonomy can be achieved via licenses or strategic alliances of L5 autonomy.

- Lucid says that the Air will have the "*most comprehensive sensor suite*" available on an EV. The company calls its autonomy technology feature "DreamDrive" and within the Lucid Air model includes 32 sensors, radar, LiDAR, ultrasonic sensors, and cameras. Lucid cars will be connected, similar to that of Tesla, allowing it to provide OTA updates remotely.

- **Our view:** While we are more cautious on the adoption of fully autonomous Level 5 driving until beyond 2040 due to technological, moral and legal challenges, we forecast the US to have >80% of its miles from Level 4 or Level 5 autonomous technology by 2050. This will lead to significant changes to the urban mobility transportation networks. We also believe that the autonomous race will be controlled by the largest, most well capitalized mega-tech players such as Google-owned Waymo, as well as from the likes of Tesla, GM Cruise, amongst others (Aurora/ATG, Ford's Argo, Motional/Aptiv/Hyundai). We see the players that hold a key advantage today as being the ones that have: 1) access to capital, 2) can bring in the best software and AI engineering talent, 3) get access to real-world driving mileage data and 4) can train the neural net over a large fleet size. While L2/L3 ADAS tech is the first step to fully driverless technology and most OEMs can partner with suppliers such as Aptiv for ADAS offerings, we see long-term risks for those OEMs who do not have tech developed in-house and will be forced to license and pay for the technology. In saying this, Lucid can still partner with players and/or build out their own autonomous capabilities over the long-term but at this early stage we see potential obsolescence risk to their current autonomous tech

**Morgan Stanley** | RESEARCH

unless they are able to invest at the same rates as leading players.

**Exhibit 27:** Autonomous Sensor



Source: Company Data

**Exhibit 28:** Connected Cars

Source: Company Data

**Future opportunities in Energy Storage Systems and as a Technology Supplier**

- Lucid has identified future opportunities in which it could act as a powertrain supplier to other OEMs, or could venture further into Energy Storage Systems.

- At this point, we give the company no credit in our financial model for these future initiatives, given how early stage it is.

**Exhibit 29:** Future Growth Opportunities

## Future growth opportunities extend beyond Lucid vehicles.





### Energy Storage Systems (ESS)

- Early prototype already operating at Lucid Headquarters
- Leverages Lucid's extensive battery pack and battery management systems (BMS) experience
- Opportunity to leverage Lucid vehicle battery module and power electronics technologies
- Positioned to address the **home, commercial and utility scale** energy storage markets
- Opportunity to feed economy of scale back into the car cost structure

### Technology Supplier

- All OEM racing teams in the world's premier EV racing series are powered by Lucid battery packs and software
- In-house technology **designed for mass production** at Lucid's purpose-built manufacturing facility positions Lucid well for large scale supply to other OEMs
- Potential for wide range of applications including aircraft, eVTOL, military, heavy machinery, agriculture and marine

Note: ESS design is preliminary and subject to change

Source: Company Data

## Addressable Market

- Lucid defines its total addressable market as 15mm units by 2030. Overall across its portfolio, Lucid is targeting 251,300 by 2026 and 547,300 cars by 2030. By comparison, Tesla delivered 500k units in FY20, roughly 9 years after it went

public and 8 years after it launched the Model S.

**Exhibit 30:** Lucid Company Unit Projections



We recent increased our EV forecast in this report: Autos & Shared Mobility: BEVs fully charged – the hard work starts now (3 Sep 2021). For context, by 2030 in the Morgan Stanley global EV model we now assume ~92.1 million cars will be sold globally, of which ~36.4mm are BEVs (~40% BEV penetration). Lucid's ~547k units would imply 1.5% of *total* global BEV market share. This is a very high implied market share in our opinion given the premium price point (roughly 2x market average), level of competition and potential impediments to achieving share in key international markets like China longer term. In our view, implying 2% of global share by unit volume implies closer to 6% share (or more) of BEV revenue on an ex-China basis.

The company also defines the global luxury car market and forecasts it will grow at a 5% CAGR from $496bn in 2018 to $733bn by 2026. Using an assumed ASP of $80,000 in 2026 this implies ~9 million luxury cars by 2026. For context, BMW and Mercedes will each sell ~2.6 million and ~2.4 million luxury cars respectively annually for a total of ~5.0 million luxury cars.

For comparison, we forecast Tesla will grow units from nearly 500k deliveries in 2020 to ~835k units in 2021 and 5.6 million units by 2030. For Tesla's luxury model, the Model S, which is a closer comparison to the Lucid Air in terms of segment and price, we forecast deliveries to grow from 13k deliveries in 2021 to 43k by 2030.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 31:** New Global BEV Market Share



Source: Morgan Stanley Research

In the US, we forecast Lucid to have 5.8% BEV market share by 2030 vs company targets of 10.2%. We believe ~6% BEV market share is appropriate given the intense competition as well as the fact that Lucid is aiming for a premium slice of the market.

**Exhibit 32:** LCID USA BEV Market Share %



Source: Company data, Morgan Stanley Research estimates

Below we compare our estimates for the Lucid Model Air vs Tesla Model S. We believe our forecast is reflective of the same growth that Tesla has achieved and which we forecast to achieve long-term.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 33:** Tesla Model S vs Lucid Air - MSe



Source: Morgan Stanley Research

We forecast Tesla to have ~15% of the global BEV market share in 2030 (From ~20% today) compared to Lucid ending at 1% global BEV market share. While we think international expansion is possible for Lucid, we think of the company as US domiciled and forecast that a majority of Lucid's revenues will be generated in the US. We believe Lucid will face greater levels of execution risk and competition in expanding to international market, particularly in Asia-Pacific regions and will require building out plant capacity, showrooms, charging infra as well as educating local consumers on the brand value as well as reducing price points to be competition in foreign markets.

**Exhibit 34:** Global BEV Market Share - Tesla Vs Lucid - MSe



Source: Morgan Stanley Research

30

FOUNDATION

Below includes some slides from the company to illustrate how Lucid sees its positioning in the market, which is compared to premium German brands such as BMW, Mercedes-Benz, and Audi.

**Exhibit 35:** Luxury Competitors



Source: Company Data

**Exhibit 36:** Mercedes Benz S Class vs Lucid



Source: Company Data

## Path to Scale/Order Book

### Plant Capacity

- **Phase 1**: Today, Lucid currently has 34k of annual production capacity (for the Model Air).

- **Phase 2:** Through 2023, the company has enough cash to invest ~$350mm in planned capex expansion of up to 90k units. This will be used for the initial Project Gravity model ramp in 2H-2023 as well as 53k units of capacity devoted for Lucid Air. Beyond this, we believe an additional capital raise is needed to get to full capacity.

- **Full capacity:** ~365k planned annual capacity.

### Customers

- **>10,000 reservations** received as of June 21, 2021 (Lucid Air Pure reservations are closed).

- **>$1bn** in potential sales represented by reservations (on MSe).

**Employees:** 2,300 employees across North America, Europe and Middle East.

### Direct to consumer sales strategy

- Lucid will use a direct to consumer strategy, similar to Tesla and other EV startups, rather than use the dealer franchise model.

- Lucid has 6 retail stores open currently, 9 under construction and entry to EU and Middle East markets opening 1H 2022

- Direct service strategy we use physical locations, mobile service (vans) and OTA updates

**Upcoming Product Mix:**

- Beyond the Lucid Air Sedan, Lucid is focused on "**Project Gravity**" which will develop an SUV and ramp production in 2H23. Beyond 2023, the company plans to develop more sedans, SUVs and other vehicles.

**Exhibit 37:** Product Mix over the Next Decade



Note: Timing and specifications of planned future models are subject to change.

Source: Company Data

**Manufacturing plant in Casa Grande Arizona expected production in 2H21**

- Lucid powertrain manufacturing plant (LPM-1) is located a few miles away from manufacturing plant (AMP1) in Arizona.

- At Lucid's Powertrain Manufacturing Plant, he company will manufacture and assemble: battery packs (including battery modules and integrated BMS) and integrated drive units (electric motors, transmission and power inverters)

## Key Milestones

- Lucid's plant in Casa Grande, Arizona is called the "Advanced Manufacturing Plant" (AMP-1) and is **scheduled to begin production in 2H-2021** with the Lucid Air. As of June 21st, Lucid stated: "*...we have completed production builds and started production of our quality validation builds of the Lucid Air...*"

- Pre production of 89 Lucid Airs were scheduled for June and final quality validation in progress as of last company update.

- Ramp in 2022 expected with expansion into other geographies.

- Deliveries for Gravity (SUV) planned to start in 2023.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 38:** Milestones



Source: Company Data

## Key Investment Risks

Downside risks to the stock which drive our Underweight rating:

- Competition from new EV entrants and legacy luxury players (Tesla, BMW, Mercedes).

- Reasonable levels of execution risks as manufacturing scales, including supply/logistics constraints, chip shortage and input-cost inflation.

- Potential for costs higher than expected / break-even profitability delayed (as evidenced by Tesla and other EV startup examples).

- Potential for Tech becomes obsolete via other competitors and/or performance and range is not as high as forecasted.

- Sourcing sufficient battery capacity, high dependence on 3rd party cell suppliers while many larger players are looking to vertically integrate to control their own destiny on this key tech.

- Potential dilution from subsequent capital raises.

- Order book doesn't come to fruition / customer demand fails to meet company targets.

- Limited addressable market for high price points/premium segmentation. True test of volume growth will require launch of lower priced versions of the Gravity which is not expected to launch until 2H23.

- Equity valuation of $32bn, on our calculations, implies a company achieving volume well in excess of 200k units with a EV/Sales multiple higher than that of Tesla in the comparable year of launch.

- Technical/liquidity risks related to lock-up expiry and dilutive impact of warrants, etc.

Morgan Stanley | RESEARCH

FOUNDATION

Morgan Stanley | RESEARCH

FOUNDATION

## Financial Outlook

LCID's capital structure was the result of a SPAC through which the company secured ~$4.5bn of net cash proceeds. The company offers detailed financial projections (revenue, EBIT, EBITDA, Opex, Capex, Depreciation, Free Cash Flow annually out to 2030). As we do with all early stage companies under our coverage, we apply a substantial discount to company projections to bake in increased margin for error and unforeseen execution risks. We assume a discount to management revenue projections of between 20% and 50% depending on the year. Again, we emphasize the scale of the discount we apply to the projections of LCID is on par with what we assume with de-SPAC EV firms across our coverage universe. Our 2030 EBITDA forecast of $4bn is ~50% below company target ($8bn). Our adjustments incorporate the risks inherent in longer-term projections, as well as our views on hyper-competition from the likes of legacy OEMs, Tesla and new entrants.

**Revenue, profits and cash flow targets**. Lucid is a pre-revenue/pre-series production company. The company targets start of production in late 2021 and targets approximately 20k units of its 'Air' sedan in 2022. By 2025, the company targets $14bn of revenue from over 130k units of deliveries. By 2030, Lucid targets delivers well over 500k units supporting around $51bn of revenue. Our forecasts allow for a slower ramp to account for execution risk, our concerns around a flood of new BEV competition and potential battery shortages over the forecast horizon. We assume SOP by year end (400 units), 7k units in 2022 (below company target of 20k), 95k units by 2025 (below company target of 135k) and 310k units by 2030 (547k target by Lucid) or roughly 57% of the company's target. For profitability, we assume a 15% EBITDA margin in steady state (achieving first EBITDA positive in 2025). Based on our discussions with OEMs and suppliers under our coverage, we do not believe LCID's current projections for production over the next 12 months may not fully incorporate industry-wide supply shortages and other constraints (including materials pricing, logistics tightness and other factors). While perhaps modest in the grand scheme of valuing a company on a long term DCF, we urge investors to allow for substantially greater room for error.

**Exhibit 39:** Lucid vs MSe Forecast

Source: Company Data, Morgan Stanley Research estimates

35

Morgan Stanley | RESEARCH                                                                FOUNDATION

**Exhibit 40:** Lucid vs MSe Forecast

| MSe vs Lucid | 2022 | 2025 | 2030 |
|---|---|---|---|
| Volume - Lucid | 20,200 | 135,300 | 547,300 |
| Volume - MSe | 7,000 | 95,000 | 310,023 |
| *MSe vs Lucid %* | *-65%* | *-30%* | *-43%* |
| | | | |
| Revenue $mm - Lucid | 2,219 | 13,985 | 50,779 |
| Revenue $mm - MSe | 1,064 | 10,350 | 26,397 |
| *MSe vs Lucid %* | *-52%* | *-26%* | *-48%* |
| | | | |
| EBITDA $mm - Lucid | (1,090) | 1,671 | 8,043 |
| EBITDA $mm - MSe | (1,108) | 155 | 3,960 |
| *MSe vs Lucid %* | *2%* | *-91%* | *-51%* |

Source: Company Data, Morgan Stanley Research

**Exhibit 41:** Lucid Financial Outlook - For Reference

to Lucid's and Churchill's previously issued financial statements, respectively. They do not extend to the selected forecasted financial information and should not be read to do so.

The following table presents the selected forecasted financial information:

| | | | | | Calendar Year Ending December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
| Volume (units in thousands) | 0.6 | 20.2 | 48.9 | 89.8 | 135.3 | 251.3 | 404.9 | 519.4 | 542.3 | 547.3 |
| Total Revenue (in millions) | $ 97 | $ 2,219 | $ 5,532 | $ 9,931 | $13,985 | $22,756 | $35,333 | $45,695 | $49,169 | $50,779 |
| EBITDA[1] (in millions) | $(1,389) | $(1,090) | $ (637) | $ 592 | $ 1,671 | $ 2,885 | $ 5,065 | $ 6,935 | $ 7,911 | $ 8,043 |
| Free Cash Flow[2] (in millions) | $(2,312) | $(2,759) | $(3,250) | $(1,485) | $ 321 | $ 1,515 | $ 3,112 | $ 5,520 | $ 6,389 | $ 6,444 |

Source: Company S4

Morgan Stanley | **RESEARCH**                                   **FOUNDATION**

## Valuation and Scenario Analysis

Our $12 Price Target is based on a DCF model with a terminal exit year of 2030 (the final year of management projections). Our base case assumes a 33% revenue CAGR from 2023 through (and a 91% EBITDA CAGR from 2025 through 2030). We apply an 8.2% WACC (comparable to our 8.0% WACC for Tesla's Auto business) and a 4.0% terminal growth rate that implies an 13x exit EV/EBITDA multiple. We apply a 20% probability discount to the $15/share equity valuation from our DCF model to derive a $12 Price Target.

The 20% probability discount is comprised of:

- **Technology** (5%): While highly vertically integrated vs. many other start-up BEV companies, Lucid still outsources many key components (ie. Battery cells) and technologies from established suppliers.

- **Industry** (5%): Battery and EV momentum is sound/grounded. However, there are still unknowns as to the path and end point of EV demand in the medium to long term which is why we conservatively embed a discount based on industry level forecasting risks. We apply a slightly higher industry discount to start-up full-stack BEV OEMs to account for a range of risks including scaling/factory start-up and supply shortage risks.

- **Competition** (10%): The most significant risk category for Lucid, in our view. While BEVs should experience supernormal growth as an industry through the end of the decade and for years beyond, we wanted to acknowledge that the pace of new entrants (both legacy and start-up) is exceeding our expectations, compounded by the establishment of 'national champions' that could divide up the global BEV market.

**Cash Balance.** We assume a cash balance of $3.0bn at year end and use this cash for our valuation in our net debt calculation. At the end of Q2 however, the company disclosed on page 64, $4.95bn of cash on a pro forma basis. The company has alluded to exhausting its cash balance to a minimum cash balance required for an OEM (we assume ~$1bn) by the end of 2022 before additional capital raises are required. We believe that the company will incur a higher burn rate into YE 2021 as they launch production in the next few quarters. Note the company guided to FCF of -$2.7bn in 2022. We acknowledge the potential variability of our assumptions compared to the company's actual cash balance at year end and is based on a number of factors relating to the ramp such as units sold.

**Sensitivity Analysis**

Below we show a sensitivity analysis in order to provide another tool for investors to flex volume, ATP and the multiple (in this case EV/Sales). Flexing up our terminal value EV units from 310k in our Base Case to 400k but reducing our 2030 ATP forecast from $85k to $50k from more mass market EVs will result in revenue of $20bn. Assuming a 1.0x EV/Sales this will be $20bn EV and ~$13/share.

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 42:** Lucid Sensitivity Table - MSe

| Volume | EV/Sales (x) | | | | |
|---|---|---|---|---|---|
| | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 |
| 50,000 | $ 2 | $ 4 | $ 5 | $ 7 | $ 8 |
| 100,000 | $ 3 | $ 6 | $ 9 | $ 12 | $ 15 |
| 150,000 | $ 4 | $ 8 | $ 12 | $ 17 | $ 21 |
| 200,000 | $ 5 | $ 10 | $ 16 | $ 22 | $ 28 |
| 250,000 | $ 5 | $ 12 | $ 20 | $ 27 | $ 34 |
| 300,000 | $ 6 | $ 15 | $ 23 | $ 32 | $ 40 |
| 350,000 | $ 7 | $ 17 | $ 27 | $ 37 | $ 47 |
| 400,000 | $ 7 | $ 19 | $ 30 | $ 42 | $ 53 |
| 450,000 | $ 8 | $ 21 | $ 34 | $ 47 | $ 60 |
| 500,000 | $ 9 | $ 23 | $ 38 | $ 52 | $ 66 |
| 550,000 | $ 10 | $ 25 | $ 41 | $ 57 | $ 73 |
| 600,000 | $ 10 | $ 28 | $ 45 | $ 62 | $ 79 |
| 650,000 | $ 11 | $ 30 | $ 48 | $ 67 | $ 86 |
| 700,000 | $ 12 | $ 32 | $ 52 | $ 72 | $ 92 |
| 750,000 | $ 12 | $ 34 | $ 55 | $ 77 | $ 98 |

Source: Morgan Stanley Research. Note: assumes ATP of $50k and filly diluted s/o of 1.7bn as used in our DCF.

**Bull, bear, base scenarios:**

- **$40 Bull case: $70bn market cap.** Assumes the company targets of>540k units by 2030 comes to fruition, 43% 2023-2030 revenue CAGR, 22% exit EBITDA margin, 0% discount.

- **$12 Base case: $21bn market cap**: Assumes 310k units by 2030, 33% 2023-2030 revenue CAGR, 15% exit EBITDA margin, 20% discount.

- **$4 Bear case: $7bn market cap** Assumes 165k units by 2030, 20% 2023-2030 revenue CAGR, 13% exit EBITDA margin, 40% discount.

**Implied multiples at our price target.** At our $12 PT, Lucid trades at 1.7x 2025 EV/Sales and 9.3x 2027 EV/EBITDA (assuming $0 debt and $3bn cash at YE 2021). On our 2030 forecasts (discounted back to 2022 at our 8.2% WACC), Lucid trades at 1.3x EV/Sales and 8.5x EV/EBITDA. Admittedly, there is an extremely wide range of outcomes where our bull case is 10x higher than our bear case. As such, we urge investors to consider the numerous risks associated with the start-up BEV battery industry during this highly fluid time where it can be challenging to accurately consider the investment risks vs. the potential reward.

**Bridging the gap from current market price to price target:** From the current ~$20 trading price to $12 PT, we ascribe an estimated -$5/share value to our lower top line growth forecasts, -$1/share to EBITDA margin, -$1 related to terminal growth and -$1 related other factors.

**Comparable Valuations**

**Morgan Stanley** | RESEARCH

FOUNDATION

**Exhibit 43:** US Auto OEM Market Cap (Ex Tesla) - Current Valuations



Source: Morgan Stanley Research

**Exhibit 44:** US Auto OEM EV/EBITDA Multiples (Ex Tesla) - MSe



Source: Morgan Stanley Research. 2027 for Lucid, 2025 for others.

Morgan Stanley | RESEARCH

FOUNDATION

## Valuation Matrix

**Exhibit 45:** Lucid Valuation Matrix



**Lucid**
**Valuation Matrix**

**Inputs**

| | |
|---|---|
| Lucid Share Price ($) | $20.00 |
| LCID Dil Shares Outstanding (mm) - 2021 YE | 1,746 |
| Equity Value ($) | $34,911 |
| Total Debt (YE 2021) | — |
| Total Cash (YE 2021) | 3,006 |
| Enterprise Value ($m) | $31,905 |

| Lucid Estimates ($mm) | 2025 | 2027 | 2030 |
|---|---|---|---|
| Sales ($mm) | 10,350 | 19,316 | 26,397 |
| EBITDA | 155 | 1,932 | 3,960 |
| EBITDA Margin (%) | 1.5% | 10.0% | 15.0% |
| EPS ($/share) | -$0.72 | -$0.33 | $0.85 |
| FCF ($mm) | (777) | 420 | 2,136 |

| Scenario | Price | EBITDA | EV ($mm) | EV/EBITDA 2030 Multiple |
|---|---|---|---|---|
| Bull | $40 | $8,000 | $66,816 | 8.4x |
| Base | $12 | $3,960 | $17,940 | 4.5x |
| Bear | $4 | $2,000 | $3,976 | 2.0x |

| Equity LCID $/Share | Market Value ($mm) | Enterprise Value ($mm) | EV/Sales (x) 2025 | EV/Sales (x) 2027 | EV/Sales (x) 2030 | EV/EBITDA (x) 2025 | EV/EBITDA (x) 2027 | EV/EBITDA (x) 2030 | P/E (x) 2025 | P/E (x) 2027 | P/E (x) 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4 | 6,982 | 3,976 | 0.4x | 0.2x | 0.2x | 25.6x | 2.1x | 1.0x | NM | NM | 4.7x |
| $6 | 10,473 | 7,467 | 0.7x | 0.4x | 0.3x | 48.1x | 3.9x | 1.9x | NM | NM | 7.1x |
| $8 | 13,964 | 10,958 | 1.1x | 0.6x | 0.4x | 70.6x | 5.7x | 2.8x | NM | NM | 9.5x |
| $10 | 17,455 | 14,449 | 1.4x | 0.7x | 0.5x | 93.1x | 7.5x | 3.6x | NM | NM | 11.8x |
| $12 | 20,947 | 17,940 | 1.7x | 0.9x | 0.7x | 115.6x | 9.3x | 4.5x | NM | NM | 14.2x |
| $14 | 24,438 | 21,431 | 2.1x | 1.1x | 0.8x | 138.0x | 11.1x | 5.4x | NM | NM | 16.5x |
| $16 | 27,929 | 24,923 | 2.4x | 1.3x | 0.9x | 160.5x | 12.9x | 6.3x | NM | NM | 18.9x |
| $18 | 31,420 | 28,414 | 2.7x | 1.5x | 1.1x | 183.0x | 14.7x | 7.2x | NM | NM | 21.3x |
| $20 | 34,911 | 31,905 | 3.1x | 1.7x | 1.2x | 205.5x | 16.5x | 8.1x | NM | NM | 23.6x |
| $22 | 38,402 | 35,396 | 3.4x | 1.8x | 1.3x | 228.0x | 18.3x | 8.9x | NM | NM | 26.0x |
| $24 | 41,893 | 38,887 | 3.8x | 2.0x | 1.5x | 250.5x | 20.1x | 9.8x | NM | NM | 28.4x |
| $26 | 45,384 | 42,378 | 4.1x | 2.2x | 1.6x | 273.0x | 21.9x | 10.7x | NM | NM | 30.7x |
| $28 | 48,875 | 45,869 | 4.4x | 2.4x | 1.7x | 295.5x | 23.7x | 11.6x | NM | NM | 33.1x |
| $30 | 52,366 | 49,360 | 4.8x | 2.6x | 1.9x | 317.9x | 25.6x | 12.5x | NM | NM | 35.4x |
| $32 | 55,857 | 52,851 | 5.1x | 2.7x | 2.0x | 340.4x | 27.4x | 13.3x | NM | NM | 37.8x |
| $34 | 59,348 | 56,342 | 5.4x | 2.9x | 2.1x | 362.9x | 29.2x | 14.2x | NM | NM | 40.2x |
| $36 | 62,840 | 59,833 | 5.8x | 3.1x | 2.3x | 385.4x | 31.0x | 15.1x | NM | NM | 42.5x |
| $38 | 66,331 | 63,325 | 6.1x | 3.3x | 2.4x | 407.9x | 32.8x | 16.0x | NM | NM | 44.9x |
| $40 | 69,822 | 66,816 | 6.5x | 3.5x | 2.5x | 430.4x | 34.6x | 16.9x | NM | NM | 47.3x |

| |
|---|
| Bear |
| Current Price |
| PT |
| Bull |

Source: Morgan Stanley Research

**Morgan Stanley** | **RESEARCH**

FOUNDATION

## DCF

**Exhibit 46:** Lucid DCF (pre 20% discount)

Lucid (LCID)
DCF Valuation



LUCID

DCF - $mm

| | 2020 | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e | 2027e | 2028e | 2029e | 2030e | 23-30 CAGR (%) | 25-30 CAGR (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 0 | 62 | 1,064 | 3,500 | 6,725 | 10,350 | 15,313 | 19,316 | 22,603 | 24,669 | 26,397 | 33% | 21% |
| % Y / Y | NM | NM | 1616.1% | 228.9% | 92.1% | 53.9% | 48.0% | 26.1% | 17.0% | 9.1% | 7.0% | | |
| EBITDA | (599) | (1,860) | (1,108) | (886) | (503) | 155 | 1,148 | 1,932 | 2,486 | 3,207 | 3,960 | | 91% |
| % Margin | NA | -3000.0% | -104.2% | -25.3% | -7.5% | 1.5% | 7.5% | 10.0% | 11.0% | 13.0% | 15.0% | | |
| Operating Income | (720) | (1,965) | (1,378) | (1,275) | (1,304) | (629) | 246 | 794 | 1,155 | 1,753 | 2,404 | | |
| % Margin | NA | -3169.4% | -129.5% | -36.4% | -19.4% | -6.1% | 1.6% | 4.1% | 5.1% | 7.1% | 9.1% | | |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | (12) | (79) | (115) | (175) | (601) | | |
| % Tax Rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.0% | 10.0% | 10.0% | 10.0% | 25.0% | | |
| Working Capital | 0 | (129) | (46) | 14 | (6) | (104) | (155) | (80) | (66) | (41) | (35) | | |
| Capital Expenditures | 0 | (877) | (1,342) | (1,400) | (1,784) | (828) | (919) | (1,352) | (1,243) | (1,110) | (1,188) | | |
| % Capital Intensity | | | 126.1% | 40.0% | 26.5% | 8.0% | 6.0% | 7.0% | 5.5% | 4.5% | 4.5% | | |
| Unlevered Free Cash Flow | (599) | (2,866) | (2,496) | (2,272) | (2,293) | (777) | 62 | 420 | 1,062 | 1,880 | 2,136 | | |
| % Y / Y | | 378.2% | -12.9% | -9.0% | 0.9% | -66.1% | -108.0% | 578.7% | 152.8% | 77.0% | 13.6% | | |
| Period Discount Factor | ` | | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | | |
| Discount Factor | | | 0.92 | 0.85 | 0.79 | 0.73 | 0.67 | 0.62 | 0.58 | 0.53 | 0.49 | | |
| NPV of Free Cash Flows | | | (2,307) | (1,941) | (1,811) | (567) | 42 | 262 | 612 | 1,002 | 1,052 | | |
| NPV of Terminal Value | | | | | | | | | | | 26,122 | | |

| | |
|---|---|
| Adjusted Beta | 1.30 |
| Equity Risk Free Rate | 6.5% |
| Risk Free Rate | 1.5% |
| **Cost of Equity** | **9.9%** |
| Interest Rate | 4.0% |
| Tax Rate | 25.0% |
| **Cost of Debt** | **3.0%** |
| Debt / Capital | 25.0% |
| Equity / Capital | 75.0% |
| **Weighted Average Cost of Capital** | **8.2%** |
| Terminal Growth | 4.0% |
| Implied Terminal EV/EBITDA | 13.4x |
| *% of DCF value from terminal value* | *236%* |

| | |
|---|---|
| Enterprise Value | 22,466 |
| (-) Debt (YE 2021) | 0 |
| (+) Cash (YE 2021) | 3,006 |
| Equity Value | 25,472 |
| Dil Share Count (2021 YE) | 1,746 |
| **Fair Value** | **$15** |
| % Upside / Downside | -19% |
| 2025e    EV / Sales | 2.2x |
| 2030e    EV / EBITDA | 5.7x |

Source: Morgan Stanley Research estimates

**Morgan Stanley** | RESEARCH

FOUNDATION

# Financial Statements

**Exhibit 47:** Lucid Income Statement ($mm)

| Income Statement ($MM) | 2020 | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e |
|---|---|---|---|---|---|---|---|
| Total Sales | 4 | 62 | 1,064 | 3,500 | 6,725 | 10,350 | 15,313 |
| % Y / Y | NM | 1459.4% | 1616.1% | 228.9% | 92.1% | 53.9% | 48.0% |
| COGS | (3) | (252) | (1,117) | (3,325) | (6,053) | (8,798) | (12,250) |
| Gross Profit | 1 | (190) | (53) | 175 | 673 | 1,553 | 3,063 |
| % Gross Margin | 22.8% | -306.5% | -5.0% | 5.0% | 10.0% | 15.0% | 20.0% |
| | | | | | | | |
| Selling, General & Administrative | (89) | (225) | (225) | (250) | (437) | (569) | (689) |
| % of Sales | NM | 362.9% | 21.1% | 7.1% | 6.5% | 5.5% | 4.5% |
| R&D | (511) | (500) | (600) | (700) | (874) | (932) | (1,225) |
| % of Sales | NM | 806.5% | 56.4% | 20.0% | 13.0% | 9.0% | 8.0% |
| Other Operating Expense | 0 | (1,050) | (500) | (500) | (605) | (621) | (842) |
| % of Sales | 0.0% | 1693.5% | 47.0% | 14.3% | 9.0% | 6.0% | 5.5% |
| Total operating expenses | (600) | (1,775) | (1,325) | (1,450) | (1,917) | (2,122) | (2,756) |
| | | | | | | | |
| **Operating Profit, GAAP** | **(599)** | **(1,965)** | **(1,378)** | **(1,275)** | **(1,244)** | **(569)** | **306** |
| % Margin | -15071.1% | -3169.4% | -129.5% | -36.4% | -18.5% | -5.5% | 2.0% |
| | | | | | | | |
| Investment and interest income | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Rate | NA | 0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Interest Expense | (0) | 0 | 0 | 0 | (60) | (60) | (60) |
| % Interest Rate | 0% | 0% | 5.0% | 5.0% | 4.0% | 4.0% | 4.0% |
| Other income / (expense), net | (120) | 0 | 0 | 0 | 0 | 0 | 0 |
| **Pre Tax Income, GAAP** | **(720)** | **(1,965)** | **(1,378)** | **(1,275)** | **(1,304)** | **(629)** | **246** |
| **Pre Tax Income, Adjusted** | | | | | | | |
| | | | | | | | |
| Income Tax benefit/(expense) | 0 | 0 | 0 | 0 | 0 | 0 | (62) |
| % Tax Rate | NM | NM | 25% | 25% | 25% | 25% | 25% |
| Net income / (loss) | (719) | (1,965) | (1,378) | (1,275) | (1,304) | (629) | 185 |
| % Margin | -18093% | -3169% | -130% | -36% | -19% | -6% | 1% |
| | | | | | | | |
| Repurchase of Series B convertible preferred | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repurchase of Series C convertible preferred | 13 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Loss Attributable to common shareholders** | **(706)** | **(1,965)** | **(1,378)** | **(1,275)** | **(1,304)** | **(629)** | **185** |
| | | | | | | | |
| Adjusted Net Income Attribitable to Lucid | (706) | (1,965) | (1,378) | (1,275) | (1,304) | (629) | 185 |
| | | | | | | | |
| | | | | | | | |
| Total Class A & B average shares outstanding, Basic | 135 | 1,555 | 1,647 | 1,769 | 1,869 | 1,929 | 1,954 |
| Total Class A & B average shares outstanding, Diluted | 135 | 1,555 | 1,647 | 1,769 | 1,869 | 1,929 | 2,130 |
| | | | | | | | |
| Total Class A & B EPS, Basic | $ (5.23) | $ (1.26) | $ (0.84) | $ (0.72) | $ (0.70) | $ (0.33) | $ 0.09 |
| **Total Class A & B EPS, Diluted** | **$ (5.23)** | **$ (1.26)** | **$ (0.84)** | **$ (0.72)** | **$ (0.70)** | **$ (0.33)** | **$ 0.09** |
| % Y / Y | | | | | | | |
| | | | | | | | |
| **EBITDA** | **(599)** | **(1,860)** | **(1,108)** | **(886)** | **(503)** | **155** | **1,148** |
| % Margin | -15071.1% | -3000.0% | -104.2% | -25.3% | -7.5% | 1.5% | 7.5% |
| % Y / Y | NA | 210.4% | -40.4% | -20.1% | -43.2% | -130.9% | 639.8% |

Source: Company data, Morgan Stanley Research estimates

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 48:** Lucid Balance Sheet ($mm)

| Balance Sheet ($MM) | 2020e | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e |
|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | 991 | 3,006 | 2,724 | 2,114 | 2,879 | 2,067 | 1,914 |
| Trade receivables, net | 0 | 14 | 58 | 96 | 147 | 227 | 336 |
| Inventories | 0 | 115 | 116 | 210 | 249 | 362 | 503 |
| Prepaid expenses and other | 0 | 255 | 265 | 261 | 345 | 318 | 413 |
| Income taxes receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Assets | 991 | 3,390 | 3,164 | 2,681 | 3,621 | 2,974 | 3,167 |
| | | | | | | | |
| Property & Equipment, net | 412 | 1,184 | 2,256 | 3,267 | 4,310 | 4,413 | 4,490 |
| Investment held in trust account | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill and other intangible assets, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating lease assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other long-term assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Assets | 1,403 | 4,573 | 5,419 | 5,947 | 7,930 | 7,387 | 7,656 |
| | | | | | | | |
| Current Portion of debt and other obligations | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | 0 | 255 | 265 | 406 | 575 | 637 | 827 |
| Accrued Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Advances from related parties | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other current liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 0 | 255 | 265 | 406 | 575 | 637 | 827 |
| | | | | | | | |
| Long-term debt | 0 | 0 | 0 | 0 | 1,500 | 1,500 | 1,500 |
| Deferred tax liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred underwriting commmissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other long term liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 0 | 255 | 265 | 406 | 2,075 | 2,137 | 2,327 |
| | | | | | | | |
| Equity | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Convertible preferred | 2,494 | 2,494 | 2,494 | 2,494 | 2,494 | 2,494 | 2,494 |
| Other | 227 | 227 | 227 | 227 | 227 | 227 | 227 |
| Additional Paid in Capital | (1,319) | 3,562 | 5,776 | 7,438 | 9,056 | 9,081 | 8,975 |
| Less Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings | 0 | (1,965) | (3,343) | (4,618) | (5,922) | (6,552) | (6,367) |
| Shareholders' Equity | 1,403 | 4,318 | 5,154 | 5,541 | 5,855 | 5,251 | 5,330 |
| | | | | | | | |
| Non Controlling Interests | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | | | | | |
| Total Liabilities & Shareholders Equity | 1,403 | 4,573 | 5,419 | 5,947 | 7,930 | 7,387 | 7,656 |
| | | | | | | | |
| Check | - | - | - | - | - | - | - |

Source: Company data, Morgan Stanley Research estimates

**Morgan Stanley** | RESEARCH

FOUNDATION

**Exhibit 49:** Lucid Cash Flow Statement ($mm)

| Cash Flow Statement ($MM) | 2020 | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e |
|---|---|---|---|---|---|---|---|
| Net Income (loss) | 0 | (1,965) | (1,378) | (1,275) | (1,304) | (629) | 185 |
| Depreciation & Amortization | 0 | 105 | 270 | 389 | 741 | 725 | 842 |
| Noncash compensation | 0 | 376 | 214 | 162 | 118 | 25 | (106) |
| Investment income earned on investment trust | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred income taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill and other intangible asset impairments | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trade receivables | 0 | (14) | (45) | (38) | (52) | (79) | (109) |
| Inventories | 0 | (115) | (2) | (93) | (39) | (113) | (142) |
| Prepaid expenses | 0 | (255) | (10) | 4 | (84) | 27 | (95) |
| Accounts Payable & accrued expenses | 0 | 255 | 10 | 141 | 169 | 62 | 190 |
| Related party advances | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued income and franchise taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Working Capital | 0 | (129) | (46) | 14 | (6) | (104) | (155) |
| **Cash From Operating Activities** | **0** | **(1,613)** | **(940)** | **(710)** | **(451)** | **16** | **766** |
| Purchase of Property & Equipment | 0 | (877) | (1,342) | (1,400) | (1,784) | (828) | (919) |
| Investment income relased from trust | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment income | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition / Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash From Investing Activities** | **0** | **(877)** | **(1,342)** | **(1,400)** | **(1,784)** | **(828)** | **(919)** |
| Change in debt | 0 | 0 | 0 | 0 | 1,500 | 0 | 0 |
| Proceeds from stock issuances | 0 | 4,505 | 2,000 | 1,500 | 1,500 | 0 | 0 |
| Repurchase of shares | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash dividends | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 946 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash From Financing Activities** | **946** | **4,505** | **2,000** | **1,500** | **3,000** | **0** | **0** |
| Impact of currency exchanges on cash balances | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Cash & Cash Equivalents | 946 | 2,015 | (282) | (610) | 765 | (812) | (153) |
| Cash Balance, Beginning | 45 | 991 | 3,006 | 2,724 | 2,114 | 2,879 | 2,067 |
| Cash Balance, Ending | 991 | 3,006 | 2,724 | 2,114 | 2,879 | 2,067 | 1,914 |
| Check | - | - | - | - | - | - | - |
| Cash flow due to restatements | 45 | 0 | - | - | - | - | - |
| **Free Cash Flow** | **0** | **(2,490)** | **(2,282)** | **(2,110)** | **(2,235)** | **(812)** | **(153)** |
| per Share | $0.00 | ($1.60) | ($1.39) | ($1.19) | ($1.20) | ($0.42) | ($0.07) |
| % Y / Y | NA | NA | -8.3% | -7.5% | 5.9% | -63.7% | -81.1% |

Source: Company data, Morgan Stanley Research estimates

44

Morgan Stanley | RESEARCH

FOUNDATION

# Risk Reward – Lucid Group Inc (LCID.O)

Super Premium EVs at Above-Tesla Risk.

## PRICE TARGET  $12.00

We value Lucid on a DCF with an exit year of 2030 and a 8.2% WACC. Our forecasts assume volume of 310k units by 2030, a 33% revenue CAGR (from 2023 through 2030), a 15% EBITDA margin and a 20% discount for execution risk. Our estimates assume significant inroads into the global luxury market across a number of segments (sedans, SUVs etc) by mid-decade, albeit with our volume forecast in 2030 being ~50% below company targets.

## UNDERWEIGHT THESIS

While we give Lucid meaningful credit for volume growth to 310k units by 2030, we believe that the market for premium EVs will be more niche and Lucid will face intense competitive in the space from well capitalized players. Overall, we see Lucid facing greater than average risks given it is an early stage auto OEM. Our forecast is also well below company targets.

**Risk Reward Themes**

**Secular Growth:**     *Positive*

View descriptions of Risk Rewards Themes here

## RISK REWARD CHART



$40.00(+100.70%)

○$19.93

◆$12.00(-39.79%)

$4.00(-79.93%)

Key:  — Historical Stock Performance   ○ Current Stock Price   ◆ Price Target

Source: Thomson Reuters, Morgan Stanley Research

| BULL CASE | $40.00 | BASE CASE | $12.00 | BEAR CASE | $4.00 |
|---|---|---|---|---|---|

**BULL CASE  $40.00**

**Strong share gains, formidable Tesla competitor**

8.4x 2030e Bull Case EBITDA. Assumes 540k units by 2030, a 43% revenue CAGR (2023-2030), 22% exit EBITDA margins and a 0% execution discount.

**BASE CASE  $12.00**

**Execution risk but premium OEM multiple**

4.5x 2030e Base Case EBITDA (9.3x 2027e EBITDA). Assumes 310k units by 2030, 33% revenue CAGR (2023-2030), 15% exit EBITDA margin and a 20% execution discount

**BEAR CASE  $4.00**

**Production delay, volumes below fcst, OEM multiple**

2.0x 2030e Bear Case EBITDA. Assumes 165k units by 2030, 20% revenue CAGR (2023-2030), 13% exit EBITDA margin, and a 40% execution discount.

Morgan Stanley | RESEARCH

FOUNDATION

# Risk Reward – Lucid Group Inc (LCID.O)

## KEY EARNINGS INPUTS

| Drivers | 2020 | 2021e | 2022e | 2023e |
|---|---|---|---|---|
| Units Sold (000s) | 0 | 400 | 7,000 | 25,000 |
| EBITDA ($, mm) | (599) | (1,860) | (1,108) | (886) |
| Free Cash Flow ($, mm) | 0 | (2,490) | (2,282) | (2,110) |

## INVESTMENT DRIVERS

Secular growth of EV market

Order book conversion

Path to scale

Technological risk

Competition

## GLOBAL REVENUE EXPOSURE



- 20-30% Europe ex UK
- 60-70% North America

Source: Morgan Stanley Research Estimate
View explanation of regional hierarchies here

## RISKS TO PT/RATING

**RISKS TO UPSIDE**

- Greater than expected government and/or regulatory support and subsidies
- Flawless production ramp
- Volumes or margins surpass our forecast
- Global expansion plans goes as plan

**RISKS TO DOWNSIDE**

- Backlog / orderbook does not materialize into revenues
- Production ramp is delayed
- Inability to scale profitably while competing vs. a host of EV players
- Further capital raises dilutes existing shareholders

## OWNERSHIP POSITIONING

| | | |
|---|---|---|
| **HF Sector Long/Short Ratio** | 2.1% | |
| **HF Sector Net Exposure** | 14.5x | |

Source: Morgan Stanley Prime Brokerage. Includes certain hedge fund exposures held with MSPB. Information may be inconsistent with or may not reflect broader market trends. Long/Short Ratio = Long Exposure / Short exposure. Sector % of Total Net Exposure = (For a particular sector: Long Exposure - Short Exposure) / (Across all sectors: Long Exposure – Short Exposure).

## MS ESTIMATES VS. CONSENSUS

*FY 2021e*



**Sales / Revenue ($, mm)** ◆ 62
*Note: There are not sufficient brokers supplying consensus data for this metric*

**EBITDA ($, mm)** ◆ (1,860)
*Note: There are not sufficient brokers supplying consensus data for this metric*

**EPS ($)** ◆ (1.26)
*Note: There are not sufficient brokers supplying consensus data for this metric*

◆ Mean  ◆ Morgan Stanley Estimates

Source: Thomson Reuters, Morgan Stanley Research