# EXHIBIT 19

Stock Report | **September 11, 2021** | NasdaqGS Symbol: **LCID**

**CFRA**

# Lucid Group, Inc.

| Recommendation | | Price | 12-Mo. Target Price | Report Currency |
|---|---|---|---|---|
| **BUY** ★★★★☆ | | USD 19.93 [as of market close Sep 10, 2021] | USD 25.00 | USD |

**Equity Analyst Garrett Nelson**

**GICS Sector** Consumer Discretionary
**Sub-Industry** Automobile Manufacturers

**Summary** Lucid Group, Inc. is a designer and manufacturer of battery-electric vehicles. Its first car, the Air, is a luxury sedan with first deliveries expected in late 2021.

## Key Stock Statistics (Source: CFRA, S&P Global Market Intelligence [SPGMI], Company Reports)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52-Wk Range | **USD 26.83 - 17.79** | Oper.EPS2021**E** | **USD -1.65** | Market Capitalization[B] | **USD 32.26** | Beta | **N/A** |
| Trailing 12-Month EPS | **USD -306.76** | Oper.EPS2022**E** | **USD -1.10** | Yield [%] | **N/A** | 3-yr Proj. EPS CAGR[%] | **NM** |
| Trailing 12-Month P/E | **NM** | P/E on Oper.EPS2021**E** | **NM** | Dividend Rate/Share | **N/A** | SPGMI's Quality Ranking | **NR** |
| USD 10K Invested 5 Yrs Ago | **N/A** | Common Shares Outstg.[M] | **14.00** | Institutional Ownership [%] | **1.0** | | |

## Price Performance



**Source: CFRA, S&P Global Market Intelligence**
**Past performance is not an indication of future performance and should not be relied upon as such.**
Analysis prepared by **Garrett Nelson** on Sep 09, 2021 08:32 AM ET, when the stock traded at **USD 18.93**.

## Highlights

▶ As a company in the development phase, Lucid [LCID] has no revenue yet and remains far from profitability, but is close to launching its first vehicle model. We expect LCID to first generate a gross profit in 2023, followed by positive EBITDA, and eventually positive net income.

▶ LCID aims to grow vehicle sales from first deliveries in late 2021 to 20,000 in 2022, 49,000 in 2023, 90,000 in 2024, and 135,000 in 2025. With first-class specs on its forthcoming EV models, strong balance sheet [fresh off its IPO], impressive management team, and brand new factory in Arizona, Lucid appears to check all the boxes of an industry newcomer with staying power. However, auto manufacturing is notorious for being an industry with low margins, high barriers to entry, and a high failure rate. In fact, prior to Tesla, the last company to successfully break into the U.S. auto industry was Chrysler in 1925.

▶ We see adjusted EPS growth from [$1.65] in 2021 to [$1.10] in 2022, [$0.70] in 2023, and [$0.25] in 2024. We estimate that LCID has approximately $5.0B of cash and equivalents following its July 2021 SPAC IPO transaction, which we think provides ample liquidity during the production and sales ramp-up phase.

## Investment Rationale/Risk

▶ Our Buy opinion reflects a view that LCID's risk/reward is favorable at current levels after a tumultuous year for the shares in 2021 in which the company went public via a SPAC merger. LCID's closest competitor [Tesla] has established a formidable competitive moat, chip shortages present a major near-term risk, and paid reservations for the relatively high-priced Lucid Air have been fairly underwhelming [just 11,000 as of late July], which could portend future price cuts. LCID is targeting first deliveries of the Lucid Air by the end of 2021.

▶ Risks to our rating and target include production and regulatory delays, balance sheet and liquidity-related issues, competition, and potential capital raises.

▶ Our 12-month target price of $25 is based on our DCF analysis. As a company with no revenue and no profitability likely for at least a few years, but on the cusp of first vehicle production and sales, we see significant execution risk. Additionally, we recognize the significant valuation premium in the marketplace investors have shown a willingness to pay for the equities of electric vehicle competitors such as Tesla.

## Analyst's Risk Assessment

| LOW | MEDIUM | HIGH |
|---|---|---|

Our risk assessment reflects the highly competitive nature of the auto industry and potential execution risk for the company, partly offset by potential dramatic volume growth we expect for electric vehicles and the company.

## Revenue/Earnings Data

### Revenue (Million USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2024 | E 1,313 | E 1,890 | E 2,361 | E 2,891 | E 8,455 |
| 2023 | E 835 | E 913 | E 1,018 | E 1,178 | E 3,944 |
| 2022 | E 97 | E 238 | E 489 | E 734 | E 1,558 |
| 2021 | 0 | 0 | -- | E 54 | E 54 |
| 2020 | 0 | -- | -- | -- | 4 |
| 2019 | -- | -- | -- | -- | 5 |

### Earnings Per Share (USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2024 | E -0.12 | E -0.07 | E -0.04 | E -0.02 | E -0.25 |
| 2023 | E -0.23 | E -0.20 | E -0.15 | E -0.12 | E -0.70 |
| 2022 | E -0.38 | E -0.30 | E -0.25 | E -0.17 | E -1.10 |
| 2021 | -0.54 | -0.36 | E -0.37 | E -0.38 | E -1.65 |
| 2020 | -16.07 | -14.10 | -- | -- | -75.15 |
| 2019 | -- | -- | -- | -- | -34.59 |

Fiscal Year ended Dec 31. EPS Estimates based on CFRA's Operating Earnings; historical GAAP earnings are as reported in Company reports.

## Dividend Data

No cash dividends have been paid in the last year.

Redistribution or reproduction is prohibited without written permission. Copyright © 2021 CFRA. This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek independent financial advice regarding the suitability and/or appropriateness of making an investment or implementing the investment strategies discussed in this document and should understand that statements regarding future prospects may not be realized. Investors should note that income from such investments, if any, may fluctuate and that the value of such investments may rise or fall. Accordingly, investors may receive back less than they originally invested. Investors should seek advice concerning any impact this investment may have on their personal tax position from their own tax advisor. Please note the publication date of this document. It may contain specific information that is no longer current and should not be used to make an investment decision. Unless otherwise indicated, there is no intention to update this document.

Stock Report | **September 11, 2021** | NasdaqGS Symbol: **LCID**

**CFRA**

# Lucid Group, Inc.

## Business Summary Sep 09, 2021

CORPORATE OVERVIEW. Founded in 2015 and headquartered in Phoenix, Lucid Group, Inc. is a designer and manufacturer of zero-emission battery-electric vehicles. Lucid's stated mission is to inspire the adoption of sustainable energy by creating the most captivating electric vehicles, centered around the human experience. The company's first car, Lucid Air, is a luxury sedan with a California-inspired design. Select models of the Lucid Air are expected to have an EPA range of over 500 miles, with customer deliveries in the second half of 2021. On December 1, 2020, Lucid completed construction on the first phase of a $700 million, 730,000 square foot EV factory located in Casa Grande, Arizona (45 miles southeast of Phoenix).

On July 23, 2021, Lucid completed a merger with Michael's Klein's SPAC, Churchill Capital Corporation IV, and the stock began trading on the NASDAQ under the ticker LCID the next trading day. Post-transaction, the company has approximately 1.6 billion shares outstanding, with a pro-forma ownership of 73.4% existing Lucid shareholders, 16.2% Churchill Capital IV shareholders, and 10.4% PIPE shareholders.

Lucid's first vehicle, the Lucid Air, is a high-end sports sedan with specs similar to the Tesla Model S. The company is planning to have four separate models of the Lucid Air available across price points with first customer deliveries expected in the second half of 2021. The Lucid Air Dream Edition model is expected to go on sale at a starting price of $169,000 and its specs (517 miles of range and 1080 horsepower) are said to have prompted Tesla to develop the competing Model S Plaid. The Grand Touring will have a cost of $139,000 and have 500+ miles of range and an 800 horsepower engine. The Touring will have a cost of $95,000, less than 400 miles of range and a 620 horsepower engine. Finally, a standard model of the vehicle called the Pure (406 miles of range and 480 horsepower) will have a starting price of $77,400. The company plans to launch an SUV model called the Gravity in late 2023.

Lucid's CEO is former Tesla Model S lead engineer Peter Rawlinson, and the company has had the advantage of having the financial backing of the Saudi Arabia Public Investment Fund, which has invested $1.3B in the company and owned approximately 63% of the outstanding shares as of August 24, 2021. Lucid forecasts vehicle sales of less than 1,000 units in 2021, 20,000 in 2022, 49,000 in 2023, 90,000 in 2024, and 135,000 in 2025. Lucid expects revenue growth to $2.2 billion in 2022, $5.5 billion in 2023, $9.9 billion in 2024, and $12.8 billion in 2025, but our estimates are more conservative. We expect Lucid to first generate a gross profit in 2023, followed by positive EBITDA, and eventually positive net income.

ELECTRIC VEHICLE MARKET PROFILE. Global EV sales increased by more than 40% to 3.2 million units in 2020, up from 2.1 million in 2019 and roughly 8,240 units in 2010, according to International Energy Agency (IEA) data. We expect volumes to continue to grow rapidly - aided by the introduction of numerous new models. Included in these statistics are both battery electric vehicles (BEVs) and plugin hybrid vehicles (PHEVs), although BEVs account for the vast majority of sales. Despite this impressive growth, EVs still only accounted 4.4% of worldwide new vehicle sales in 2020 (up from 2.5% in 2019, 2.3% in 2018 and 1.4% in 2017).

In the U.S., EV sales increased by 4% to approximately 296,000 units in 2020, according to IEA data. Included in these statistics are both BEVs and PHEVs, although BEVs account for the vast majority of sales. Despite the strong growth relative to the 15% drop in overall U.S. new vehicle sales in 2020, EVs still only accounted for slightly more than 2% of U.S. new vehicle sales in 2020.

FINANCIAL TRENDS. Because Lucid is still in the development phase, it has no revenue. We expect first revenue in Q4 2021, and expect its adjusted EPS to increase from ($1.65) in 2021 to ($1.10) in 2022, ($0.70) in 2023, and ($0.25) in 2024.

As of June 30, 2020, Lucid had $558 million of cash and cash equivalents and $179 million of total debt, but pro-forma for the company's July SPAC IPO transaction, we peg its cash balance at approximately $5.0 billion.

As a high-growth oriented startup, Lucid does not currently pay a dividend and has not repurchased any stock.

## Corporate information

**Investor contact**
N/A (510-648-3553)

**Office**
7373 Gateway Boulevard, Newark, California, 94560

**Telephone**
510-648-3553

**Fax**
N/A

**Website**
www.lucidmotors.com

### Officers

**President, CEO, CTO & Director**
P. D. Rawlinson

**President, CEO, CTO & Director**
P. D. Rawlinson

**President, CEO, CTO & Director**
P. D. Rawlinson

**Chief Financial Officer**
S. House

**VP, General Counsel & Secretary**
J. Butler

**Managing Director of Global Operations**
F. Sultan

**Chairman of the Board**
A. N. Liveris

### Board Members

A. L. Posawatz

A. N. Liveris

F. Lindenberg

G. R. August

J. S. Wong

N. L. Gioia

N. Maynard-Elliott

P. D. Rawlinson

T. A. Alnowaiser

**Domicile**
Delaware

**Auditor**
Grant Thornton

**Founded**
N/A

**Employees**
1,861

**Stockholders**
N/A

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

2

Case 4:22-cy-02094-AMQ    Document 179-20    Filed 05/01/26    Page 4 of 10

Stock Report | **September 11, 2021** | NasdaqGS Symbol: **LCID**

**CFRA**

# Lucid Group, Inc.

## Quantitative Evaluations

| Fair Value Rank | NR | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| | | LOWEST | | | | HIGHEST |

Based on CFRA's proprietary quantitative model, stocks are ranked from most overvalued [1] to most undervalued [5].

| Fair Value Calculation | N/A | |
|---|---|---|

| Volatility | NA | LOW | AVERAGE | HIGH |
|---|---|---|---|---|

| Technical Evaluation | N/A | |
|---|---|---|

| Insider Activity | | UNFAVORABLE | NEUTRAL | FAVORABLE |
|---|---|---|---|---|

## Expanded Ratio Analysis

Price/Sales
Price/EBITDA
Price/Pretax Income
P/E Ratio
Avg. Diluted Shares Outstg. [M]

Figures based on fiscal year-end price

## Key Growth Rates and Averages

| Past Growth Rate [%] | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Net Income | 159.37 | NM | NM |
| Sales | -13.38 | N/A | N/A |

### Ratio Analysis (Annual Avg.)

| | | | |
|---|---|---|---|
| Net Margin [%] | NM | NM | NM |
| % LT Debt to Capitalization | 0.17 | 0.07 | 0.04 |
| Return on Equity [%] | -88.11 | -29.37 | -17.62 |

## Company Financials Fiscal year ending N/A

| Per Share Data [USD] | 2020 | 2019 |
|---|---|---|
| Tangible Book Value | -121.11 | -79.73 |
| Free Cash Flow | -109.67 | -43.60 |
| Earnings | -75.15 | -34.59 |
| Earnings (Normalized) | -47.90 | -22.25 |
| Dividends | N/A | N/A |
| Payout Ratio [%] | NM | NM |
| Prices: High | N/A | N/A |
| Prices: Low | N/A | N/A |
| P/E Ratio: High | NM | NM |
| P/E Ratio: Low | NM | NM |

| Income Statement Analysis [Million USD] | | |
|---|---|---|
| Revenue | 4.00 | 5.00 |
| Operating Income | -599.00 | -258.00 |
| Depreciation + Amortization | 10.00 | 4.00 |
| Interest Expense | 0.00 | 9.00 |
| Pretax Income | -720.00 | -277.00 |
| Effective Tax Rate | 0.00 | 0.00 |
| Net Income | NM | NM |
| Net Income [Normalized] | NM | NM |

| Balance Sheet and Other Financial Data [Million USD] | | |
|---|---|---|
| Cash | 615.00 | 352.00 |
| Current Assets | 663.00 | 423.00 |
| Total Assets | 1,403 | 579.60 |
| Current Liabilities | 185.00 | 66.00 |
| Long Term Debt | N/A | N/A |
| Total Capital | 1,180 | 455.00 |
| Capital Expenditures | 460.00 | 104.00 |
| Cash from Operations | -570.00 | -235.00 |
| Current Ratio | 3.58 | 6.43 |
| % Long Term Debt of Capitalization | 0.20 | 0.10 |
| % Net Income of Revenue | NM | NM |
| % Return on Assets | -37.79 | NM |
| % Return on Equity | -88.10 | NM |

Source: S&P Global Market Intelligence. Data may be preliminary or restated; before results of discontinued operations/special items. Per share data adjusted for stock dividends; EPS diluted. E-Estimated. NA-Not Available. NM-Not Meaningful. NR-Not Ranked. UR-Under Review.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

Stock Report | **September 11, 2021** | NasdaqGS Symbol: **LCID**

**CFRA**

# Lucid Group, Inc.

## Sub-Industry Outlook

CFRA's 12-month fundamental outlook for the Automobile Manufacturers sub-industry is neutral, reflecting expectations for a sharp recovery in sales volume in China, Europe, and the U.S. (which together account for over 70% of global vehicle sales) in 2021 from the depressed, Covid-19 impacted levels of 2020, balanced by an expectation that overall demand will fall short of returning to pre-pandemic levels.

We estimate U.S. light vehicle sales will rebound by 16.2% to 16.8 million units in 2021 from the 2020 total of 14.46 million (-15.5% Y/Y). Still, we expect U.S. light vehicle sales to come in slightly below the pre-pandemic level of 16.95 million units in 2019. Sales would be stronger if not for the low inventory levels and parts shortages (particularly semiconductors), which have plagued the market for most of this year. In 2020, U.S. light vehicle sales posted their weakest total since coming in at 14.44 million units in 2012.

On the positive side, rebounding GDP, consumer stimulus, declining unemployment, and low interest rates should help support sales volumes. Currency swings could also possibly benefit companies with significant non-U.S. manufacturing exposure if the U.S. dollar continues its recent depreciation versus other major currencies. We think margins will benefit from a combination of significantly higher price realizations and draconian cost cuts implemented in 2020. Increased production should also help with fixed cost absorption, but rising labor and raw materials costs are growing concerns.

We expect investments in electric and autonomous vehicle programs to remain a drag on bottom line results for most companies. One major secular trend over the last several years has been the increasing popularity of light duty vehicles -- a category which includes pickup trucks, SUVs, and crossovers -- and the waning popularity of passenger cars such as sedans and compact vehicles. Light duty vehicles accounted for 76.4% of total new vehicles sold in the U.S. in 2020, a percentage that was up from only 51.2% in 2010, according to National Automobile Dealers

Association data. The average vehicle on the road in the U.S. was 12.1 years old in 2020, according to IHS Markit, an industry record, which should help support retail and parts demand. Many companies have resumed dividend payments and/or share repurchases after a Covid-19-related pause in 2020.

We estimate global light vehicle sales will rebound by 13.0% to 88.1 million units in 2021 from the 2020 total of 78.0 million (-13.8% Y/Y). Still, we expect global light vehicle sales to come in below the pre-pandemic level of 90.4 million units in 2019. Global auto sales peaked at 95.9 million units in 2017 and have now fallen for three straight years. In 2020, sales were particularly resilient in China, the world's largest consumer (32.5% of global auto sales in 2020), declining only 1.9%, while the second and third largest markets of Europe (21.4% global market share) and the U.S. (18.5%) plummeted by 20.2% and 15.5%, respectively. We expect the rebound in global sales in 2021 to be broad.

Year-to-date as of July 9, 2021, the S&P Automobile Manufacturers Index was up 1.3% versus a 16.5% gain for the S&P 1500 Index. In 2020, the S&P Automobile Manufacturers Index was up 7.8% versus a 15.8% gain for the S&P 1500 Index, and was up 16.5% versus a 28.3% gain for the S&P 1500 Index in 2019. The sub-industry's five-year CAGR is 0.6%, well short of the 14.7% growth for the S&P 1500 Index.

**/ Garrett Nelson**

## Industry Performance

**GICS Sector: Consumer Discretionary**
**Sub-Industry: Automobile Manufacturers**

Based on S&P 1500 Indexes
Five-Year market price performance through Sep 11, 2021



NOTE: A sector chart appears when the sub-industry does not have sufficient historical index data.

All Sector & Sub-Industry information is based on the Global Industry Classification Standard (GICS).

Past performance is not an indication of future performance and should not be relied upon as such.

**Source: CFRA, S&P Global Market Intelligence**

## Sub-Industry: Automobile Manufacturers  Peer Group*: Automobile Manufacturers

| Peer Group | Stock Symbol | Exchange | Currency | Recent Stock Price | Stk. Mkt. Cap. (M) | 30-Day Price Chg. (%) | 1-Year Price Chg. (%) | P/E Ratio | Fair Value Calc. | Yield (%) | Return on Equity (%) | LTD to Cap (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lucid Group, Inc.** | **LCID** | **NasdaqGS** | **USD** | **19.85** | **32,130.0** | **-18.8** | **N/A** | **NM** | **N/A** | **N/A** | **-88.1** | **0.2** |
| Ferrari N.V. | RACE | NYSE | USD | 219.55 | 47,849.0 | -0.8 | 15.9 | 57.0 | N/A | 0.5 | 37.2 | 40.7 |
| Ford Motor Company | F | NYSE | USD | 12.76 | 50,973.0 | -7.7 | 83.1 | NM | 29.63 | N/A | -4.0 | 57.4 |
| Geely Automobile Holdings Limited | GELY.Y | OTCPK | USD | 70.18 | 42,181.0 | 0.8 | 68.3 | 809.0 | N/A | N/A | 9.4 | 5.8 |
| Guangzhou Automobile Group Co., Ltd. | GNZU.F | OTCPK | USD | 1.10 | 29,315.0 | 28.0 | 22.1 | 12.0 | N/A | N/A | 7.2 | 9.5 |
| Honda Motor Co., Ltd. | HMC | NYSE | USD | 30.91 | 53,631.0 | -5.8 | 22.2 | 9.0 | N/A | N/A | 7.9 | 28.6 |
| Isuzu Motors Limited | ISUZ.Y | OTCPK | USD | 13.78 | 10,557.0 | 2.9 | 42.8 | 26.0 | N/A | N/A | 4.5 | 16.9 |
| Mahindra & Mahindra Limited | MAHM.F | OTCPK | USD | 9.24 | 11,405.0 | -3.1 | 13.4 | 19.0 | N/A | N/A | 7.5 | 41.8 |
| Nissan Motor Co., Ltd. | NSAN.Y | OTCPK | USD | 10.48 | 20,882.0 | -5.0 | 34.4 | NM | N/A | N/A | -9.9 | 36.0 |
| PT Astra International Tbk | PTAI.Y | OTCPK | USD | 7.75 | 14,889.0 | 14.5 | 17.2 | 277.0 | N/A | N/A | 9.7 | 15.4 |
| Subaru Corporation | FUJH.Y | OTCPK | USD | 9.36 | 14,602.0 | -1.2 | -9.5 | 10.0 | N/A | N/A | 4.4 | 17.1 |

*For Peer Groups with more than 10 companies or stocks, selection of issues is based on market capitalization.
NA-Not Available; NM-Not Meaningful.
Note: Peers are selected based on Global Industry Classification Standards and market capitalization. The peer group list includes companies with similar characteristics, but may not include all the companies within the same industry and/or that engage in the same line of business.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

Stock Report | **September 11, 2021** | NasdaqGS Symbol: **LCID**

# Lucid Group, Inc.

**Analyst Research Notes and other Company News**

**September 09, 2021**

08:32 AM ET... CFRA Initiates Coverage on Lucid Group, Inc. with a Buy Opinion (LCID 18.93****):

We set our 12-month target at $25, based on our DCF analysis. Our adjusted EPS are ($1.65) for 2021, ($1.10) for 2022, ($0.70) for 2023, and ($0.25) for 2024. With first-class specs on its forthcoming luxury EV models, strong balance sheet and management team, and brand new factory in Arizona, LCID appears to check all the boxes of an industry newcomer with staying power. Despite these competitive advantages, investors might encounter some speed bumps, as LCID's closest competitor (Tesla) has established a formidable competitive moat, chip shortages present a near-term operational risk, and paid reservations for the Lucid Air have been underwhelming thus far (11,000 as of late July), which could portend future price cuts. However, we view these risks as fully discounted at current levels. The recent expiration of its PIPE investor lock-up period and a near-term catalyst from first deliveries of the Air (already getting rave reviews) are positives,which we believe tilt the stock's risk/reward to the upside. / Garrett Nelson

Note: Research notes reflect CFRA's published opinions and analysis on the stock at the time the note was published. The note reflects the views of the equity analyst as of the date and time indicated in the note, and may not reflect CFRA's current view on the company.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

# Lucid Group, Inc.

## Analysts Recommendations



|  | No. of Recommendations | % of Total | 1 Mo.Prior | 3 Mos.Prior |
|---|---|---|---|---|
| Buy | 1 | 100 | N/A | N/A |
| Buy/Hold | 0 | 0 | N/A | N/A |
| Hold | 0 | 0 | N/A | N/A |
| Weak hold | 0 | 0 | N/A | N/A |
| Sell | 0 | 0 | N/A | N/A |
| No Opinion | 0 | 0 | N/A | N/A |
| Total | 1 | 100 | N/A | N/A |

## Wall Street Consensus Opinion

**Buy**

## Wall Street Consensus vs. Performance

For fiscal year 2021, analysts estimate that LCID will earn USD -0.96. For fiscal year 2022, analysts estimate that LCID's earnings per share will grow by -34.14% to USD -0.63.

## Wall Street Consensus Estimates

Estimates    Previous Year ——    Current Year ·····    Next Year – – –    ● Actual (Normalized Diluted)

| S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2020 | | | | | | | | | | | | | | 2021 | | | | | | | |

| Fiscal Year | Avg Est. | High Est. | Low Est. | # of Est. | Est. P/E |
|---|---|---|---|---|---|
| 2022 | -0.63 | -0.63 | -0.63 | 1 | -31.64 |
| 2021 | -0.96 | -0.96 | -0.96 | 1 | -20.84 |
| **2022 vs. 2021** | **▲ 34%** | **▲ 34%** | **▲ 34%** | **N/A%** | **▼ -52%** |
| Q3'21 | -0.13 | -0.13 | -0.13 | 1 | -150.71 |

Forecasts are not reliable indicator of future performance.

Note: A company's earnings outlook plays a major part in any investment decision. S&P Global Market Intelligence organizes the earnings estimates of over 2,300 Wall Street analysts, and provides their consensus of earnings over the next two years, as well as how those earnings estimates have changed over time. Note that the information provided in relation to consensus estimates is not intended to predict actual results and should not be taken as a reliable indicator of future performance.

**Note: For all tables, graphs and charts in this report that do not cite any reference or source, the source is S&P Global Market Intelligence.**

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

# Lucid Group, Inc.

Case 4:22-cy-02094-AMO    Document 179-20    Filed 05/01/26    Page 8 of 10

**CFRA**

## Glossary

### STARS

Since January 1, 1987, CFRA Equity and Fund Research Services, and its predecessor S&P Capital IQ Equity Research has ranked a universe of U.S. common stocks, ADRs (American Depositary Receipts), and ADSs (American Depositary Shares) based on a given equity's potential for future performance. Similarly, we have ranked Asian and European equities since June 30, 2002. Under proprietary STARS (Stock Appreciation Ranking System), equity analysts rank equities according to their individual forecast of an equity's future total return potential versus the expected total return of a relevant benchmark (e.g., a regional index (MSCI AC Asia Pacific Index, MSCI AC Europe Index or S&P 500® Index)), based on a 12-month time horizon. STARS was designed to help investors looking to put their investment decisions in perspective. Data used to assist in determining the STARS ranking may be the result of the analyst's own models as well as internal proprietary models resulting from dynamic data inputs.

### S&P Global Market Intelligence's Quality Ranking

(also known as **S&P Capital IQ Earnings & Dividend Rankings**) - Growth and stability of earnings and dividends are deemed key elements in establishing S&P Global Market Intelligence's earnings and dividend rankings for common stocks, which are designed to capsulize the nature of this record in a single symbol. It should be noted, however, that the process also takes into consideration certain adjustments and modifications deemed desirable in establishing such rankings. The final score for each stock is measured against a scoring matrix determined by analysis of the scores of a large and representative sample of stocks. The range of scores in the array of this sample has been aligned with the following ladder of rankings:

| | | | |
|---|---|---|---|
| A+ | Highest | B | Below Average |
| A | High | B- | Lower |
| A | Above | C | Lowest |
| B+ | Average | D | In Reorganization |
| NC | Not Ranked | | |

### EPS Estimates

CFRA's earnings per share (EPS) estimates reflect analyst projections of future EPS from continuing operations, and generally exclude various items that are viewed as special, non-recurring, or extraordinary. Also, EPS estimates reflect either forecasts of equity analysts; or, the consensus (average) EPS estimate, which are independently compiled by S&P Global Market Intelligence, a data provider to CFRA. Among the items typically excluded from EPS estimates are asset sale gains; impairment, restructuring or merger-related charges; legal and insurance settlements; in process research and development expenses; gains or losses on the extinguishment of debt; the cumulative effect of accounting changes; and earnings related to operations that have been classified by the company as discontinued. The inclusion of some items, such as stock option expense and recurring types of other charges, may vary, and depend on such factors as industry practice, analyst judgment, and the extent to which some types of data is disclosed by companies.

### 12-Month Target Price

The equity analyst's projection of the market price a given security will command 12 months hence, based on a combination of intrinsic, relative, and private market valuation metrics, including Fair Value.

### Abbreviations Used in Equity Research Reports

CAGR - Compound Annual Growth Rate
CAPEX - Capital Expenditures
CY - Calendar Year
DCF - Discounted Cash Flow
DDM - Dividend Discount Model
EBIT - Earnings Before Interest and Taxes
EBITDA - Earnings Before Interest, Taxes, Depreciation & Amortization
EPS - Earnings Per Share
EV - Enterprise Value
FCF - Free Cash Flow
FFO - Funds From Operations
FY - Fiscal Year
P/E - Price/Earnings
P/NAV - Price to Net Asset Value
PEG Ratio - P/E-to-Growth Ratio
PV - Present Value
R&D - Research & Development
ROCE - Return on Capital Employed
ROE Return on Equity
ROI - Return on Investment
ROIC - Return on Invested Capital
ROA - Return on Assets
SG&A - Selling, General & Administrative Expenses
SOTP - Sum-of-The-Parts
WACC - Weighted Average Cost of Capital

**Dividends on American Depository Receipts (ADRs) and American Depository Shares (ADSs) are net of taxes (paid in the country of origin).**

### Qualitative Risk Assessment

Reflects an equity analyst's view of a given company's operational risk, or the risk of a firm's ability to continue as an ongoing concern. The Qualitative Risk Assessment is a relative ranking to the U.S. STARS universe, and should be reflective of risk factors related to a company's operations, as opposed to risk and volatility measures associated with share prices. For an ETF this reflects on a capitalization-weighted basis, the average qualitative risk assessment assigned to holdings of the fund.

### STARS Ranking system and definition:

★★★★★ **5-STARS (Strong Buy):**
Total return is expected to outperform the total return of a relevant benchmark, by a notable margin over the coming 12 months, with shares rising in price on an absolute basis.

★★★★☆ **4-STARS (Buy):**
Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months.

★★★☆☆ **3-STARS (Hold):**
Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months.

★★☆☆☆ **2-STARS (Sell):**
Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months.

★☆☆☆☆ **1-STAR (Strong Sell):**
Total return is expected to underperform the total return of a relevant benchmark by a notable margin over the coming 12 months, with shares falling in price on an absolute basis.

### Relevant benchmarks:

In North America, the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are the MSCI AC Europe Index and the MSCI AC Asia Pacific Index, respectively.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

Stock Report | **September 11, 2021** | NasdaqGS Symbol: **LCID**

# Lucid Group, Inc.

## Disclosures

Stocks are ranked in accordance with the following ranking methodologies:

**STARS Stock Reports:**
Qualitative STARS rankings are determined and assigned by equity analysts. For reports containing STARS rankings refer to the Glossary section of the report for detailed methodology and the definition of STARS rankings.

**Quantitative Stock Reports:**
Quantitative rankings are determined by ranking a universe of common stocks based on 5 measures or model categories: Valuation, Quality, Growth, Street Sentiment, and Price Momentum. In the U.S., a sixth sub-category for Financial Health will also be displayed. Percentile scores are used to compare each company to all other companies in the same universe for each model category. The five (six) model category scores are then weighted and rolled up into a single percentile ranking for that company. For reports containing quantitative rankings refer to the Glossary section seof the report for detailed methodology and the definition of Quantitative rankings.

**STARS Stock Reports and Quantitative Stock Reports:**
The methodologies used in STARS Stock Reports and Quantitative Stock Reports (collectively, the "Research Reports") reflect different criteria, assumptions and analytical methods and may have differing rankings. The methodologies and data used to generate the different types of Research Reports are believed by the author and distributor reasonable and appropriate. Generally, CFRA does not generate reports with different ranking methodologies for the same issuer. However, in the event that different methodologies or data are used on the analysis of an issuer, the methodologies may lead to different views on the issuer, which may at times result in contradicting assessments of an issuer. CFRA reserves the right to alter, replace or vary models, methodologies or assumptions from time to time and without notice to clients.

**STARS Stock Reports:**
Global STARS Distribution as of March 05, 2021

| Ranking | North America | Europe | Asia | Global |
|---------|---------------|--------|------|--------|
| Buy | 40.3% | 32.5% | 40.0% | 38.7% |
| Hold | 49.6% | 57.1% | 53.1% | 51.7% |
| Sell | 10.1% | 10.3% | 6.9% | 9.6% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

**Analyst Certification:**
**STARS Stock Reports are prepared by the equity research analysts of CFRA and its affiliates and subsidiaries. Quantitative Stock Reports are prepared by CFRA. All of the views expressed in STARS Stock Reports accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers; all of the views expressed in the Quantitative Stock Reports accurately reflect the output of CFRA's algorithms and programs. Analysts generally update STARS Stock Reports at least four times each year. Quantitative Stock Reports are generally updated weekly. No part of analysts' or CFRA's compensation was, is, or will be directly or indirectly related to the specific rankings or views expressed in any Stock Report.**

**About CFRA Equity Research:**
This Research Report is published and originally distributed by Accounting Research & Analytics, LLC d/b/a CFRA ("CFRA US"), with the following exceptions: In the UK/EU/EEA, it is published and originally distributed by CFRA UK Limited ("CFRA UK"), which is regulated by the Financial Conduct Authority (No. 775151), and in Malaysia by CFRA MY Sdn Bhd (Company No. 683377-A) ("CFRA Malaysia"), which is regulated by Securities Commission Malaysia, (No. CMSL/A0181/2007) under license from CFRA US. These parties and their subsidiaries maintain no responsibility for reports redistributed by third parties such as brokers or financial advisors.

**General Disclosure**

**Notice to all jurisdictions:**

Where Research Reports are made available in a language other than English and in the case of inconsistencies between the English and translated versions of a Research Report, the English version will control and supersede any ambiguities between such versions. Neither CFRA nor its affiliates guarantee the accuracy of any translation.

The content of this report and the opinions expressed herein are those of CFRA based upon publicly-available information that CFRA believes to be reliable and the opinions are subject to change without notice. This analysis has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. CFRA AND ALL RELATED ENTITIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, to the full extent permitted by law, regarding the accuracy, completeness, or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes.

No content in this Research Report may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of CFRA, or used for any unlawful or unauthorized purposes. Neither CFRA nor its third-party providers, as well as its/their directors, officers, shareholders, employees or agents, guarantee the accuracy, completeness, timeliness or availability of the content herein

**Past performance is not necessarily indicative of future results.**

This document may contain forward-looking statements or forecasts; such forecasts are

not a reliable indicator of future performance.

This report is not intended to, and does not, constitute an offer or solicitation to buy and sell securities or engage in any investment activity. This report is for informational purposes only. Statements in this report are not made with respect to any particular investor or type of investor. Securities, financial instruments or strategies mentioned herein may not be suitable for all investors and this material is not intended for any specific investor and does not take into account an investor's particular investment objectives, financial situations or needs. Before acting on anything in this report, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice. CFRA may license certain intellectual property or provide services to, or otherwise have a business relationship with, certain issuers of securities that are the subject of CFRA research reports, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary index of CFRA. In cases where CFRA is paid fees that are tied to the amount of assets invested in a fund or the volume of trading activity in a fund, investment in the fund may result in CFRA receiving compensation in addition to the subscription fees or other compensation for services rendered by CFRA, however, no part of CFRA's compensation for services is tied to any particular viewpoint or rating. Additional information on a subject company may be available upon request.

CFRA's financial data provider is S&P Global Market Intelligence. THIS DOCUMENT CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM S&P GLOBAL MARKET INTELLIGENCE. FOR RECIPIENT'S INTERNAL USE ONLY.

The Global Industry Classification Standard (GICS®) was developed by and/or is the exclusive property of MSCI, Inc. and S&P Global Market Intelligence. GICS is a service mark of MSCI and S&P Global Market Intelligence and has been licensed for use by CFRA.

**Other Disclaimers and Notices**
Certain information in this report is provided by S&P Global, Inc. and/or its affiliates and subsidiaries (collectively "S&P Global"). Such information is subject to the following disclaimers and notices: "Copyright © 2018, S&P Global Market Intelligence (and its affiliates as applicable). All rights reserved. Nothing contained herein is investment advice and a reference to a particular investment or security, a credit rating or any observation concerning a security or investment provided by S&P Global is not a recommendation to buy, sell or hold such investment or security or make any other investment decisions. This may contain information obtained from third parties, including ratings from credit ratings agencies. Reproduction and distribution of S&P Global's information and third party content in any form is prohibited except with the prior written permission of S&P Global or the related third party, as applicable. Neither S&P Global nor its third party providers guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information or content. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL S&P INFORMATION IS PROVIDED ON AN AS-IS BASIS. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR INFORMATION OR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

# Lucid Group, Inc.

**For residents of the European Union/European Economic Area:**
Research reports are originally distributed by CFRA UK Limited (company number 08456139 registered in England & Wales with its registered office address at New Derwent House, 69-73 Theobalds Road, London, WC1X 8TA, United Kingdom). CFRA UK Limited is regulated by the UK Financial Conduct Authority (No. 775151).

**For residents of Malaysia:**
Research reports are originally produced and distributed by CFRA MY Sdn Bhd (Company No. 683377-A) ("CFRA Malaysia"), a wholly-owned subsidiary of CFRA US. CFRA Malaysia is regulated by Securities Commission Malaysia (License No. CMSL/A0181/2007).

**For residents of all other countries:**
Research reports are originally distributed Accounting Research & Analytics, LLC d/b/a CFRA.

**For Recipients in Canada:**
This report is not prepared subject to Canadian disclosure requirements and may not be suitable for Canadian investors.

Copyright © 2021 CFRA. All rights reserved. CFRA and STARS are registered trademarks of CFRA.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.