# EXHIBIT 26

# Morgan Stanley | RESEARCH

UPDATE

*November 16, 2021 11:32 PM GMT*

## Lucid Group Inc | North America

# The Next $100bn EV Company?

| ⌁ Stock Rating | ⊙ Industry View | ◎ Price Target |
|---|---|---|
| Underweight | In-Line | $16.00 |

MORGAN STANLEY & CO. LLC

**Adam Jonas, CFA**
EQUITY ANALYST
Adam.Jonas@morganstanley.com     +1 212 761-1726

**Billy Kovanis**
EQUITY ANALYST
Billy.Kovanis@morganstanley.com     +1 212 761-2573

**Evan Silverberg, CFA, CPA**
RESEARCH ASSOCIATE
Evan.Silverberg@morganstanley.com     +1 212 761-4376

**Grace G Kim**
RESEARCH ASSOCIATE
Grace.G.Kim@morganstanley.com     +1 212 761-5232

**Alexander Zoeckler**
RESEARCH ASSOCIATE
Alex.Zoeckler@morganstanley.com     +1 212 761-7118

==Lucid posted 3Q results which included a stronger than expected cash position, increasing reservation momentum and capped off by winning Motor Trend 'Car of the Year' driving the fully diluted market cap to more than Ford and GM.==

| WHAT'S CHANGED | Lucid Group Inc (LCID.O) | From | To |
|---|---|---|---|
| | Price Target | $12.00 | **$16.00** |

### What did we learn from 3Q results?

- **Reservation momentum is building.** Lucid reported >17k reservations vs. 13k at the end of September. An impressive number of reservations given the high purchase price in the increasingly marginalized sedan segment.

- **Customer deliveries are progressing and the company reiterated delivery targets for FY21 and FY22 while acknowledging a host of risks.** In our view it is good that LCID management issued a caveat regarding visibility on their targets given unprecedented supply chain disruption as well as reasonable levels of execution risks at the factory level.

- **A slightly stronger cash position and opex/capex broadly in line.**

### Key changes to our forecasts:

- **Raising unit volume forecast.** Given the pace of the order brook growth and the company achieving the milestone of delivering factory units to paying customers, we feel it is reasonable to narrow the discount in our near term and long term volume forecasts vs. management guidance. For FY22 we raise our unit forecast to 15k vs. 7k previously (mgmt target 20k units). For FY30 (the exit year of our DCF) we raise our forecast volume to 400k units vs. 310k units previously (mgmt target just shy of 550k units by 2030). To achieve our revised volume assumptions, we would require LCID to have at least 1 other factory (ie Europe/Middle East) in addition to the Casa Grande complex.

- **Modest adjustments to ATPs.** Our long term ATP assumption drops modestly to $80k vs. $85k previously to account for higher volume contribution from Gravity and new model extensions as the company may be in position to offer its high energy density technology in the form of a significantly smaller battery at a lower price.

**Lucid Group Inc ( LCID.O, LCID US )**

**Autos & Shared Mobility / United States of America**

| Stock Rating | | | Underweight |
|---|---|---|---|
| Industry View | | | In-Line |
| Price target | | | $16.00 |
| Shr price, close (Nov 16, 2021) | | | $55.52 |
| Mkt cap, curr (mm) | | | ND |
| 52-Week Range | | | $64.86-9.67 |

| Fiscal Year Ending | 12/20 | 12/21e | 12/22e | 12/23e |
|---|---|---|---|---|
| ModelWare EPS ($) | (5.43) | (1.44) | (1.16) | (0.94) |
| Prior ModelWare EPS ($) | - | (1.26) | (0.84) | (0.72) |
| P/E | NM | NM | NM | NM |
| EPS ($)§ | - | (1.32) | (0.86) | (0.55) |
| Div yld (%) | - | - | - | - |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

**QUARTERLY MODELWARE EPS ($)**

| Quarter | 2020 | 2021e Prior | 2021e Current | 2022e Prior | 2022e Current |
|---|---|---|---|---|---|
| Q1 | - | - | (1.17)a | - | - |
| Q2 | - | - | (1.17)a | - | - |
| Q3 | - | - | (0.43)a | - | - |
| Q4 | (0.02) | (0.53) | (0.45) | - | - |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

1

**Morgan Stanley** | RESEARCH

- **Margins left largely unchanged.** We do not forecast that Lucid will achieve breakeven EBITDA margins before 2025, and we assume a steady-state EBITDA margin of 15% long term.

**Increasing price target to $16 from $12 previously:**

- **Our revised $16 base case price target ($28bn market cap) is based on 400k units by 2030**… which is still below management's target of nearly 550k units that year.

- **Raising bear case to $8 vs. $4.** Our bear case assumes over 220k units by 2030, a 13% EBITDA margin and a 40% discount to our DCF valuation.

- **Raising bull case to $60 vs. $40 previously.** Our bull case assumes 710k units by 2030, a 22% EBITDA margin and no discount to our DCF valuation.

- **All cases apply a WACC of 8.0% which we have lowered slightly from 8.3% previously to account for increased access to attractive capital sources.**

**What's in the price?**

- We have had to reset the scale on our valuation matrix table 2x since initiating on the company just 2 months ago.

- At more than $50/share currently, we estimate the company is discounting volume well above management's long term targets and an EBITDA margin in the area of 20%.

- For sensitivity sake, assuming a multiple of 2.5x EV/Sales and $80k ATP, we estimate every 100k units of volume assumption by 2030 is worth approximately $10 per LCID share.

- At ~$55, Lucid is trading at a ~$96bn market cap / ~$92bn EV, or 19x 2030 EBITDA (on MS estimates).

**Why do we remain Underweight?**

- **Execution risk.** Scaling production is historically the riskiest part of a company's lifecycle. This risk is compounded by unprecedented supply chain disruption outside of LCID's control.

- **Valuation.** The current share price values the company just shy of $100bn which is approximately $2bn per unit delivered so far. While the EV 'TAM' is vast, we believe the market is pricing in extraordinarily high probabilities of success and/or very low levels of risk.

- **Better risk-reward in other names under our coverage.** We recommend other ways to play the EV theme that have upside and a better risk-reward skew such as Tesla, GM, Ferrari, Freyr and Aptiv.

2

**Morgan Stanley** | **RESEARCH**



## Risk Reward – Lucid Group Inc (LCID.O)

Super Premium EVs at Above-Tesla Risk.

### PRICE TARGET    $16.00

We value Lucid on a DCF with an exit year of 2030 and a 8.0% WACC. Our forecasts assume volume of 400k units by 2030, a 34% revenue CAGR (from 2023 through 2030), a 15% EBITDA margin and a 20% discount for execution risk. Our estimates assume significant inroads into the global luxury market across a number of segments (sedans, SUVs etc) by mid-decade, albeit with our volume forecast in 2030 being ~30% below company targets.

### RISK REWARD CHART



Key: — Historical Stock Performance  ● Current Stock Price  ◆ Price Target

Source: Refinitiv, Morgan Stanley Research

### UNDERWEIGHT THESIS

While we give Lucid meaningful credit for volume growth to 400k units by 2030, we believe that the market for premium EVs will be more niche and Lucid will face intense competitive in the space from well capitalized players. Overall, we see Lucid facing greater than average risks given it is an early stage auto OEM. Our forecast is also well below company targets.

**Consensus Rating Distribution**

| | |
|---|---|
| 75% | Overweight |
| 0% | Equal-weight |
| 25% | Underweight |

● MS Rating

Source: Refinitiv, Morgan Stanley Research

**Risk Reward Themes**

| | |
|---|---|
| Contrarian: | *Negative* |
| Secular Growth: | *Positive* |
| Electric Vehicles: | *Positive* |

View descriptions of Risk Rewards Themes here

---

### BULL CASE                    $60.00

**Strong share gains, formidable Tesla competitor**

8x 2030e Bull Case EBITDA of $12.5bn. Assumes 710k units by 2030, a 41% revenue CAGR (2023-2030), 22% exit EBITDA margins and a 0% execution discount.

### BASE CASE                    $16.00

**Execution risk but premium OEM multiple**

5.0x 2030e Base Case EBITDA of $4.8bn (11.4x 2027e EBITDA). Assumes 400k units by 2030, 34% revenue CAGR (2023-2030), 15% exit EBITDA margin and a 20% execution discount

### BEAR CASE                    $8.00

**Production delay, volumes below fcst, OEM multiple**

4.4x 2030e Bear Case EBITDA of $2.3bn. Assumes 220k units by 2030, 20% revenue CAGR (2023-2030), 13% exit EBITDA margin, and a 40% execution discount.

# Morgan Stanley | RESEARCH

UPDATE

## Risk Reward – Lucid Group Inc (LCID.O)

### KEY EARNINGS INPUTS

| Drivers | 2020 | 2021e | 2022e | 2023e |
|---|---|---|---|---|
| Units Sold (000s) | 0 | 555 | 15,000 | 31,000 |
| EBITDA ($, mm) | (599) | (1,681) | (1,460) | (1,037) |
| Free Cash Flow ($, mm) | 0 | (1,861) | (2,697) | (1,999) |

### INVESTMENT DRIVERS

Secular growth of EV market

Order book conversion

Path to scale

Technological risk

Competition

### GLOBAL REVENUE EXPOSURE



- 20-30% Europe ex UK
- 60-70% North America

Source: Morgan Stanley Research Estimate
View explanation of regional hierarchies here

### RISKS TO PT/RATING

**RISKS TO UPSIDE**

- Greater than expected government and/or regulatory support and subsidies
- Flawless production ramp
- Volumes or margins surpass our forecast
- Global expansion plans goes as plan

**RISKS TO DOWNSIDE**

- Backlog / orderbook does not materialize into revenues
- Production ramp is delayed
- Inability to scale profitably while competing vs. a host of EV players
- Further capital raises dilutes existing shareholders

### OWNERSHIP POSITIONING

| | | |
|---|---|---|
| Inst. Owners, % Active | 98.9% | |
| HF Sector Long/Short Ratio | 2.1x | |
| HF Sector Net Exposure | 14% | |

Refinitiv; MSPB Content. Includes certain hedge fund exposures held with MSPB. Information may be inconsistent with or may not reflect broader market trends. Long/Short Ratio = Long Exposure / Short exposure. Sector % of Total Net Exposure = (For a particular sector: Long Exposure - Short Exposure) / (Across all sectors: Long Exposure – Short Exposure).

### MS ESTIMATES VS. CONSENSUS

*FY Dec 2021e*

**Sales / Revenue ($, mm)** ◆ 86

*Note: There are not sufficient brokers supplying consensus data for this metric*

**EBITDA ($, mm)** ◆ (1,681)

*Note: There are not sufficient brokers supplying consensus data for this metric*

**EPS ($)** ◆ (1.44)

*Note: There are not sufficient brokers supplying consensus data for this metric*

◆ Mean  ◆ Morgan Stanley Estimates

Source: Refinitiv, Morgan Stanley Research

**Morgan Stanley** | RESEARCH



# DCF & Sensitivity

**Exhibit 1:** Lucid - DCF (pre 20% discount)



Source: Morgan Stanley Research.

**Exhibit 2:** Lucid - Sensitivity Table

| | | EV/Sales (x) | | | | |
|---|---|---|---|---|---|---|
| | | 0.5 | 1.5 | 2.5 | 3.5 | 4.5 |
| | 50,000 | $ 3 | $ 5 | $ 8 | $ 10 | $ 12 |
| | 100,000 | $ 4 | $ 9 | $ 13 | $ 18 | $ 22 |
| | 150,000 | $ 5 | $ 12 | $ 19 | $ 26 | $ 33 |
| | 200,000 | $ 6 | $ 16 | $ 25 | $ 34 | $ 43 |
| | 250,000 | $ 8 | $ 19 | $ 30 | $ 42 | $ 53 |
| | 300,000 | $ 9 | $ 22 | $ 36 | $ 50 | $ 64 |
| | 350,000 | $ 10 | $ 26 | $ 42 | $ 58 | $ 74 |
| Volume | 400,000 | $ 11 | $ 29 | $ 48 | $ 66 | $ 84 |
| | 450,000 | $ 12 | $ 33 | $ 53 | $ 74 | $ 95 |
| | 500,000 | $ 13 | $ 36 | $ 59 | $ 82 | $ 105 |
| | 550,000 | $ 14 | $ 40 | $ 65 | $ 90 | $ 115 |
| | 600,000 | $ 16 | $ 43 | $ 71 | $ 98 | $ 126 |
| | 650,000 | $ 17 | $ 46 | $ 76 | $ 106 | $ 136 |
| | 700,000 | $ 18 | $ 50 | $ 82 | $ 114 | $ 146 |
| | 750,000 | $ 19 | $ 53 | $ 88 | $ 122 | $ 156 |

Source: Morgan Stanley Research. Assumes $80k ATP.

Morgan Stanley | RESEARCH

# Lucid Valuation Matrix

**Exhibit 3:** Lucid - Val Matrix - MSe

| Equity LCID $/Share | Market Value ($mm) | Enterprise Value ($mm) | EV/Sales (x) | | | EV/EBITDA (x) | | | P/E (x) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2026 | 2027 | 2030 | 2026 | 2027 | 2030 | 2026 | 2027 | 2030 |
| $4 | 6,982 | 3,002 | 0.2x | 0.1x | 0.1x | 2.1x | 1.4x | 0.6x | NM | 12.9x | 4.0x |
| $8 | 13,964 | 9,984 | 0.6x | 0.5x | 0.3x | 6.8x | 4.7x | 2.1x | NM | 25.8x | 8.0x |
| $12 | 20,947 | 16,967 | 1.0x | 0.8x | 0.5x | 11.6x | 8.1x | 3.5x | NM | 38.7x | 12.0x |
| $16 | 27,929 | 23,949 | 1.5x | 1.1x | 0.7x | 16.4x | 11.4x | 5.0x | NM | 51.6x | 15.9x |
| $20 | 34,911 | 30,931 | 1.9x | 1.5x | 1.0x | 21.2x | 14.7x | 6.4x | NM | 64.6x | 19.9x |
| $24 | 41,893 | 37,913 | 2.3x | 1.8x | 1.2x | 26.0x | 18.0x | 7.9x | NM | 77.5x | 23.9x |
| $28 | 48,875 | 44,895 | 2.7x | 2.1x | 1.4x | 30.8x | 21.3x | 9.3x | NM | 90.4x | 27.9x |
| $32 | 55,857 | 51,877 | 3.2x | 2.5x | 1.6x | 35.6x | 24.6x | 10.8x | NM | 103.3x | 31.9x |
| $36 | 62,840 | 58,860 | 3.6x | 2.8x | 1.8x | 40.3x | 28.0x | 12.2x | NM | 116.2x | 35.9x |
| $40 | 69,822 | 65,842 | 4.0x | 3.1x | 2.1x | 45.1x | 31.3x | 13.7x | NM | 129.1x | 39.8x |
| $44 | 76,804 | 72,824 | 4.4x | 3.5x | 2.3x | 49.9x | 34.6x | 15.1x | NM | 142.0x | 43.8x |
| $48 | 83,786 | 79,806 | 4.9x | 3.8x | 2.5x | 54.7x | 37.9x | 16.6x | NM | 154.9x | 47.8x |
| $52 | 90,768 | 86,788 | 5.3x | 4.1x | 2.7x | 59.5x | 41.2x | 18.0x | NM | 167.9x | 51.8x |
| $56 | 97,750 | 93,770 | 5.7x | 4.5x | 2.9x | 64.3x | 44.5x | 19.5x | NM | 180.8x | 55.8x |
| $60 | 104,733 | 100,753 | 6.1x | 4.8x | 3.1x | 69.1x | 47.9x | 20.9x | NM | 193.7x | 59.8x |
| $64 | 111,715 | 107,735 | 6.6x | 5.1x | 3.4x | 73.8x | 51.2x | 22.4x | NM | 206.6x | 63.8x |
| $68 | 118,697 | 114,717 | 7.0x | 5.4x | 3.6x | 78.6x | 54.5x | 23.9x | NM | 219.5x | 67.7x |
| $72 | 125,679 | 121,699 | 7.4x | 5.8x | 3.8x | 83.4x | 57.8x | 25.3x | NM | 232.4x | 71.7x |
| $76 | 132,661 | 128,681 | 7.9x | 6.1x | 4.0x | 88.2x | 61.1x | 26.8x | NM | 245.3x | 75.7x |
| $80 | 139,643 | 135,663 | 8.3x | 6.4x | 4.2x | 93.0x | 64.4x | 28.2x | NM | 258.2x | 79.7x |
| $84 | 146,626 | 142,646 | 8.7x | 6.8x | 4.4x | 97.8x | 67.7x | 29.7x | NM | 271.1x | 83.7x |
| $88 | 153,608 | 149,628 | 9.1x | 7.1x | 4.7x | 102.6x | 71.1x | 31.1x | NM | 284.1x | 87.7x |
| $92 | 160,590 | 156,610 | 9.6x | 7.4x | 4.9x | 107.3x | 74.4x | 32.6x | NM | 297.0x | 91.7x |
| $96 | 167,572 | 163,592 | 10.0x | 7.8x | 5.1x | 112.1x | 77.7x | 34.0x | NM | 309.9x | 95.6x |

Source: Morgan Stanley Research

Morgan Stanley | RESEARCH



# Financial Statements

**Exhibit 4:** Lucid - Income Statement - MSe

| Income Statement ($MM) | 2020 | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e |
|---|---|---|---|---|---|---|---|
| Total Sales | 4 | 86 | 2,100 | 4,050 | 7,200 | 11,500 | 16,392 |
| % Y / Y | NM | 2063.6% | 2341.2% | 92.9% | 77.8% | 59.7% | 42.5% |
| COGS | (3) | (255) | (2,205) | (3,726) | (6,336) | (9,660) | (13,114) |
| Gross Profit | 1 | (169) | (105) | 324 | 864 | 1,840 | 3,278 |
| % Gross Margin | 22.8% | -196.9% | -5.0% | 8.0% | 12.0% | 16.0% | 20.0% |
| | | | | | | | |
| Selling, General & Administrative | (89) | (847) | (900) | (1,000) | (1,080) | (1,265) | (1,311) |
| % of Sales | NM | 984.1% | 42.9% | 24.7% | 15.0% | 11.0% | 8.0% |
| R&D | (511) | (700) | (725) | (750) | (1,080) | (1,150) | (1,393) |
| % of Sales | NM | 814.3% | 34.5% | 18.5% | 15.0% | 10.0% | 8.5% |
| Other Operating Expense | 0 | 0 | 0 | 0 | (7) | (12) | (16) |
| % of Sales | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% |
| Total operating expenses | (600) | (1,547) | (1,625) | (1,750) | (2,167) | (2,427) | (2,721) |
| | | | | | | | |
| **Operating Profit, GAAP** | **(599)** | **(1,716)** | **(1,730)** | **(1,426)** | **(1,303)** | **(587)** | **557** |
| % Margin | -15071.1% | -1995.3% | -82.4% | -35.2% | -18.1% | -5.1% | 3.4% |
| | | | | | | | |
| Investment and interest income | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Rate | NA | 0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Interest Expense | (0) | (0) | 0 | 0 | (60) | (60) | (60) |
| % Interest Rate | 0% | 0% | 5.0% | 5.0% | 4.0% | 4.0% | 4.0% |
| Other income / (expense), net | (120) | (516) | (150) | (150) | (150) | (150) | (150) |
| Pre Tax Income, GAAP | (720) | (2,233) | (1,880) | (1,576) | (1,513) | (797) | 347 |
| Pre Tax Income, Adjusted | | | | | | | |
| | | | | | | | |
| Income Tax benefit/(expense) | 0 | 0 | 0 | 0 | 0 | 0 | (87) |
| % Tax Rate | NM | NM | 25% | 25% | 25% | 25% | 25% |
| Net income / (loss) | (719) | (2,233) | (1,880) | (1,576) | (1,513) | (797) | 260 |
| % Margin | -18093% | -2595% | -90% | -39% | -21% | -7% | 2% |
| | | | | | | | |
| Repurchase of Series E convertible preferred | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repurchase of Series C convertible preferred | 13 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Loss Attributable to common shareholders** | **(706)** | **(2,233)** | **(1,880)** | **(1,576)** | **(1,513)** | **(797)** | **260** |
| | | | | | | | |
| Adjusted Net Income Attributable to Lucid | (706) | (2,233) | (1,880) | (1,576) | (1,513) | (797) | 260 |
| | | | | | | | |
| | | | | | | | |
| Total Class A & B average shares outstanding, Basic | 135 | 1,555 | 1,616 | 1,685 | 1,744 | 1,783 | 1,806 |
| Total Class A & B average shares outstanding, Diluted | 135 | 1,555 | 1,616 | 1,685 | 1,744 | 1,783 | 1,969 |
| | | | | | | | |
| Total Class A & B EPS, Basic | $ (5.23) | $ (1.44) | $ (1.16) | $ (0.94) | $ (0.87) | $ (0.45) | $ 0.14 |
| **Total Class A & B EPS, Diluted** | **$ (5.23)** | **$ (1.44)** | **$ (1.16)** | **$ (0.94)** | **$ (0.87)** | **$ (0.45)** | **$ 0.13** |
| % Y / Y | | | | | | | |
| | | | | | | | |
| **EBITDA** | **(599)** | **(1,681)** | **(1,460)** | **(1,037)** | **(562)** | **219** | **1,459** |
| % Margin | -15071.1% | -1954.0% | -69.5% | -25.6% | -7.8% | 1.9% | 8.9% |
| % Y / Y | NA | 180.5% | -13.1% | -29.0% | -45.8% | -138.9% | 567.7% |

Source: Company, Morgan Stanley Research

**Morgan Stanley** | **RESEARCH**

UPDATE

**Exhibit 5:** Lucid - Balance Sheet - MSe

| Balance Sheet ($MM) | 2020e | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e |
|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | 991 | 3,980 | 3,283 | 2,784 | 3,645 | 2,939 | 3,148 |
| Trade receivables, net | 0 | 19 | 115 | 111 | 158 | 252 | 359 |
| Inventories | 0 | 115 | 230 | 235 | 260 | 397 | 539 |
| Prepaid expenses and other | 0 | 202 | 325 | 315 | 390 | 364 | 408 |
| Income taxes receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Assets | 991 | 4,316 | 3,953 | 3,445 | 4,454 | 3,952 | 4,455 |
| | | | | | | | |
| Property & Equipment, net | 412 | 1,257 | 2,329 | 3,340 | 4,383 | 4,498 | 4,580 |
| Investment held in trust account | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill and other intangible assets, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating lease assets | 0 | 144 | 144 | 144 | 144 | 144 | 144 |
| Other long-term assets | 0 | 43 | 0 | 0 | 0 | 0 | 0 |
| Total Assets | 1,403 | 5,759 | 6,426 | 6,929 | 8,980 | 8,594 | 9,178 |
| | | | | | | | |
| Current Portion of debt and other obligations | 0 | 0 | - | - | - | - | - |
| Accounts Payable | 0 | 202 | 325 | 490 | 650 | 728 | 816 |
| Accrued Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Advances from related parties | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other current liabilities | 0 | 232 | 232 | 232 | 232 | 232 | 232 |
| Total Current Liabilities | 0 | 434 | 557 | 722 | 882 | 959 | 1,048 |
| | | | | | | | |
| Long-term debt | 0 | 0 | 0 | 0 | 1,500 | 1,500 | 1,500 |
| Deferred tax liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred underwriting commmissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other long term liabilities | 0 | 1,025 | 982 | 982 | 982 | 982 | 982 |
| Total Liabilities | 0 | 1,458 | 1,538 | 1,703 | 3,363 | 3,441 | 3,529 |
| | | | | | | | |
| Equity | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Convertible preferred | 2,494 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 227 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional Paid in Capital | (1,319) | 10,020 | 12,486 | 14,400 | 16,305 | 16,636 | 16,872 |
| Less Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings | 0 | (5,719) | (7,599) | (9,175) | (10,688) | (11,485) | (11,224) |
| Shareholders' Equity | 1,403 | 4,301 | 4,887 | 5,225 | 5,617 | 5,152 | 5,649 |
| | | | | | | | |
| Non Controlling Interests | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | | | | | |
| Total Liabilities & Shareholders Equity | 1,403 | 5,759 | 6,425 | 6,928 | 8,980 | 8,593 | 9,178 |
| | | | | | | | |
| Check | - | - | - | - | - | - | - |

Source: Company, Morgan Stanley Research

**Exhibit 6:** Lucid - Cash Flow Statement - MSe

| Cash Flow Statement ($MM) | 2020 | 2021e | 2022e | 2023e | 2024e | 2025e | 2026e |
|---|---|---|---|---|---|---|---|
| Net Income (loss) | 0 | (2,233) | (1,880) | (1,576) | (1,513) | (797) | 260 |
| Depreciation & Amortization | 0 | 35 | 270 | 389 | 741 | 805 | 902 |
| Noncash compensation | 0 | 521 | 466 | 414 | 405 | 332 | 236 |
| Investment income earned on investment trust | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred income taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill and other intangible asset impairments | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other, net | 0 | 502 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Trade receivables | 0 | 9 | (96) | 4 | (47) | (94) | (107) |
| Inventories | 0 | (114) | (115) | (5) | (26) | (137) | (142) |
| Prepaid expenses | 0 | (145) | (123) | 10 | (75) | 26 | (44) |
| Accounts Payable & accrued expenses | 0 | 192 | 123 | 165 | 160 | 78 | 88 |
| Related party advances | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued income and franchise taxes | 0 | (29) | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | (0) | 0 | 0 | 0 | 0 | 0 |
| Change in Working Capital | 0 | (88) | (211) | 174 | 13 | (127) | (205) |
| | | | | | | | |
| Cash From Operating Activities | 0 | (1,262) | (1,355) | (599) | (355) | 213 | 1,193 |
| | | | | | | | |
| Purchase of Property & Equipment | 0 | (599) | (1,342) | (1,400) | (1,784) | (920) | (984) |
| Investment income relased from trust | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment income | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition / Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash From Investing Activities | 0 | (599) | (1,342) | (1,400) | (1,784) | (920) | (984) |
| | | | | | | | |
| Change in debt | 0 | 0 | 0 | 0 | 1,500 | 0 | 0 |
| Proceeds from stock issuances | 0 | 4,439 | 2,000 | 1,500 | 1,500 | 0 | 0 |
| Repurchase of shares | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash dividends | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 946 | 447 | 0 | 0 | 0 | 0 | 0 |
| Cash From Financing Activities | 946 | 4,886 | 2,000 | 1,500 | 3,000 | 0 | 0 |
| | | | | | | | |
| Impact of currency exchanges on cash balances | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Cash flow due to restatements | | (36) | | | | | |
| | | | | | | | |
| Change in Cash & Cash Equivalents | 946 | 2,989 | (697) | (499) | 861 | (707) | 210 |
| Cash Balance, Beginning | 45 | 991 | 3,980 | 3,283 | 2,784 | 3,645 | 2,939 |
| Cash Balance, Ending | 991 | 3,980 | 3,283 | 2,784 | 3,645 | 2,939 | 3,148 |
| | | | | | | | |
| Check | - | 0.12 | - | - | - | - | - |
| | | | | | | | |
| Free Cash Flow | 0 | (1,861) | (2,697) | (1,999) | (2,139) | (707) | 210 |
| per Share | $0.00 | ($1.20) | ($1.67) | ($1.19) | ($1.23) | ($0.40) | $0.11 |

Source: Company, Morgan Stanley Research

8

Morgan Stanley | RESEARCH



# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Adam Jonas, CFA; Billy Kovanis.
.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of October 29, 2021, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: American Axle & Manufacturing Holdings Inc, Aptiv Plc, Asbury Automotive Group Inc, AutoNation Inc., BorgWarner Inc., Carmax Inc, Carvana Co, FERRARI (IT), Ferrari NV, Fisker Inc, Ford Motor Company, Garrett Motion Inc, General Motors Company, Goodyear Tire & Rubber Company, Group 1 Automotive, Inc, Harley-Davidson Inc, Lear Corporation, Penske Automotive Group, Inc, Polaris Inc., Quantumscape Corp, Sonic Automotive Inc, Visteon Corporation.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Avis Budget Group Inc, Ford Motor Company, General Motors Company, Quantumscape Corp.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Avis Budget Group Inc, FERRARI (IT), Ferrari NV, Ford Motor Company, Garrett Motion Inc, General Motors Company, Quantumscape Corp, REE Automotive Ltd, Romeo Power, Inc., Tesla Inc.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Aptiv Plc, Avis Budget Group Inc, BorgWarner Inc., Carvana Co, FERRARI (IT), Ferrari NV, Fisker Inc, Ford Motor Company, Garrett Motion Inc, General Motors Company, Goodyear Tire & Rubber Company, Lear Corporation, Lithia Motors Inc., Magna International Inc., Microvast Holdings Inc., Quantumscape Corp, REE Automotive Ltd, Romeo Power, Inc., Tenneco Inc., Tesla Inc, Visteon Corporation.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from American Axle & Manufacturing Holdings Inc, Aptiv Plc, Avis Budget Group Inc, BorgWarner Inc., FERRARI (IT), Ferrari NV, Ford Motor Company, General Motors Company, Goodyear Tire & Rubber Company, Harley-Davidson Inc, Lear Corporation, Tenneco Inc., Tesla Inc, Visteon Corporation.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Aptiv Plc, Avis Budget Group Inc, BorgWarner Inc., Carvana Co, FERRARI (IT), Ferrari NV, Fisker Inc, Ford Motor Company, Garrett Motion Inc, General Motors Company, Goodyear Tire & Rubber Company, Lear Corporation, Lithia Motors Inc., Magna International Inc., Microvast Holdings Inc., Quantumscape Corp, REE Automotive Ltd, Romeo Power, Inc., Tenneco Inc., Tesla Inc, Visteon Corporation.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: American Axle & Manufacturing Holdings Inc, Aptiv Plc, Avis Budget Group Inc, BorgWarner Inc., FERRARI (IT), Ferrari NV, Fisker Inc, Ford Motor Company, General Motors Company, Goodyear Tire & Rubber Company, Harley-Davidson Inc, Lear Corporation, Sonic Automotive Inc, Tenneco Inc., Tesla Inc, Visteon Corporation.

An employee, director or consultant of Morgan Stanley is a director of General Motors Company. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of Adient PLC, American Axle & Manufacturing Holdings Inc, Aptiv Plc, Asbury Automotive Group Inc, AutoNation Inc., Avis Budget Group Inc, BorgWarner Inc., Carmax Inc, Ford Motor Company, Garrett Motion Inc, General Motors Company, Goodyear Tire & Rubber Company, Group 1 Automotive, Inc, Harley-Davidson Inc, Lear Corporation, Lithia Motors Inc., Magna International Inc., Penske Automotive Group, Inc, Polaris Inc., Sonic Automotive Inc, Tenneco Inc., Tesla Inc, Visteon Corporation.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of October 31, 2021)

# Morgan Stanley | RESEARCH


**UPDATE**

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1501 | 43% | 411 | 47% | 27% | 670 | 43% |
| Equal-weight/Hold | 1515 | 43% | 392 | 45% | 26% | 682 | 44% |
| Not-Rated/Hold | 0 | 0% | 0 | 0% | 0% | 0 | 0% |
| Underweight/Sell | 510 | 14% | 77 | 9% | 15% | 197 | 13% |
| TOTAL | 3,526 | | 880 | | | 1549 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Aptiv Plc, Avis Budget Group Inc, BorgWarner Inc., Ford Motor Company, General Motors Company, Goodyear Tire & Rubber Company, Lear Corporation, Tesla Inc.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use

# Morgan Stanley | RESEARCH



(http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to

11

# Morgan Stanley | RESEARCH



which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.
The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.
As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.
The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.
Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.
Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

### INDUSTRY COVERAGE: Autos & Shared Mobility

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (11/16/2021) |
|---|---|---|
| **Adam Jonas, CFA** | | |
| Adient PLC (ADNT.N) | U (03/17/2021) | $47.54 |
| American Axle & Manufacturing Holdings Inc (AXL.N) | U (03/24/2021) | $9.92 |
| Aptiv Plc (APTV.N) | O (03/30/2020) | $174.63 |
| Asbury Automotive Group Inc (ABG.N) | E (07/26/2021) | $183.55 |
| AutoNation Inc. (AN.N) | E (09/28/2021) | $130.90 |
| BorgWarner Inc. (BWA.N) | U (11/09/2020) | $48.40 |
| Carmax Inc (KMX.N) | O (07/10/2018) | $148.01 |
| Carvana Co (CVNA.N) | O (02/26/2021) | $300.79 |
| Ferrari NV (RACE.N) | O (05/09/2019) | $257.89 |
| Fisker Inc (FSR.N) | O (08/09/2021) | $23.68 |
| Ford Motor Company (F.N) | U (01/29/2021) | $19.79 |
| FREYR Battery SA (FREY.N) | O (08/03/2021) | $13.25 |
| Garrett Motion Inc (GTX.O) | | $8.10 |
| General Motors Company (GM.N) | O (04/09/2018) | $62.61 |
| Group 1 Automotive, Inc (GPI.N) | E (07/26/2021) | $211.50 |
| Lear Corporation (LEA.N) | O (11/09/2020) | $186.95 |
| Li-Cycle Holdings Corp. (LICY.N) | O (09/13/2021) | $14.04 |
| Lithia Motors Inc. (LAD.N) | U (02/09/2021) | $334.19 |
| Lordstown Motors (RIDE.O) | U (10/04/2021) | $5.49 |
| Lucid Group Inc (LCID.O) | U (09/13/2021) | $55.52 |
| Magna International Inc. (MGA.N) | O (10/14/2021) | $88.28 |
| Microvast Holdings Inc. (MVST.O) | U (08/03/2021) | $9.34 |
| Penske Automotive Group, Inc (PAG.N) | E (07/26/2021) | $111.58 |
| Quantumscape Corp (QS.N) | E (11/15/2021) | $36.91 |
| REE Automotive Ltd (REE.O) | U (09/13/2021) | $3.90 |
| Romeo Power, Inc. (RMO.N) | ++ | $5.23 |
| Sonic Automotive Inc (SAH.N) | E (11/14/2019) | $51.42 |
| Tenneco Inc. (TEN.N) | U (03/30/2020) | $12.64 |
| Tesla Inc (TSLA.O) | O (11/18/2020) | $1,054.73 |
| Visteon Corporation (VC.O) | U (03/22/2018) | $124.19 |
| **Billy Kovanis** | | |
| Avis Budget Group Inc (CAR.O) | U (10/13/2021) | $281.50 |
| Harley-Davidson Inc (HOG.N) | U (04/22/2021) | $38.74 |
| Polaris Inc. (PII.N) | O (01/19/2021) | $125.18 |
| **Victoria A Greer** | | |
| Goodyear Tire & Rubber Company (GT.O) | E (04/16/2021) | $23.11 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2021 Morgan Stanley