# EXHIBIT 29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE LUCID GROUP, INC.        Case No. 3:22-cv-02094-AMO

SECURITIES LITIGATION

CORRECTED TRANSCRIPT

TRANSCRIPT OF VIMEO INTERVIEW

PETER RAWLINSON

MAD MONEY

November 16, 2021

JIM CRAMER, Interviewer (CNBC)

Transcribed By:

TERRI NESTORE

CSR No. 5614, RPR, CRR

Job No. SD 8050834

Page 1

JIM CRAMER:  Last week it was Rivian, the electric vehicle IPO that soared into the stratosphere.

It's still going.

This week it's about Lucid Group, the maker of the Lucid Air luxury electric sedan, whose shares are up more than 26 percent in two days after winning MotorTrend's 2022 Car of the Year -- the only time that award's ever gone to a new automaker for its first vehicle to hit production.

Even better, last night Lucid reported its first quarter as a publicly traded company, and we found out that the reservation list has grown from 13,000 to 17,000, just since the end of September.  I think it's going to go a heck of a lot faster, now that it's won that coveted MotorTrend trophy.

So earlier today, we had a chance to speak and drive around with Peter Rawlinson -- he's Lucid's CEO and chief technology officer -- at his headquarters in Newark, California.  Take a look.

Peter, first, congratulations.  MotorTrend Car of the Year -- a fabulous conference call last night.

What's it like to actually see it happen?

PETER RAWLINSON:  It's unreal.  This is a -- a true accolade.  It's perhaps the most prestigious industry award.  It really is like winning an Oscar.

Page 2

And to me, my journey of over 10 years with EVs, to actually get my hands on this trophy means a whole lot.

But I do so recognize that I receive it on behalf of the team, because this is a huge team effort and it's the team here at Lucid that's made this possible.

JIM CRAMER:  I think it's important for people to understand that you're in this -- actually you're in this because of the environment.  That is still front and center, Peter Rawlinson.

PETER RAWLINSON:  Absolutely.  This is a mission.  This is no longer a job or a company.  This is about, a -- a mission, a calling, to help the environment.  We cannot go on burning fossil fuels the way we're doing.  Mankind needs to transition to sustainable mobility.

And the root to that is technology.  This is a tech race.  And the technology that we create in-house with this car, we will use to make electric vehicles progressively more affordable, and progressively more mass market.  And we need to accelerate that with a sense of urgency.

JIM CRAMER:  Affordable luxury, the possibility one day that these go from 70,000 to 50,000, race car style, okay?

PETER RAWLINSON:  Exactly.

JIM CRAMER:  But beautiful, with an engine that

Page 3

can go how long without charging?

PETER RAWLINSON:  The car has 520 miles EPA-accredited range, in the case of the Dream Edition range.  520 miles.  This is the longest range EV that the EPA has ever recorded.

JIM CRAMER:  At the same time, what people have to understand that -- people keep saying, well, that's absurd.  It's -- it's valued as this or like that.  They're -- they're always valuing it to something automobile.

I value it to technology.  I see your team -- your team is filled with people from Apple, Teslas.  It's not filled with basic people -- as nothing against Detroit -- but this is not a re-creation of Detroit that you're valuing.

PETER RAWLINSON:  Exactly.  We're valued as a Silicon Valley technology company.  And, you know, if I was an analyst in this space, I'd be asking fundamental and profound valuation questions.

I'd be asking who amongst the companies actually creates all their technology in-house, who manufactures it all in-house?  We create the entire electric powertrain design and develop it here in our headquarters here in Silicon Valley.  And not only that, we manufacture it all in our purpose-built plant in Arizona.  This is 100

Page 4

percent in-house technology and it's world leading.

Now, to the best of my knowledge, there are only two companies that design, develop, and manufacture all that tech in-house, and those two are Tesla and Lucid.

JIM CRAMER:  All right, so if I go under the hood at Lucid -- which fortunately could be the size of a suitcase -- will I find, uh, the same semiconductor shortage problem?  Will I find the labor problem?  Will I find all the things that are plaguing every other company in the automobile business, or would I be looking at, say, an Apple phone and saying, you know what?  Look, we've got the technology, the customers love it, and let's stop worrying about things that don't really mean anything to us?

PETER RAWLINSON:  Yeah.  Well, we've been able to mitigate the semiconductor risk because as a tech company, we design all our printed circuit boards, our PCBAs in-house, and that means that we can design for alternative sourcing and different types of chip, and that will reduce the risk.

So we've been able to mitigate that risk.

That isn't to say we aren't, uh, vulnerable to today's supply chain, um, shortages that the entire industry is facing -- in fact, many industries are facing.

That is something that we are, uh, challenged

Page 5

2 (Pages 2 - 5)

with, and we have mitigation plans for.

JIM CRAMER:  But you have said -- let's be clear about this -- you have a lot of demand -- 70,000, and that's not a problem for you to make -- but you have -- you have dreams that's hopefully realities of 500,000 in production?

PETER RAWLINSON:  And more.  Absolutely.  Absolutely.  We already have a factory scale for 34,000 units a year.  As soon as we can get these quality parts to the line, we can spool that up.  The factory is there and ready, ready for 34,000 units per annum.

We're quadrupling the size of that factory in Arizona.  We're building out a 2.85 million-square-foot expansion to get ready to build 90,000 units per annum.

And the site itself is, with its Phase 3, capable of nearly 400,000 units per annum, and mid-decade we plan to have plants in the Middle East and China as well.

JIM CRAMER:  Now, people tell me what -- Jim, don't get too caught up into Lucid, because the fact is that it's such a crowded market.

I look at the percentage of automobiles that are sold that are EV, and I say, well, that's really what we're talking about, versus the rest.

PETER RAWLINSON:  I couldn't agree more.

There isn't a market for EVs, there's a market

Page 6

for cars, Jim.  And the penetration of EVs in that market is tiny -- two-and-a-half to 4 percent.  I'm looking at the other 96 percent.  That's our market.

JIM CRAMER:  And a 30 per -- 30-year-old person who has, uh, some means or can borrow, do they want an internal combustion engine or do they want this?

PETER RAWLINSON:  They want this.  They want race-bred technology and performance.  This is a luxury car, a mileage-leading Grand Touring, but it's a beast of a sports car as well.  It's got this dual personality.

JIM CRAMER:  We wanted muscle cars when I was growing up.  Can this go faster, zero to 60, than a muscle car?

PETER RAWLINSON:  It makes muscle cars look silly.  This is a 9.67 seconds standing quarter in Dream Edition.  This is an extreme sports car, but yet it's luxurious and refined.  Over 500 mile ranges?  Well, you can have your cake and eat it too.

JIM CRAMER:  So do you think, when people say there's going to be a big shakeout, do you have enough money to last through the shakeout, and do you have the orders to feel confident enough that this can be toe-to-toe with you-know-who, who is always talking about how much money he has and saying that centers are dead?

PETER RAWLINSON:  Look, we just announced we've

Page 7

got over 17,000 orders in our reservation.

JIM CRAMER:  And these are orders that, frankly, are not just idle, hey, I'm interested in Lucid.

PETER RAWLINSON:  No, this is money down, serious deposit -- and they're refundable deposits -- but this has grown over 30 percent just in the last six weeks since the end of Q3, and I'm seeing it accelerating.

JIM CRAMER:  And now that you won the award, I have to believe that today, every day that you come into work, there are more; am I correct?

PETER RAWLINSON:  Absolutely.  And this is when most people have never actually sat or driven in one.

Many people have never heard of us yet.

JIM CRAMER:  Okay.  And where are you getting your people from?  Because everyone says there's this great resignation, we can't find workers.  Aren't people -- aren't smart people flocking to work for Lucid?

PETER RAWLINSON:  More and more.  Uh, it's partly my job to create Lucid as this beacon of light for the smartest talents around the world:  Come and work with Lucid if you're a creator, an engineer, a scientist, technology -- a technologist, uh, a designer.  Please come to Lucid.

JIM CRAMER:  Is it too late?

PETER RAWLINSON:  Uh, no, no.

Page 8

Join us on our mission to save the planet.

JIM CRAMER:  Peter Rawlinson, CEO and CTO, Lucid Motors.  Congratulations on MotorTrend.

PETER RAWLINSON:  Thanks so much.  Thank you.

(End of recording.)

Page 9

3 (Pages 6 - 9)

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/ Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 30th day of April, 2026.

TERRI NESTORE, CSR 5614, RPR, CRR

Page 10

4 (Page 10)

**[02094 - clear]**

| 0 |
|---|
| **02094**  1:5 |

| 1 |
|---|
| **10**  3:1 |
| **100**  4:25 |
| **13,000**  2:12 |
| **16**  1:14 |
| **17,000**  2:12 8:1 |

| 2 |
|---|
| **2.85**  6:13 |
| **2021**  1:14 |
| **2022**  2:7 |
| **2026**  10:17 |
| **26**  2:6 |

| 3 |
|---|
| **3**  6:15 |
| **30**  7:4,4 8:6 |
| **30th**  10:17 |
| **34,000**  6:8,11 |
| **3:22**  1:5 |

| 4 |
|---|
| **4**  7:2 |
| **400,000**  6:16 |

| 5 |
|---|
| **50,000**  3:22 |
| **500**  7:17 |
| **500,000**  6:5 |
| **520**  4:2,4 |
| **5614**  1:23 10:20 |

| 6 |
|---|
| **60**  7:12 |

| 7 |
|---|
| **70,000**  3:22 6:3 |
| **7709**  10:20 |

| 8 |
|---|
| **8050834**  1:24 |

| 9 |
|---|
| **9.67**  7:15 |
| **90,000**  6:14 |
| **96**  7:3 |

| a |
|---|
| **ability**  10:8 |
| **able**  5:15,21 |
| **absolutely**  3:10 6:7,8 8:11 |
| **absurd**  4:8 |
| **accelerate**  3:19 |
| **accelerating**  8:7 |
| **accolade**  2:24 |
| **accredited**  4:3 |
| **accurate**  10:7 |
| **actually**  2:22 3:2,7 4:20 8:12 |
| **affordable**  3:18 3:21 |
| **agree**  6:24 |
| **air**  2:5 |
| **alternative**  5:19 |
| **amo**  1:5 |

**analyst**  4:18
**announced**  7:25
**annum**  6:11,14 6:16
**apple**  4:12 5:11
**april**  10:17
**arizona**  4:25 6:13
**asking**  4:18,20
**attorney**  10:11
**authorized**  10:5
**automaker**  2:8
**automobile**  4:10 5:10
**automobiles**  6:21
**award**  2:25 8:8
**award's**  2:8

| b |
|---|
| **basic**  4:13 |
| **beacon**  8:19 |
| **beast**  7:9 |
| **beautiful**  3:25 |
| **behalf**  3:3 |
| **believe**  8:9 |
| **best**  5:2 10:8 |
| **better**  2:10 |
| **big**  7:20 |
| **boards**  5:17 |
| **borrow**  7:5 |
| **bred**  7:8 |
| **build**  6:14 |

**building**  6:13
**built**  4:25
**burning**  3:13
**business**  5:10

| c |
|---|
| **c**  10:1,1 |
| **cake**  7:18 |
| **california**  1:2 2:19 |
| **call**  2:21 |
| **calling**  3:12 |
| **capable**  6:15 |
| **car**  2:7,20 3:17 3:22 4:2 7:9,10 7:13,16 |
| **cars**  7:1,11,14 |
| **case**  1:5 4:3 |
| **caught**  6:19 |
| **cause**  10:13 |
| **center**  3:9 |
| **centers**  7:24 |
| **ceo**  2:17 9:2 |
| **certified**  10:4 |
| **certify**  10:5,10 |
| **chain**  5:23 |
| **challenged**  5:25 |
| **chance**  2:16 |
| **charging**  4:1 |
| **chief**  2:18 |
| **china**  6:17 |
| **chip**  5:19 |
| **circuit**  5:17 |
| **clear**  6:2 |

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[cnbc - huge]**

cnbc  1:16
combustion  7:6
come  8:9,20,22
companies  4:20
  5:3
company  2:11
  3:11 4:17 5:9
  5:16
conference
  2:21
confident  7:22
congratulations
  2:20 9:3
correct  8:10
corrected  1:10
counsel  10:10
court  1:1
coveted  2:14
cramer  1:16
  2:1 3:6,21,25
  4:6 5:5 6:2,18
  7:4,11,19 8:2,8
  8:14,24 9:2
create  3:16
  4:22 8:19
creates  4:21
creation  4:14
creator  8:21
crowded  6:20
crr  1:23 10:20
csr  1:23 10:20
cto  9:2
customers  5:12
cv  1:5

**d**

dated  10:17
day  3:22 8:9
  10:17
days  2:6
dead  7:24
decade  6:16
demand  6:3
deposit  8:5
deposits  8:5
design  4:23 5:3
  5:17,18
designer  8:22
detroit  4:14,14
develop  4:23
  5:3
different  5:19
district  1:1,2
division  1:3
doing  3:13
dream  4:3 7:15
dreams  6:5
drive  2:17
driven  8:12
dual  7:10

**e**

e  10:1,1
earlier  2:16
east  6:17
eat  7:18
edition  4:3 7:16
effort  3:4
either  10:11
electric  2:2,5
  3:17 4:22

engine  3:25 7:6
engineer  8:21
entire  4:22 5:23
environment
  3:8,12
epa  4:3,5
ev  4:4 6:22
events  10:12
evs  3:1 6:25 7:1
exactly  3:24
  4:16
expansion  6:14
extreme  7:16

**f**

f  10:1
fabulous  2:21
facing  5:24,24
fact  5:24 6:19
factory  6:8,10
  6:12
faster  2:14 7:12
feel  7:22
filled  4:12,13
find  5:7,8,9
  8:16
first  2:8,10,20
flocking  8:17
foot  6:13
foregoing  10:6
fortunately  5:6
fossil  3:13
found  2:11
francisco  1:3
frankly  8:2

front  3:8
fuels  3:13
fundamental
  4:18
further  10:10

**g**

getting  8:14
go  2:13 3:13,22
  4:1 5:5 7:12
going  2:3,13
  7:20
grand  7:9
great  8:16
group  1:5 2:4
growing  7:12
grown  2:12 8:6

**h**

half  7:2
hands  3:2
happen  2:22
headquarters
  2:18 4:23
heard  8:13
heck  2:14
help  3:12
hey  8:3
hit  2:9
hood  5:5
hopefully  6:5
house  3:16 4:21
  4:22 5:1,4,18
huge  3:4

Page 2

**[idle - peter]**

| **i** | **line** 6:10 | **mass** 3:18 | **night** 2:10,21 |
|---|---|---|---|

**i**

**idle** 8:3
**important** 3:6
**industries** 5:24
**industry** 2:24
    5:24
**interested** 8:3
    10:12
**internal** 7:6
**interview** 1:11
**interviewer**
    1:16
**ipo** 2:2

**j**

**jim** 1:16 2:1 3:6
    3:21,25 4:6 5:5
    6:2,18,18 7:1,4
    7:11,19 8:2,8
    8:14,24 9:2
**job** 1:24 3:11
    8:19
**join** 9:1
**journey** 3:1

**k**

**keep** 4:7
**know** 4:17 5:11
    7:23
**knowledge** 5:2

**l**

**labor** 5:8
**late** 8:24
**leading** 5:1 7:9
**light** 8:19

**line** 6:10
**list** 2:12
**listening** 10:8
**litigation** 1:6
**long** 4:1
**longer** 3:11
**longest** 4:4
**look** 2:19 5:11
    6:21 7:14,25
**looking** 5:10
    7:2
**lot** 2:14 3:2 6:3
**love** 5:12
**lucid** 1:5 2:4,5
    2:10 3:5 5:4,6
    6:19 8:3,17,19
    8:21,23 9:2
**lucid's** 2:17
**luxurious** 7:17
**luxury** 2:5 3:21
    7:8

**m**

**mad** 1:13
**made** 3:5
**make** 3:17 6:4
**maker** 2:4
**makes** 7:14
**mankind** 3:13
**manufacture**
    4:24 5:3
**manufactures**
    4:21
**market** 3:19
    6:20,25,25 7:1
    7:3

**mass** 3:18
**mean** 5:13
**means** 3:2 5:18
    7:5
**mid** 6:16
**middle** 6:17
**mile** 7:17
**mileage** 7:9
**miles** 4:2,4
**million** 6:13
**mission** 3:10,12
    9:1
**mitigate** 5:16
    5:21
**mitigation** 6:1
**mobility** 3:14
**money** 1:13
    7:21,24 8:4
**motors** 9:3
**motortrend**
    2:15,20 9:3
**motortrend's**
    2:7
**muscle** 7:11,12
    7:14

**n**

**nearly** 6:16
**need** 3:19
**needs** 3:14
**nestore** 1:22
    10:4,20
**never** 8:12,13
**new** 2:8
**newark** 2:18

**night** 2:10,21
**northern** 1:2
**november** 1:14

**o**

**officer** 2:18
**okay** 3:23 8:14
**old** 7:4
**orders** 7:22 8:1
    8:2
**oscar** 2:25

**p**

**parties** 10:11
    10:14
**partly** 8:18
**parts** 6:9
**pcbas** 5:17
**penetration** 7:1
**people** 3:6 4:6
    4:7,12,13 6:18
    7:19 8:12,13
    8:15,17,17
**percent** 2:6 5:1
    7:2,3 8:6
**percentage**
    6:21
**performance**
    7:8
**person** 7:4
**personality**
    7:10
**peter** 1:12 2:17
    2:20,23 3:9,10
    3:24 4:2,16
    5:15 6:7,24 7:7

Page 3

**[peter - take]**

7:14,25 8:4,11 8:18,25 9:2,4
**phase** 6:15
**phone** 5:11
**plaguing** 5:9
**plan** 6:16
**planet** 9:1
**plans** 6:1
**plant** 4:25
**plants** 6:17
**please** 8:22
**possibility** 3:21
**possible** 3:5
**powertrain** 4:22
**prestigious** 2:24
**printed** 5:17
**problem** 5:8,8 6:4
**proceeding** 10:6
**proceedings** 10:12
**production** 2:9 6:6
**profound** 4:19
**progressively** 3:18,18
**provided** 10:9
**publicly** 2:11
**purpose** 4:25

**q**

**q3** 8:7
**quadrupling** 6:12
**quality** 6:9
**quarter** 2:11 7:15
**questions** 4:19

**r**

**r** 10:1
**race** 3:16,22 7:8
**range** 4:3,4,4
**ranges** 7:17
**rawlinson** 1:12 2:17,23 3:9,10 3:24 4:2,16 5:15 6:7,24 7:7 7:14,25 8:4,11 8:18,25 9:2,4
**ready** 6:11,11 6:14
**realities** 6:5
**really** 2:25 5:13 6:22
**receive** 3:3
**recognize** 3:3
**recorded** 4:5 10:6
**recording** 9:5 10:9
**reduce** 5:20
**refined** 7:17
**refundable** 8:5

**related** 10:13
**reported** 2:10
**reporter** 10:4
**reservation** 2:12 8:1
**resignation** 8:16
**rest** 6:23
**right** 5:5
**risk** 5:16,20,21
**rivian** 2:1
**root** 3:15
**rpr** 1:23 10:20

**s**

**san** 1:3
**sat** 8:12
**save** 9:1
**saying** 4:7 5:11 7:24
**says** 8:15
**scale** 6:8
**scientist** 8:21
**sd** 1:24
**seconds** 7:15
**securities** 1:6
**sedan** 2:5
**see** 2:22 4:11
**seeing** 8:7
**semiconductor** 5:7,16
**sense** 3:19
**september** 2:13
**serious** 8:4
**shakeout** 7:20 7:21

**shares** 2:5
**shortage** 5:8
**shortages** 5:23
**shorthand** 10:4
**signature** 10:20
**silicon** 4:17,24
**silly** 7:15
**site** 6:15
**six** 8:6
**size** 5:6 6:12
**smart** 8:17
**smartest** 8:20
**soared** 2:2
**sold** 6:22
**soon** 6:9
**sourcing** 5:19
**space** 4:18
**speak** 2:16
**spool** 6:10
**sports** 7:10,16
**square** 6:13
**standing** 7:15
**states** 1:1
**stop** 5:12
**stratosphere** 2:2
**style** 3:23
**suitcase** 5:7
**supply** 5:23
**sustainable** 3:14

**t**

**t** 10:1,1
**take** 2:19

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[taken - zero]**

| | | |
|---|---|---|
| **taken** 10:8 | **transcript** 1:10 1:11 10:7 | **versus** 6:23 |
| **talents** 8:20 | **transcription** 10:7 | **vimeo** 1:11 |
| **talking** 6:23 7:23 | **transcriptionist** 10:5 | **vulnerable** 5:22 |

| | | |
|---|---|---|
| **team** 3:4,4,5 4:11,12 | **transition** 3:14 | **w** |
| **tech** 3:16 5:4 5:16 | **trophy** 2:15 3:2 | **want** 7:5,6,7,7 |
| **technologist** 8:22 | **true** 2:24 10:7 | **wanted** 7:11 |
| **technology** 2:18 3:15,16 4:11,17,21 5:1 5:12 7:8 8:22 | **two** 2:6 5:3,4 7:2 | **way** 3:13 10:12 |
| | **types** 5:19 | **we've** 5:11,15 5:21 7:25 |
| **tell** 6:18 | **u** | **week** 2:1,4 |
| **terri** 1:22 10:4 10:20 | **uh** 5:7,22,25 7:5 8:18,22,25 | **weeks** 8:6 |
| **tesla** 5:4 | **um** 5:23 | **winning** 2:6,25 |
| **teslas** 4:12 | **under** 5:5 | **won** 2:14 8:8 |
| **thank** 9:4 | **understand** 3:7 4:7 | **work** 8:10,17 8:20 |
| **thanks** 9:4 | **united** 1:1 | **workers** 8:16 |
| **thereto** 10:14 | **units** 6:9,11,14 6:16 | **world** 5:1 8:20 |
| **things** 5:9,13 | **unreal** 2:23 | **worrying** 5:13 |
| **think** 2:13 3:6 7:19 | **urgency** 3:20 | **y** |
| **time** 2:7 4:6 | **use** 3:17 | **yeah** 5:15 |
| **tiny** 7:2 | **v** | **year** 2:7,21 6:9 7:4 |
| **today** 2:16 8:9 | **valley** 4:17,24 | **years** 3:1 |
| **today's** 5:23 | **valuation** 4:19 | **z** |
| **toe** 7:23,23 | **value** 4:11 | **zero** 7:12 |
| **touring** 7:9 | **valued** 4:8,16 | |
| **traded** 2:11 | **valuing** 4:9,15 | |
| **transcribe** 10:6 | **vehicle** 2:2,8 | |
| **transcribed** 1:22 | **vehicles** 3:17 | |

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a)  If the deposition testimony is stenographically recorded, the deposition officer shall send written notice to the deponent and to all parties attending the deposition when the Original transcript of the testimony for each session of the deposition is available for reading, correcting, and signing, unless the deponent and the attending parties agree on the record that the reading, correcting, and signing of the transcript of the testimony will be waived or that the reading, correcting, and signing of a transcript of the testimony will take place after the entire deposition has been concluded or at some other specific time.

(b)  For 30 days following each notice under subdivision (a), unless the attending parties and the deponent agree on the record or otherwise in writing to a longer or shorter time period, the deponent may change the form or the substance of the answer to a question, and may either approve the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the deposition officer. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the deposition officer and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in SSAE 16 certified facilities.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of deposition services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.