# EXHIBIT 48



# MSCI INDEX CALCULATION METHODOLOGY

Index Calculation Methodology for the MSCI Equity Indexes

**September 2021**



## CONTENTS

Introduction ................................................................. 4

MSCI Equity Indexes ................................................... 4

1    MSCI Price Index Methodology .............................. 6

1.1    Price Index Level ................................................. 6

1.2    Price Index Level (Alternative Calculation Formula – Contribution Method) ........................................................... 10

1.3    Next Day Initial Security Weight ........................ 15

1.4    Closing Index Market Capitalization Today USD (Unadjusted Market Cap Today USD) ...................................... 16

1.5    Security Index Of Price In Local ........................ 17

1.6    Note on Index Calculation In Local Currency ..... 19

1.7    Conversion of Indexes Into Another Currency .... 19

2    MSCI Daily Total Return (DTR) Index Methodology ........... 21

2.1    Calculation Methodology ................................... 21

2.2    Reinvestment Methodology ............................... 28

2.3    Processing Rules ............................................. 33

Appendix I: Sunday Intermediary Index Calculation for Monday-Friday Index Calculation Methodology ...................... 45

Appendix II: Annualized Traded Value Ratio (ATVR) and Annual Traded Value ....................................................... 48

Appendix III: Exchange Rates ................................... 51

Appendix IV: Singapore & Malaysia – A History of Inclusion in the Emerging and Developed Markets Indexes ............ 52

Appendix V: Singapore and Singapore Free ............ 56

Appendix VI: Withholding Tax Rates ........................ 57

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



Appendix VII: Closing Prices Policy ...........................................60

Appendix VIII: Country Composition of MSCI Selected Regional Indexes ........................................................................................ 77

Appendix IX: MSCI Real Time Indexes......................................86

Appendix X: Index Calculation Methodology Using Index Divisors........................................................................................ 90

    Introduction ...........................................................................90

    Definitions...............................................................................90

    Calculating the Index ............................................................93

    Calculating Index Unit Changes Due to Corporate Events and Index Rebalancings.....................................................................94

    Interim Constituents ..............................................................95

Appendix XI: Index Correction Policy......................................106

Appendix XII: Sunday-Thursday Index Calculation Methodology ....................................................................................................107

Appendix XIII: Advance Notification in Index Calculation.......110

MSCI Index Calculation Methodology Book Tracked Changes ....................................................................................................111

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.     MSCI.COM | PAGE 3 OF 142

# Introduction

This methodology book describes MSCI's general Index calculation methodology for the MSCI Equity Indexes.

MSCI provides two ways of calculating MSCI Equity Indexes, either by using the Price Adjustment Factor (PAF) or the Index Divisors (Index Divisors methodology available as an appendix).

These policies and guidelines affect all securities across the MSCI Equity Indexes and products. Unless otherwise stated the policies and guidelines apply therefore to all securities in the MSCI Equity universe.

Please note that the index construction methodology and other guiding principles for MSCI Indexes can be found at www.msci.com.

# MSCI Equity Indexes

The MSCI Equity Indexes measure the performance of a set of equity securities over time. The MSCI Equity Indexes are calculated using the Laspeyres' concept of a weighted arithmetic average together with the concept of chain-linking.

MSCI country and regional equity Indexes are calculated in "local currency" as well as in USD, with price, gross and net returns.

Index levels are also available in several other currencies such as AUD, BRL, CAD, CHF, CNY, EUR, GBP, HKD, INR, JPY, KRW, RUB, SGD, CZK, DKK, IDR, MXN, MYR, NOK, NZD, SEK, and TWD.

While the local currency series of regional indexes cannot be replicated in the real world, it represents the theoretical performance of an index without any impact from foreign exchange fluctuations — a continuously hedged portfolio.

Indexes are calculated 5 days a week, from Monday to Friday with the exception of a selection of indexes that have Sunday calculations available.

In certain cases, where there are no qualifying securities, it is possible for MSCI Indexes to be empty following a security deletion or GICS change. If an index becomes empty it would be dynamically discontinued or 'ruptured'. It is then possible for the index to be re-started once a new security qualifies for the index, and this index level would be rebased to an appropriate level at that time.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.

For index maintenance purposes, MSCI often uses data received from many different sources.  Such data may need to be taken on specific and defined dates as relevant to a specific index methodology ('Data Date'). In certain instances, due to an extraordinary event or exceptional technical issue, data needed as of a Data Date may not be available as expected from MSCI's data sources. In such cases, unless specified otherwise in the relevant index methodology, MSCI generally uses the latest data available prior to the Data Date. MSCI will release an announcement to inform clients about the occurrence of these events.

MSCI independently monitors the quality of data from its data sources on an ongoing basis. MSCI may under exceptional circumstances elect to use data from alternative sources if MSCI determines that the primary source data is not reflective of market conditions. In such circumstances, and if deemed material, MSCI will release an announcement to inform clients about the change. All such determinations are made by the MSCI Equity Index Committee (EIC). If appropriate, MSCI may conduct a consultation with the investment community to gather feedback on the most relevant alternate source.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



# 1    MSCI Price Index Methodology

Price indexes measure the market prices performance for a selection of securities. They are calculated daily and, for some of them, on a real time basis. Each index captures the market capitalization weighted return of all constituents included in the index.

## 1.1    PRICE INDEX LEVEL

As a general principle, today's index level is obtained by applying the change in the market performance to the previous period index level.

$$PriceIndexLevelUSD_t = PriceIndexLevelUSD_{t-1} * \frac{IndexAdjustedMarketCapUSD_t}{IndexInitialMarketCapUSD_t}$$

$$PriceIndexLevelLocal_t = PriceIndexLevelLocal_{t-1} * \frac{IndexAdjustedMarketCapForLocal_t}{IndexInitialMarketCapUSD_t}$$

Where:

- $PriceIndexLevelUSD_{t-1}$ is the Price Index level in USD at time t-1

- $IndexAdjustedMarketCapUSD_t$ is the Adjusted Market Capitalization of the index in USD at time t

- $IndexInitialMarketCapUSD_t$ is the Initial Market Capitalization of the index in USD at time t

- $PriceIndexLevelLocal_{t-1}$ is the Price Index level in local currency at time t-1

- $IndexAdjustedMarketCapForLocal_t$ is the Adjusted Market Capitalization of the index in USD converted using FX rate as of t-1 and used for local currency index at time t

Note: $IndexInitialMarketCapUSD$ was previously called $IndexUnadjustedMarketCapPreviousUSD$

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



### 1.1.1   INDEX MARKET CAPITALIZATION

$$IndexAdjustedMarketCapUSD_t =$$

$$\sum_{s \in I,t} \frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_t * InclusionFactor_t * PAF_t}{FXrate_t}$$

$$IndexAdjustedMarketCapForLocal_t =$$

$$\sum_{s \in I,t} \left( \frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_t * InclusionFactor_t * PAF_t}{FXrate_{t-1}} * \frac{ICI_t}{ICI_{t-1}} \right)$$

$$IndexInitialMarketCapUSD_t =$$

$$\sum_{s \in I,t} \frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_{t-1} * InclusionFactor_t}{FXrate_{t-1}}$$

Where:

- $EndOfDayNumberOfShares_{t-1}$ is the number of shares of security s at the end of day t-1.

- $PricePerShare_t$ is the price per share of the security s at time t.

- $PricePerShare_{t-1}$ is the price per share of security s at time t-1.

- $InclusionFactor_t$ is the inclusion factor of the security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $PAF_t$ is the Price Adjustment Factor of the security s at time t.

- $FXrate_t$ is the FX rate of the price currency of security s vs USD at time t. It is the value of 1 USD in foreign currency.

- $FXrate_{t-1}$ is the FX rate of the price currency of security s vs USD at time t-1. It is the value of 1 USD in foreign currency.

- $ICI_t$ is the Internal Currency Index of price currency at time t. The ICI is different than 1 when a country changes the internal value of its currency (e.g. from Turkish Lira to New Turkish Lira – ICI = 1,000,000).

- $ICI_{t-1}$ is the Internal Currency Index of price currency at time t-1.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

Note:

The only difference in the formulas between USD and local currency indexes calculation is that the same exchange rate is used in the numerator and denominator for local currency, which means that there is no impact of currency change in the performance. Time variant exchange rates are used for the USD calculation.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



### 1.1.2   EXAMPLE OF CALCULATION

**Example of index calculation.**

**Day 1**

| | NumberOf Shares t-1 | PricePer Share t | PricePer Share t-1 | Inclusion Factor t | PAF t | FXrate t | FXrate t-1 | IndexAdjusted MarketCapUSD t (see 1.1.1) | IndexInitialMar ketCapUSD t (see 1.1.1) | IndexAdjusted MarketCapFor Local t (see 1.1.1) |
|---|---|---|---|---|---|---|---|---|---|---|
| Security A | 150000 | 152.60 | 154.00 | 0.75 | 1 | 1.50 | 1.49 | 11,445,000 | 11,627,517 | 11,521,812 |
| Security B | 26000 | 98.40 | 105.00 | 1.00 | 1 | 1.15 | 1.14 | 2,224,696 | 2,394,737 | 2,244,211 |
| Security C | 290000 | 1592.60 | 1603.50 | 0.60 | 1 | 125.00 | 125.50 | 2,216,899 | 2,223,179 | 2,208,067 |
| Security D | 360000 | 268.00 | 265.30 | 0.85 | 1 | 1.50 | 1.50 | 54,672,000 | 54,121,200 | 54,672,000 |
| | | | | | | | | | | |
| Total Index | | | | | | | | 70,558,595 | 70,366,633 | 70,646,090 |
| | | t | t-1 | daily perf | | | | | | |
| PriceIndexLevelUSD (see 1.1) | | 100.273 | 100.000 | 0.27% | | | | | | |
| PriceIndexLevelLocal (see 1.1) | | 100.397 | 100.000 | 0.40% | | | | | | |

**Day 2**

Security C is ex Right issue 1 : 1 @ 1300

| | NumberOf Shares t-1 | PricePer Share t | PricePer Share t-1 | Inclusion Factor t | PAF t | FXrate t | FXrate t-1 | IndexAdjusted MarketCapUSD t (see 1.1.1) | IndexInitialMar ketCapUSD t (see 1.1.1) | IndexAdjusted MarketCapFor Local t (see 1.1.1) |
|---|---|---|---|---|---|---|---|---|---|---|
| Security A | 150000 | 160.00 | 152.60 | 0.75 | 1 | 1.51 | 1.50 | 11,920,530 | 11,445,000 | 12,000,000 |
| Security B | 26000 | 95.00 | 98.40 | 1.00 | 1 | 1.16 | 1.15 | 2,129,310 | 2,224,696 | 2,147,826 |
| Security C | 290000 | 1450.00 | 1592.60 | 0.60 | 1.1034 | 124.50 | 125.00 | 2,236,145 | 2,216,899 | 2,227,200 |
| Security D | 360000 | 265.00 | 268.00 | 0.85 | 1 | 1.51 | 1.50 | 53,701,987 | 54,672,000 | 54,060,000 |
| | | | | | | | | | | |
| Total Index | | | | | | | | 69,987,971 | 70,558,595 | 70,435,026 |
| | | t | t-1 | daily perf | | | | | | |
| PriceIndexLevelUSD (see 1.1) | | 99.462 | 100.273 | -0.81% | | | | | | |
| PriceIndexLevelLocal (see 1.1) | | 100.221 | 100.397 | -0.18% | | | | | | |

**Day 3**

Security C has an increase of number of shares following the right issue ex on Day 2

| | NumberOf Shares t-1 | PricePer Share t | PricePer Share t-1 | Inclusion Factor t | PAF t | FXrate t | FXrate t-1 | IndexAdjusted MarketCapUSD t (see 1.1.1) | IndexInitialMar ketCapUSD t (see 1.1.1) | IndexAdjusted MarketCapFor Local t (see 1.1.1) |
|---|---|---|---|---|---|---|---|---|---|---|
| Security A | 150000 | 165.00 | 160.00 | 0.75 | 1 | 1.50 | 1.51 | 12,375,000 | 11,920,530 | 12,293,046 |
| Security B | 26000 | 102.00 | 95.00 | 1.00 | 1 | 1.17 | 1.16 | 2,266,667 | 2,129,310 | 2,286,207 |
| Security C | 580000 | 1545.00 | 1450.00 | 0.60 | 1 | 124.45 | 124.50 | 4,320,289 | 4,053,012 | 4,318,554 |
| Security D | 360000 | 266.00 | 265.00 | 0.85 | 1 | 1.50 | 1.51 | 54,264,000 | 53,701,987 | 53,904,636 |
| | | | | | | | | | | |
| Total Index | | | | | | | | 73,225,956 | 71,804,839 | 72,802,443 |
| | | t | t-1 | daily perf | | | | | | |
| PriceIndexLevelUSD (see 1.1) | | 101.430 | 99.462 | 1.98% | | | | | | |
| PriceIndexLevelLocal (see 1.1) | | 101.614 | 100.221 | 1.39% | | | | | | |

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



## 1.2    PRICE INDEX LEVEL (ALTERNATIVE CALCULATION FORMULA – CONTRIBUTION METHOD)

Another way to calculate the index level would be to use the initial weight and price return of the individual securities included in the index:

$$PriceIndexLevelUSD_t = PriceIndexLevelUSD_{t-1} * (1 + \sum_{s \in I, t} SecurityPriceContributionToIndexUSD_t)$$

$$PriceIndexLevelLocal_t = PriceIndexLevelLocal_{t-1} * (1 + \sum_{s \in I, t} SecurityPriceContributionToIndexLocal_t)$$

### 1.2.1    SECURITY CONTRIBUTION TO THE INDEX

$$SecurityPriceContributionToIndexUSD_t = InitialSecurityWeight_t * SecurityDailyPriceReturnUSD_t$$

$$SecurityPriceContributionToIndexLocal_t = InitialSecurityWeight_t * SecurityDailyPriceReturnLocal_t$$

Where:

- $SecurityDailyPriceReturnUSD_t$ is the price return in USD of security s at time t.

- $SecurityDailyPriceReturnLocal_t$ is the price return of security s at time t converted using FX rate as of t-1 and used for local currency calculation at time t.

### 1.2.2    TODAY'S INITIAL SECURITY WEIGHT

$$InitialSecurityWeight_t =$$

$$\frac{\frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_{t-1}}{FXrate_{t-1}} * InclusionFactor_t}{\sum_{s \in I, t}(\frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_{t-1}}{FXrate_{t-1}} * InclusionFactor_t)} * 100 =$$

$$\frac{SecurityInitialFullMarketCapUSD_t * InclusionFactor_t}{\sum_{s \in I, t}(SecurityInitialFullMarketCapUSD_t * InclusionFactor_t)} * 100 =$$

$$\frac{SecurityInitialMarketCapUSD_t}{IndexInitialMarketCapUSD_t} * 100$$

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



Where:

- $EndOfDayNumberOfShares_{t-1}$ is the number of shares of security s at the end of day t-1.

- $PricePerShare_{t-1}$ is the price per share of security s at time t-1.

- $InclusionFactor_t$ is the inclusion factor of security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $FXrate_{t-1}$ is the FX rate of the price currency of security s vs USD at time t-1. It is the value of 1 USD in foreign currency.

(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

Note: The $SecurityInitialFullMarketCapInSecurityPriceCurrency_t$ is also available in the security files and corresponds to the $SecurityInitialFullMarketCapUSD_t$ multiplied by the $FXrate_{t-1}$

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



The $EndOfDayNumberOfShares_{t-1}$ used to calculate today's initial weight, available in the MSCI products dated day $t$, is shown as "Number of Shares (Today Index)".

### 1.2.3  SECURITY DAILY PRICE RETURN

$$SecurityDailyPriceReturnUSD_t = \left[\frac{SecurityAdjustedMarketCapUSD_t}{SecurityInitialMarketCapUSD_t} - 1\right] * 100$$

$$SecurityDailyPriceReturnLocal_t = \left[\frac{SecurityAdjustedMarketCapForLocal_t}{SecurityInitialMarketCapUSD_t} - 1\right] * 100$$

$$SecurityAdjustedMarketCapForLocal_t =$$
$$\frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_t * InclusionFactor_t * PAF_t}{FXrate_{t-1}} * \frac{ICI_t}{ICI_{t-1}}$$

$$SecurityAdjustedMarketCapUSD_t =$$
$$\frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_t * InclusionFactor_t * PAF_t}{FXrate_t}$$

$$SecurityInitialMarketCapUSD_t =$$
$$\frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_{t-1} * InclusionFactor_t}{FXrate_{t-1}}$$

Where:

- $SecurityAdjustedMarketCapForLocal_t$ is the Adjusted Market Capitalization of security s in USD converted using FX rate as of t-1

- $SecurityAdjustedMarketCapUSD_t$ is the Adjusted Market Capitalization of security s in USD converted using FX rate as of t

- $SecurityInitialMarketCapUSD_t$ is the Initial Market Capitalization of security s in USD at time t

- $EndOfDayNumberOfShares_{t-1}$ is the number of shares of security s at the end of day t-1.

- $PricePerShare_t$ is the price per share of security s at time t.

- $PricePerShare_{t-1}$ is the price per share of security s at time t-1.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



- $InclusionFactor_t$ is the inclusion factor of security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $PAF_t$ is the Price Adjustment Factor of security s at time t.

- $FXrate_t$ is the FX rate of the price currency of security s vs USD at time t. It is the value of 1 USD in foreign currency.

- $FXrate_{t-1}$ is the FX rate of the price currency of security s vs USD at time t-1. It is the value of 1 USD in foreign currency.

- $ICI_t$ is the Internal Currency Index of price currency at time t. The ICI is different than 1 when a country changes the internal value of its currency (e.g. from Turkish Lira to New Turkish Lira – ICI = 1,000,000).

- $ICI_{t-1}$ is the Internal Currency Index of price currency at time t-1.

(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.

**MSCI**

## 1.2.4   EXAMPLE OF CALCULATION USING CONTRIBUTION

**Day 1**

| | NumberOf Shares t-1 | PricePer Share t | PricePer Share t-1 | Inclusion Factor t | PAF t | FXrate t | FXrate t-1 | InitialSecurityWeight t (see 1.2.2) | SecurityDaily Price_Return USD t (see 1.2.3) | SecurityPrice contributionTo IndexUSD (see 1.2.1) | SecurityDaily Price_Return Local t (see 1.2.3) | SecurityPrice contributionTo IndexLocal (see 1.2.1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security A | 150000 | 152.60 | 154.00 | 0.75 | 1 | 1.50 | 1.49 | 16.52% | -1.57% | -0.26% | -0.91% | -0.15% |
| Security B | 26000 | 98.40 | 105.00 | 1.00 | 1 | 1.15 | 1.14 | 3.40% | -7.10% | -0.24% | -6.29% | -0.21% |
| Security C | 290000 | 1592.60 | 1603.50 | 0.60 | 1 | 125.00 | 125.50 | 3.16% | -0.28% | -0.01% | -0.68% | -0.02% |
| Security D | 360000 | 268.00 | 265.30 | 0.85 | 1 | 1.50 | 1.50 | 76.91% | 1.02% | 0.78% | 1.02% | 0.78% |
| | | | | | | | | | | | | |
| Total Index | | | | | | | | 100.00% | | 0.27% | | 0.40% |

| | t | t-1 | daily perf |
|---|---|---|---|
| PriceIndexLevelUSD (see 1.2) | 100.273 | 100.000 | 0.27% |
| PriceIndexLevelLocal (see 1.2) | 100.397 | 100.000 | 0.40% |

**Day 2**

Security C is ex Right issue 1 : 1 @ 1300

| | NumberOf Shares t-1 | PricePer Share t | PricePer Share t-1 | Inclusion Factor t | PAF t | FXrate t | FXrate t-1 | InitialSecurityWeight t (see 1.2.2) | SecurityDaily Price_Return USD t (see 1.2.3) | SecurityPrice contributionTo IndexUSD (see 1.2.1) | SecurityDaily Price_Return Local t (see 1.2.3) | SecurityPrice contributionTo IndexLocal (see 1.2.1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security A | 150000 | 160.00 | 152.60 | 0.75 | 1 | 1.51 | 1.50 | 16.22% | 4.15% | 0.67% | 4.85% | 0.79% |
| Security B | 26000 | 95.00 | 98.40 | 1.00 | 1 | 1.16 | 1.15 | 3.15% | -4.29% | -0.14% | -3.46% | -0.11% |
| Security C | 290000 | 1450.00 | 1592.60 | 0.60 | 1.1034 | 124.50 | 125.00 | 3.14% | 0.87% | 0.03% | 0.46% | 0.01% |
| Security D | 360000 | 265.00 | 268.00 | 0.85 | 1 | 1.51 | 1.50 | 77.48% | -1.77% | -1.37% | -1.12% | -0.87% |
| | | | | | | | | | | | | |
| Total Index | | | | | | | | 100.00% | | -0.81% | | -0.18% |

| | t | t-1 | daily perf |
|---|---|---|---|
| PriceIndexLevelUSD (see 1.2) | 99.462 | 100.273 | -0.81% |
| PriceIndexLevelLocal (see 1.2) | 100.221 | 100.397 | -0.18% |

**Day 3**

Security C has an increase of number of shares following the right issue ex on Day 2

| | NumberOf Shares t-1 | PricePer Share t | PricePer Share t-1 | Inclusion Factor t | PAF t | FXrate t | FXrate t-1 | InitialSecurityWeight t (see 1.2.2) | SecurityDaily Price_Return USD t (see 1.2.3) | SecurityPrice contributionTo IndexUSD (see 1.2.1) | SecurityDaily Price_Return Local t (see 1.2.3) | SecurityPrice contributionTo IndexLocal (see 1.2.1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Security A | 150000 | 165.00 | 160.00 | 0.75 | 1 | 1.50 | 1.51 | 16.60% | 3.81% | 0.63% | 3.13% | 0.52% |
| Security B | 26000 | 102.00 | 95.00 | 1.00 | 1 | 1.17 | 1.16 | 2.97% | 6.45% | 0.19% | 7.37% | 0.22% |
| Security C | 580000 | 1545.00 | 1450.00 | 0.60 | 1 | 124.45 | 124.50 | 5.64% | 6.59% | 0.37% | 6.55% | 0.37% |
| Security D | 360000 | 266.00 | 265.00 | 0.85 | 1 | 1.50 | 1.51 | 74.79% | 1.05% | 0.78% | 0.38% | 0.28% |
| | | | | | | | | | | | | |
| Total Index | | | | | | | | 100.00% | | 1.98% | | 1.39% |

| | t | t-1 | daily perf |
|---|---|---|---|
| PriceIndexLevelUSD (see 1.2) | 101.430 | 99.462 | 1.98% |
| PriceIndexLevelLocal (see 1.2) | 101.614 | 100.221 | 1.39% |

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



## 1.3   NEXT DAY INITIAL SECURITY WEIGHT

$$InitialSecurityWeight_{t+1} =$$

$$\frac{\frac{EndOfDayNumberOfShares_t * PricePerShare_t}{FXrate_t} * InclusionFactor_{t+1}}{\sum_{s \in I,t+1}(\frac{EndOfDayNumberOfShares_t * PricePerShare_t}{FXrate_t} * InclusionFactor_{t+1})} * 100 =$$

$$\frac{SecurityInitialFullMarketCapUSD_{t+1} * InclusionFactor_{t+1}}{\sum_{s \in I,t+1}(SecurityInitialFullMarketCapUSD_{t+1} * InclusionFactor_{t+1})} * 100 =$$

$$\frac{SecurityInitialMarketCapUSD_{t+1}}{IndexInitialMarketCapUSD_{t+1}} * 100$$

Where:

- $EndOfDayNumberOfShares_t$ is the number of shares of security s at the end of day t.

- $PricePerShare_t$ is the price per share of the security s at time t.

- $InclusionFactor_{t+1}$ is the inclusion factor of the security s at time t+1. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $FXrate_t$ is the FX rate of the price currency of security s vs USD at time t. It is the value of 1 USD in foreign currency.

(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The list of index constituents as of time t+1 is considered in the calculation.

Notes:

The $SecurityInitialFullMarketCapInSecurityPriceCurrency_{t+1}$ is also available in the security files and corresponds to the $SecurityInitialFullMarketCapUSD_{t+1}$ multiplied by the $FXrate_t$

The $EndOfDayNumberOfShares_t$ used to calculate next day's initial weight, available in the MSCI products dated day$t$, is shown as "Number of Shares (Next Day Index)".

## 1.4    CLOSING INDEX MARKET CAPITALIZATION TODAY USD (UNADJUSTED MARKET CAP TODAY USD)

The value of the index market capitalization as of the close of a day is calculated as follows:

$$IndexClosingMarketCapUSD_t = \sum_{s \in I,t} \frac{ClosingNumberOfShares_t * PricePerShare_t * InclusionFactor_t}{FXrate_t}$$

Where

- $ClosingNumberOfShares_t$ is the number of shares of security s at the close of t.

- $PricePerShare_t$ is the security price per share of security s at time t.

- $InclusionFactor_t$ is the inclusion factor of the security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



- $FXrate_t$ is the FX rate of the price currency of security s vs USD at time t. It is the value of 1 USD in foreign currency.

(\*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The list of index constituents as of time t should be considered in the calculation.

Effectively this figure represents the shares at the close on **t**, and does not include any of the effects of corporate actions due at the open of the market the next day.

The closing market capitalization uses today's price, **t**, as it represents the market capitalization at the close of the calculation day **t**.

## 1.5    SECURITY INDEX OF PRICE IN LOCAL

The security Index of Price is distributed in MSCI daily and monthly security products [It represents the price return from period to period by utilizing the concept of an index of performance with an arbitrary base value. The index of price is fully adjusted for capital changes and is expressed in local currency.

$$SecurityPriceIndexLevel_t$$
$$= SecurityPriceIndexLevel_{t-1} * \frac{SecurityAdjustedMarketCapForLocal_t}{SecurityInitialMarketCapUSD_t}$$

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



$$SecurityAdjustedMarketCapForLocal_t = \frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_t * InclusionFactor_t * PAF_t}{FXrate_{t-1}} * \frac{ICI_t}{ICI_{t-1}}$$

$$SecurityInitialMarketCapUSD_t = \frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_{t-1} * InclusionFactor_t}{FXrate_{t-1}}$$

Where:

- $SecurityPriceIndexLevel_{t-1}$ is Security Price Index level at time t-1

- $SecurityAdjustedMarketCapForLocal_t$ is the Adjusted Market Capitalization of security s in USD converted using FX rate as of t-1

- $SecurityInitialMarketCapUSD_t$ is the Initial Market Capitalization of security s in USD at time t

- $EndOfDayNumberOfShares_{t-1}$ is the number of shares of security s at the end of day t-1.

- $PricePerShare_t$ is the price per share of security s at time t.

- $PricePerShare_{t-1}$ is the price per share of security s at time t-1.

- $InclusionFactor_t$ is the inclusion factor of security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $PAF_t$ is the Price Adjustment Factor of security s at time t.

- $FXrate_{t-1}$ is the FX rate of the price currency of security s vs USD at time t-1. It is the value of 1 USD in foreign currency.

- $ICI_t$ is the Internal Currency Index of price currency at time t. The ICI is different than 1 when a country changes the internal value of its currency (e.g. from Turkish Lira to New Turkish Lira – ICI = 1,000,000).

- $ICI_{t-1}$ is the Internal Currency Index of price currency at time t-1.

(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

## 1.6    NOTE ON INDEX CALCULATION IN LOCAL CURRENCY

The MSCI Country and Regional Indexes are calculated in local currency as well as in USD. The concept of a "local currency" calculation excludes the impact of currency fluctuations.

Note that for a country index, the local currency index will not be the same as an index calculated with the official currency of that country, if there is more than one currency of listing.

All currencies of listing are considered in the index calculation in local currency where current $prices_t$ and previous day $prices_{t-1}$ are converted into USD using the same exchange rate (exchange $rate_{t-1}$) in the numerator and denominator. As a consequence, the FX factor drops out of the equation.

The USD calculation includes exchange rates at t and t-1. Therefore, the local currency calculation only represents the price appreciation or depreciation of the securities, whereas the USD calculation also accounts for the performance of the currency (or currencies) relative to the USD.

## 1.7    CONVERSION OF INDEXES INTO ANOTHER CURRENCY

An index can be calculated into any currency by converting the index in USD into the selected currency using the formula below.

If the base date of the index is prior to the start date of the currency, the indexes should be rebased and converted using the following formula:

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



$$IndexLevelinCurrency_t = 100 * \frac{IndexLevelinUSD_t}{IndexLevelinUSD_{currency\_base\_date}} * \frac{FXrate_t}{FXrate_{currency\_base\_date}}$$

Note that 100 in the formula is the base value. This base value can be different than 100 (e.g. 1000 depending on the indexes).

- If the base date of the index is equal or posterior to the start date of the currency, the indexes should be converted only, using the following formula:

$$IndexLevelinCurrency_t = IndexLevelinUSD_t * \frac{FXrate_t}{FXrate_{index\_base\_date}}$$

Example:

Calculation of the The World Index in EUR as of October 20, 1999:
Note that the start date of EUR is 31-Dec-1998

The World Index in USD as of 31-Dec-98 = 1,149.951577

The World Index as of 20- Oct- 99 = 1,224.048387

FxRate EUR vs USD as of 31-Dec- 98 = 0.8516074

FxRate EUR vs USD as of 20-Oct-99 = 0.9279451

$$WorldIndexinEUR_{10/20/99} = 100 * \frac{WorldIndexinUSD_{10/20/99}}{WorldIndexinUSD_{31/12/98}} * \frac{EURvsUSDRate_{10/20/99}}{EURvsUSDRate_{12/31/98}} =$$

$$100 * \frac{1224.048387}{1149.951577} * \frac{0.9279451}{0.8516074} = 115.985$$

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



# 2    MSCI Daily Total Return (DTR) Index Methodology

Total return indexes measure the market performance, including price performance and income from regular cash distributions (cash dividend payments or capital repayments). Regular cash distributions paid out of share capital or capital contribution reserves are treated in the same manner as regular cash dividends paid out of retained earnings. This income is reinvested in the index and thus makes up part of the total index performance.

MSCI's Daily Total Return (DTR) methodology reinvests regular cash distributions in indexes on the ex-date of such distributions. Regular cash distributions are not considered in price indexes, except for special dividends and capital repayments deemed extraordinary in certain circumstances described below.

The standard Daily Total Return (DTR) Indexes are calculated and distributed on a daily basis. The indexes are available in USD and local currency (no currency impact), with gross and net total return.

## 2.1    CALCULATION METHODOLOGY

$$DTRIndexLevelUSD_t =$$
$$DTRIndexLevelUSD_{t-1} * \frac{(IndexAdjustedMarketCapUSD_t + IndexDividendImpactUSD_t)}{IndexInitialMarketCapUSD_t}$$

$$DTRIndexLevelLocal_t =$$
$$DTRIndexLevelLocal_{t-1} * \frac{(IndexAdjustedMarketCapForLocal_t + IndexDividendImpactForLocal_t)}{IndexInitialMarketCapUSD_t}$$

Where:

- $DTRIndexLevelUSD_{t-1}$ is the Daily Total Return index level in USD at time t-1

- $IndexDividendImpactUSD_t$ is the gross or net amount of dividends in USD to be reinvested in the index in USD at time t

- $IndexDividendImpactForLocal_t$ is the gross or net amount of dividend in USD converted using FX rate as of t-1 to be reinvested in the local currency index at time t

- $DTRIndexLevelLocal_{t-1}$ the Daily Total Return index level in local currency at time t-1

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.

### 2.1.1  DIVIDEND IMPACT

$$IndexDividendImpactUSD_t =$$

$$\sum_{s \in I,t} \frac{EndOfDayNumberOfShares_{ex-date-1} * DividendPerShare_t * InclusionFactor_t}{FXrate_t}$$

$$IndexDividendImpactForLocal_t =$$

$$\sum_{s \in I,t} (\frac{EndOfDayNumberOfShares_{ex-date-1} * DividendPerShare_t * InclusionFactor_t}{Fxrate_{t-1}} * \frac{ICI_t}{ICI_{t-1}})$$

Where:

- $EndOfDayNumberOfShares_{ex-date-1}$ is the number of shares of the security s at the end of the dividend ex-date-1.

- $DividendPerShare_t$ is the gross or net dividend per share expressed in the same currency unit as the price per share of the security s to be reinvested at time t.

### 2.1.2  DTR INDEX LEVEL FROM SECURITY INFORMATION (SECURITY DTR)

Another way to calculate a DTR index would be to use the security initial weight and security total return:

$$DTRIndexLevelUSD_t = DTRIndexLevelUSD_{t-1} * (1 + \sum_{s \in I,t} SecurityTotalReturnContributionToIndexUSD_t)$$

$$DTRIndexLevelLocal_t = DTRIndexLevelLocal_{t-1} * (1 + \sum_{s \in I,t} SecurityTotalReturnContributionToIndexLocal_t)$$

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



### 2.1.3   SECURITY CONTRIBUTION TO THE INDEX

Calculation Formulas:

$$SecurityTotalReturnContributionToIndexUSD_t = InitialSecurityWeight_t * SecurityDailyTotalReturnUSD_t$$

$$SecurityTotalReturnContributionToIndexLocal_t = InitialSecurityWeight_t * SecurityDailyTotalReturnLocal_t$$

Where:

- $SecurityDailyTotalReturnUSD_t$ is the gross or net return in USD of security s at time t.

- $SecurityDailyTotalReturnLocal_t$ is the gross or net return of security s at time t converted using the FX rate as of t-1 and used for local currency calculation at time t.

### 2.1.4   SECURITY DAILY TOTAL RETURN

### 2.1.4.1 SECURITY DAILY GROSS RETURN

$$SecurityDailyGrossReturnUSD_t = \left[ \frac{(SecurityAdjustedMarketCapUSD_t + SecurityGrossDividendImpactUSD_t)}{SecurityInitialMarketCapUSD_t} - 1 \right] * 100$$

$$SecurityDailyGrossReturnLocal_t = \left[ \frac{(SecurityAdjustedMarketCapForLocal_t + SecurityGrossDividendImpactForLocal_t)}{SecurityInitialMarketCapUSD_t} - 1 \right] * 100$$

Where

$$SecurityGrossDividendImpactUSD_t = \frac{EndOfDayNumberOfShares_{ex-date-1} * GrossDividendPerShare_t * InclusionFactor_t}{FXrate_t}$$

$$SecurityGrossDividendImpactForLocal_t = \frac{EndOfDayNumberOfShares_{ex-date-1} * GrossDividendPerShare_t * InclusionFactor_t}{FXrate_{t-1}} * \frac{ICI_t}{ICI_{t-1}}$$

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



Where

- $SecurityAdjustedMarketCapForLocal_t$ is the Adjusted Market Capitalization of security s in USD converted using FX rate as of t-1

- $SecurityAdjustedMarketCapUSD_t$ is the Adjusted Market Capitalization of security s in USD converted using FX rate as of t

- $SecurityInitialMarketCapUSD_t$ is the Initial Market Capitalization of security s in USD at time t

- $InclusionFactor_t$ is the inclusion factor of the security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $FXrate_t$ is the FX rate of the price currency of security s vs USD at time t. It is the value of 1 USD in foreign currency.

- $FXrate_{t-1}$ is the FX rate of the price currency of security s vs USD at time t-1. It is the value of 1 USD in foreign currency.

- $EndOfDayNumberOfShares_{ex-date-1}$ is the number of shares of security s at the end of the dividend ex-date-1.

- $GrossDividendPerShare_t$ is the gross dividend per share expressed in the same currency unit as the price per share of the security s to be reinvested at time t.

- $ICI_t$ is the Internal Currency Index of price currency at time t. The ICI is different than 1 when a country changes the internal value of its currency (e.g. from Turkish Lira to New Turkish Lira – ICI = 1,000,000).

- $ICI_{t-1}$ is the Internal Currency Index of price currency at time t-1.


(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

### 2.1.4.2 SECURITY DAILY NET RETURN

$$SecurityDailyNetReturnUSD_t = \left[ \frac{(SecurityAdjustedMarketCapUSD_t + SecurityNetDividendImpactUSD_t)}{SecurityInitialMarketCapUSD_t} - 1 \right] * 100$$

$$SecurityDailyNetReturnLocal_t = \left[ \frac{(SecurityAdjustedMarketCapForLocal_t + SecurityNetDividendImpactForLocal_t)}{SecurityInitialMarketCapUSD_t} - 1 \right] * 100$$

Where

$$SecurityNetDividendImpactUSD_t = \frac{EndOfDayNumberOfShares_{ex-date-1} * NetDividendPerShare_t * InclusionFactor_t}{FXrate_t}$$

$$SecurityNetDividendImpactForLocal_t = \frac{EndOfDayNumberOfShares_{ex-date-1} * NetDividendPerShare_t * InclusionFactor_t}{FXrate_{t-1}} * \frac{ICI_t}{ICI_{t-1}}$$

Where

- $SecurityAdjustedMarketCapForLocal_t$ is the Adjusted Market Capitalization of security s in USD converted using FX rate as of t-1

- $SecurityAdjustedMarketCapUSD_t$ is the Adjusted Market Capitalization of security s in USD converted using FX rate as of t

- $SecurityInitialMarketCapUSD_t$ is the Initial Market Capitalization of security s in USD at time t

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



- $InclusionFactor_t$ is the inclusion factor of the security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $FXrate_t$ is the FX rate of the price currency of security s vs USD at time t. It is the value of 1 USD in foreign currency.

- $FXrate_{t-1}$ is the FX rate of the price currency of security s vs USD at time t-1. It is the value of 1 USD in foreign currency.

- $EndOfDayNumberOfShares_{ex-date-1}$ is the number of shares of the security s at the end of dividend ex-date-1.

- $NetDividendPerShare_t$ is the net dividend per share expressed in the same currency unit as the price per share of the security s to be reinvested at time t.

- $ICI_t$ is the Internal Currency Index of price currency at time t. The ICI is different than 1 when a country changes the internal value of its currency (e.g. from Turkish Lira to New Turkish Lira – ICI = 1,000,000).

- $ICI_{t-1}$ is the Internal Currency Index of price currency at time t-1.

(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



### 2.1.5   INITIAL SECURITY WEIGHT

$$InitialSecurityWeight_t =$$

$$\frac{\frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_{t-1}}{FXrate_{t-1}} * InclusionFactor_t}{\sum_{s \in I,t}(\frac{EndOfDayNumberOfShares_{t-1} * PricePerShare_{t-1}}{FXrate_{t-1}} * InclusionFactor_t)} * 100 =$$

$$\frac{SecurityInitialFullMarketCapUSD_t * InclusionFactor_t}{\sum_{s \in I,t}(SecurityInitialFullMarketCapUSD_t * InclusionFactor_t)} * 100 =$$

$$\frac{SecurityInitialMarketCapUSD_t}{IndexInitialMarketCapUSD_t} * 100$$

Where:

- $EndOfDayNumberOfShares_{t-1}$ is the number of shares of security s at the end of day t-1.

- $PricePerShare_{t-1}$ is the price per share of security s at time t-1.

- $InclusionFactor_t$ is the inclusion factor of security s at time t. The inclusion factor can be one or the combination of the following factors: Foreign Inclusion Factor, Domestic Inclusion Factor, Growth Inclusion Factor, Value Inclusion Factor, Index Inclusion Factor (*).

- $FXrate_{t-1}$ is the FX rate of the price currency of security s vs USD at time t-1. It is the value of 1 USD in foreign currency.

(*) From June 1 2007 to May 31 2008, to calculate the standard or small cap index market capitalization (except for FM countries and China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor. Additionally, starting December 1, 2015, to calculate the standard or small cap index market capitalization (except for China A), the security market cap should be multiplied by the Standard or Small Cap Index Inclusion Factor.

From September 1 2009 to November 30 2009, to calculate the China A and related indexes markets capitalization, the China A securities market cap should be multiplied by the Standard Index Inclusion Factor.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



The 'Standard Index Inclusion Factor' is solely used for the computation of the MSCI Standard Indexes, and not for the Large Cap, Mid Cap and Provisional Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

The 'Small Cap Index Inclusion Factor' is not used for the computation of the MSCI Emerging Markets and AC Small Cap Indexes, MSCI Small Cap Value and Growth, MSCI Provisional Small Cap and MSCI Small Cap Sectors Indexes, as these are all constructed using the Global Investable Market Indexes methodology and were not subject to the transition methodology.

### 2.1.6   CURRENCY

For index calculations, all dividends are converted into USD at the spot rate of the ex date.

### 2.1.7   NUMBER OF SHARES AND INDEX WEIGHTING FACTOR

A dividend amount is expressed per share entitled to the dividend. Since the day before the ex-date is the last day on which the share is entitled to the dividend, the total dividend per security reinvested into an index is equal to the number of shares at the close of the ex-date-1 multiplied by the dividend per share.

In addition, a weighting factor of a security in the index is applied to the total dividend amount to be reinvested. This can be the Domestic Inclusion Factor (DIF), the Foreign Inclusion Factor (FIF), the Value Inclusion Factor (VIF), the Growth Inclusion Factor (GIF) or any inclusion factor considered in the price index calculation.

## 2.2    REINVESTMENT METHODOLOGY

**Gross Daily Total Return**

This series approximates the maximum possible reinvestment of regular cash distributions (cash dividends or capital repayments). The amount reinvested is the cash distributed to individuals resident in the country of the company, but does not include tax credits.

**Net Daily Total Return**

This series approximates the minimum possible reinvestment of regular cash distributions.  Provided that the regular capital repayment is not subject to withholding tax, the reinvestment in the Net Daily Total Return is free of withholding tax. Effective December 1, 2009, the regular cash dividend is reinvested after

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



deduction of withholding tax by applying the maximum rate of the company's country of incorporation applicable to institutional investors. MSCI uses different withholding taxes depending if the indexes are international or domestic:

- International indexes: the maximum rate applicable to non-resident institutional investors who do not benefit from double taxation treaties.

- Domestic indexes: the maximum rate applicable to resident institutional investors

For more information on how taxes are applicable to dividends, please refer to the Appendix for details about the withholding tax rates for the various countries.

For Chinese securities with foreign listing, which pay cash dividends in RMB, MSCI will use Offshore exchange rate (CNH) for reinvestment in the MSCI Daily Total Return Indexes. However, historical correction of cash dividends reinvested prior to April 1, 2018 for such securities will continue to be reflected in CNY.

For China A – Stock connect securities, dividend reinvestment will use Offshore exchange rate (CNH).

### 2.2.1    TIMING OF REINVESTMENT

The amount of an announced regular cash distribution is reinvested on the ex-date of such distribution on its principal exchange. For securities trading on more than one exchange, MSCI uses the ex-date at the exchange from which MSCI sources the security's price.

If a security does not trade on the ex-date or on the scheduled reinvestment date of the regular cash distribution, the reinvestment is postponed to the day when the security resumes trading. The scheduled reinvestment date of a dividend can be a date later than the dividend ex-date in cases including, but not limited to a late dividend or a dividend correction.

### 2.2.2    REINVESTMENT RULES

| Distribution Type | Size of security's cum price | | Recurrence | Price Adjustment Factor | Included in the security's yield | More details in section |
|---|---|---|---|---|---|---|
| Regular Cash Dividend | - | | - | No | Yes | 2.2.3 |
| Special Cash Dividend | <5% | | Less than 3 consecutive years | No | No | 2.2.4 |

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



| | <5% | | 3 consecutive years or more | No | Yes | |
| | | ≥5% | Less than 3 consecutive years | Yes | No | |
| | | ≥5% | 3 consecutive years or more | Yes | Yes | |

| Distribution Type | Regular i.e. in lieu of regular dividend | Price Adjustment Factor | Included in the security's yield | More details in section |
|---|---|---|---|---|
| Capital Repayment | Yes | No | Yes | 2.2.3 |
| | No | Yes | No | 2.2.5 |

There are two principal guidelines in regards to cash distributions reinvestments:

- A cash distribution – in the form of regular cash dividend or regular capital repayment - is reinvested among all the constituents in an index. It is not considered in the MSCI Price indexes. Note that these distributions are taken into account in the underlying security's yield calculation.

- A special cash dividend that is unusually large, i.e. greater than or equal to 5% of the security cum price, or a capital repayment deemed to be extraordinary i.e. unlikely to recur on a regular basis, is reinvested by applying a PAF and is hence taken into account in MSCI Price indexes as well as in the MSCI DTR Indexes.

These guidelines are discussed in greater detail below.

### 2.2.3    DIVIDENDS RESULTING IN A REINVESTMENT ONLY

The following cash distributions are reinvested in the MSCI DTR Index:

**Regular Cash Dividend**

A regular cash dividend is a distribution of cash made by a company to its shareholders and is paid out of operating profits or retained earnings. Regular cash dividends, regardless of their size, are reinvested on the ex-date in the MSCI DTR Indexes.

**Regular Capital Repayment**

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.

A capital repayment or return of capital is characterized by a cash distribution from the company's share capital or capital surplus to its shareholders. A capital repayment, regardless of its size, is considered as regular, if the cash distribution is in lieu of a regular cash dividend, or is in line with the dividend policy of the company or with the historical cash distributions. Provided that the capital repayment is not subject to withholding tax, the reinvestment in the MSCI DTR Indexes is free of withholding tax.

In Taiwan, a cash distribution paid out of capital surplus is considered as regular unless specified by the company that the distribution is deemed to be extraordinary. The cash distribution is reinvested in the MSCI DTR Indexes. Regarding the withholding tax treatment, please refer to sub-section 2.3.7.2.1 below.

**Optional Dividend**

In the case of an optional dividend, the company offers shareholders the choice of receiving the dividend either in cash or in shares. However, shareholders electing the cash option may receive the dividend consideration in cash or shares, or some combination of cash and shares.

MSCI assumes that shareholders receive the default distribution. If no default distribution is available, MSCI assumes that shareholders elect the cash option. MSCI therefore reinvests the dividend amount on the ex-date in the MSCI DTR Indexes. Please refer to the section 4.3 of the MSCI Corporate Events Methodology book for more information regarding optional dividends treatment.

**Interest on Capital**

The 'interest on capital' dividend is a cash payment to shareholders accounted for as a pre-tax interest expense by the company. The balance sheet and the book value do not change. Interests on capital are common in Brazil.

### 2.2.4    DIVIDENDS RESULTING IN A REINVESTMENT OR IN A PRICE ADJUSTMENT

The dividends below are reinvested in the MSCI DTR Index if the dividend impact on the cum price is less than 5%.

However, if the impact is greater than or equal to 5%, the dividend will be reflected in the MSCI Index through a price adjustment.

**Special/Extraordinary Cash Dividend**

The company declares the dividend as special or extraordinary. It is funded by a special event or from extraordinary profits. MSCI may consider irregular and

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



unusually large dividends as special even if they are not declared as such by the company.

Special cash dividends that are smaller than 5% of the cum price of the underlying security are reinvested in the MSCI DTR Indexes, but are not included in the yield calculation, unless they are paid for at least three consecutive years.

Special cash dividends that are greater than or equal to 5% of the market price of the underlying security on the date the event is announced in "confirmed" status are reinvested in the MSCI Indexes through an adjustment on the ex-date. A PAF using the gross dividend amount is applied to the MSCI Price Indexes, the MSCI Gross DTR Indexes and the MSCI Net DTR Indexes on the ex-date of the special cash dividend. Note that MSCI will not cancel the PAF implementation if the size of the special dividend becomes smaller than 5% after it has been announced in "confirmed" status.

For special cash dividends that are greater than or equal to 5% of the market price and subject to a withholding tax, as defined in Section 2.3.7.2, MSCI reinvests a negative amount corresponding to the withholding tax in the MSCI Net DTR Indexes only.  This negative reinvestment is reflected simultaneously with the PAF on the ex-date of the special cash dividend.

Any special cash dividend, distributed for at least three consecutive years, is taken into account in the yield calculation of the underlying security, regardless of its size.

**Commemorative Dividend (memorial)**

A company declares a dividend as commemorative/memorial. The funds come from extraordinary profit or cash generated by a special event.

**Retroactive/Arrears Dividend**

Retroactive dividends are paid in Italy when a company has to pay a dividend to revenue-guaranteed (RISP) shares to make up for previous years' non-payments.

**Special Dividend to Non-Domestic Shareholders**

A company pays its non-domestic shareholders a bonus dividend to compensate for the tax credit distributed to domestic shareholders. This is a common practice in New Zealand.

### 2.2.5    DIVIDENDS RESULTING IN A PRICE ADJUSTMENT ONLY

A PAF is applied to the security in the MSCI Price Indexes, the MSCI Gross DTR Indexes and the MSCI Net DTR Indexes, in the following cases:

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



**Stock Dividend (stock bonus/gratis issue)**

The company issues shares at no direct cost to the shareholders. The funds are taken out from the current year's earnings. In the case of a stock bonus/gratis issue, the company distributes a part of the reserves (retained earnings from previous years) to its shareholders.

For Taiwanese and Indian stock dividends subject to withholding and capital gains tax respectively, MSCI reinvests a negative amount corresponding to the tax amount in the MSCI Net DTR Indexes only. This negative reinvestment is reflected simultaneously with the PAF on the ex-date of the stock dividend.

**Extraordinary Capital Repayment**

Capital repayments that are deemed to be extraordinary compared to the dividend policy of the company or to the historical cash distributions are reinvested in the MSCI Indexes through an adjustment. A PAF using the gross capital repayment amount, regardless of its size, is applied to the security's market price on the ex-date.

**Dividend Paid in Shares of another Company**

The company distributes stock of another company as a dividend. The number of shares held remains the same, but the price will decrease by the value of the distributed security.

MSCI considers other cash payments related to Corporate Events, such as mergers, acquisitions, liquidations, etc. on a case-by-case basis.

## 2.3   PROCESSING RULES

### 2.3.1   DIVIDEND DATA

Raw dividend data is provided by multiple electronic data feeds and is checked for completeness and correctness. MSCI's Daily Total Return process requires that dividends be confirmed by at least two distinct data sources. Most dividends are received and validated through electronic feeds, but some dividends may require confirmation from other sources, such as stock exchanges or the company. In addition, MSCI monitors securities for which a dividend is expected based on previous dividend announcement frequency, but which has not yet been received through the regular data sources.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



### 2.3.2    CORPORATE ACTIONS

A corporate action, which changes the number of shares outstanding for a company, may take place between the dividend's announcement date and its ex-date. As the number of shares on the day preceding the ex-date is used to calculate the dividend amount to be reinvested, MSCI adjusts the dividend to reflect the number of shares on that day.

Following certain corporate events, the number of shares used in MSCI Index calculations on the cum date may include shares that are not issued yet or that are not entitled to the dividend. In those cases, MSCI reinvests the dividend on the ex-date as if all shares included in MSCI Index calculations were entitled to the dividend.

### 2.3.3    LATE DIVIDENDS

A late dividend is a dividend that is only known after its ex-date. It is processed under the correction policy as described in sub-section 2.3.4 above.

### 2.3.4    CORRECTIONS

A dividend that has been reinvested may need to be amended, due to an error in its ex-date, in the dividend amount, or in the dividend currency. MSCI will give advance notification for dividend corrections that are received after their ex-date. Consequently, the correction in the index will be postponed to the next business day following the reception and announcement of the information.

**The following rules apply:**

- Action is taken only if the error is discovered within 12 months of the ex date.

- In the case of a correction, MSCI uses the number of shares at the close of the cum date.  The spot rate of the reinvestment date is used for currency conversion.

- A historical correction is applied to all indexes impacted by more than 50 basis points[1] if the impact on a country or World / EM industry group index is over 50 basis points. Starting December 1, 2010, for the MSCI Frontier Markets Indexes (including MSCI GCC Countries Indexes), there will be a historical correction only if the impact on the MSCI Frontier Markets region is over 50 basis points.

---

[1] The 50 basis point limit is linked to the price index correction policy and will be revised accordingly to reflect any changes in this policy.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.    MSCI.COM | PAGE 34 OF 142



- The security that needs a dividend correction may have changed its status for index inclusion between the ex-date and the correction date. For example, this may be due to the security's subsequent exclusion from the index, or a change in its industry or country classification. Applying the correction with the current status may reinvest dividends into the wrong index. If there is a change in the security's index inclusion status between the ex-date and the correction date, no correction amount will be reinvested.

### 2.3.5   PAYMENT DEFAULT

A correction is applied when a dividend is declared unpaid (payment default). This may result in a negative reinvestment. Past index levels are not corrected.

**The following rules apply:**

- Action is taken only if the payment default is discovered within 12 months of the ex-date and is in line with the price index correction policy, where MSCI applies a 12 month correction period.

- MSCI uses the number of shares effective at the close of the original cum date. The default amount is reinvested on the next business day following the reception and confirmation of at least two distinct data sources. . The spot rate of the reinvestment date is used for currency conversion.

### 2.3.6   COUNTRY EXCEPTIONS

**Japan:**

Many Japanese companies declare their dividends after the ex-date. As estimated dividends are available before the ex-date and are broadly used, an estimation of the dividend is reinvested on the ex-date. When a company does not declare an estimated dividend, MSCI uses the previous year's dividend amount from the same period as the estimation. Should the difference between the estimated and ratified dividend amount warrant correction, it will be processed as a payment default (reinvestment without correcting past index levels) on the next business day following the reception date from the data sources.

**Korea:**

Many Korean companies declare their dividends after their ex-date. As no estimated dividends provided by the companies are available before the ex-date, the dividends are reinvested on the next business day following the reception and confirmation of at least two distinct data sources (in accordance with the section 2.3.1).

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



These reinvestments after the ex-date do not trigger any correction of the index levels.

MSCI uses the number of shares effective on the day prior to the ex-date to reinvest the dividend.

In the rare case of Korean companies declaring their dividends prior to their ex-date, MSCI reinvests dividends into the MSCI DTR Indexes on the day the security is quoted ex-dividend on its principal exchange (in accordance with the section 2.2.1~~2.2.1~~).

Should the dividend amount for Korean companies change following approval by the shareholders at the general meeting, MSCI will reinvest the difference between the amount initially announced by the company and the final amount approved by the shareholders. This does not trigger any correction of past index levels.

Starting December 2014, for dividends with an ex date from December 2014 onwards, MSCI will transition to the enhanced methodology for Korean dividends, as per the following:

Under the enhanced methodology, MSCI will reinvest an estimated dividend amount for Korean securities on the ex-date of the dividend.

The estimate will be calculated as the previous year's dividend amount from the same period, adjusted by any capital changes if necessary. If no dividend was paid from the same period in the previous year or an estimated dividend amount is not available, MSCI will reinvest the dividend amount of zero.

Once a Korean company announces the actual dividend amount, MSCI will reinvest on the next business day following reception of data from MSCI's sources, all differences between the estimated and ratified dividend amount, if any, in the MSCI DTR Indexes without correcting index levels.

These estimates will be used for the calculation of the dividend yield as if the amounts were not estimates.

**Russia:**

For depositary receipts (DRs) of Russian companies, only an estimated dividend amount per share in USD is available prior to the ex-date. Therefore, on the ex date of the DR security, MSCI reinvests the estimated dividend amount in USD in the MSCI DTR Indexes. Once the actual dividend amount is announced by the depositary bank, MSCI reinvests the difference, if any, between the USD dividend amount per share already reinvested on the ex date and the USD dividend amount





per share publicly announced by the depositary bank. When possible, MSCI reinvests this difference on the dividend pay date.

The reinvestment of the difference in the MSCI DTR Indexes does not trigger any correction of past index levels.

In addition, when MSCI reinvests the difference on or around the pay date, fees withheld by the depositary bank, if any, are taken into in the MSCI Net DTR Indexes.

In the case the dividend amount and ex date are known or captured by MSCI only on the security's ex date itself, MSCI uses a threshold based on the dividend size to determine the reinvestment timing:

- If a total dividend amount is below USD 1 billion[2] and is announced or captured on the ex date, then MSCI reinvests the dividend amount intraday in the MSCI DTR Indexes. In addition, MSCI sends an intraday announcement to its clients.

- If a total dividend distribution is above USD 1 billion and is announced or captured on the ex date, then MSCI postpones the dividend reinvestment to the second business day after its ex date. In addition, MSCI sends an intraday announcement to its clients.

Note that MSCI uses the number of shares effective on the day prior to the ex-date to reinvest the dividend.

Should the dividend amount for Russian companies change following approval by the shareholders at the general meeting, MSCI will reinvest the difference between the amount initially announced by the company and the final amount approved by the shareholders. This reinvestment does not trigger any correction of past index levels.

**Singapore:**

Some companies in Singapore, for example Real Estate Investment Trusts (REITs), pay advanced cash distributions at the time of placement of new shares, in order to ensure fairness to the existing shareholders. This distribution is a part of the regular quarterly cash dividends announced by the companies. If an estimated amount or range of dividend amount is declared by the company before the ex-date, MSCI reinvests the estimated amount or lower range of the dividend amount in MSCI DTR Indexes on the day the security is quoted ex-dividend on its principal exchange (in accordance with the section 2.2.1).

---

[2] The size of the total dividend amount is calculated as follows: dividend per share amount in Ruble * FX Rate (USD/RUB) on the ex date * Number of Shares * Foreign Inclusion Factor

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



Should the dividend amount change after the ex-date following company announcement, MSCI will reinvest the difference between the amount initially announced by the company and the final amount on the next business day following the reception and confirmation of at least two distinct data sources. These reinvestments after the ex-date do not trigger any correction of past index levels.

**USA: Redemption Right**

When a company redeems shares distributed to shareholders due to a poison pill rights issue (applies mainly in USA), there may be a change in the company's capital structure. In this case MSCI will apply a price adjustment.

## 2.3.7    TAXES ON DIVIDENDS

Shareholders may be taxed on dividend payments.  Tax rates vary depending on the company's and shareholder's country of domicile.  Tax data is monitored on a regular basis and is updated when necessary.

### 2.3.7.1 TAX CREDIT

A tax credit related to a dividend can be considered as a reimbursement of tax already received by the fiscal administration. In countries operating under an imputation tax system, a company's annual earnings are taxed before distribution to the shareholders, and then the shareholders pay taxes on the dividend. Some countries operating under an imputation tax system provide shareholders with a tax credit to offset the amount of the tax they would otherwise owe in respect of the dividend.[3] MSCI does not take into account the amount of a tax credit in calculating either gross or net dividends.

### 2.3.7.2 WITHHOLDING TAX

A withholding tax related to a dividend is a tax on the income of the shareholder withheld by the company when the dividend is paid to a shareholder. The withholding tax rate depends on the tax status of the shareholder. MSCI uses the maximum withholding tax rate applicable to institutional investors in calculating MSCI net dividends. A non-resident shareholder must also pay taxes on dividends

---

[3] Singapore and Malaysia completely migrated to a one-tier tax system from imputation system effective January 1, 2008 and January 1, 2014 respectively. Under a one-tier or single-tier tax system, a company pays a tax on its taxable income and shareholders are not charged with a tax on dividends paid to them by the company.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



in his/her domestic country as part of his/her income taxes. Countries may eliminate this double taxation by signing 'bi-lateral' double taxation treaties.

MSCI uses companies' country of incorporation to determine the relevant dividend withholding tax rates in calculating the net dividends and the MSCI Net DTR Indexes. In cases where the withholding tax rate in the company's country of incorporation is higher than the MSCI company's country of classification as determined in accordance to Appendix III of the MSCI Global Investable Markets Indexes Methodology, MSCI will make a specific analysis to determine the actual withholding tax rate applied to non-resident institutional investors.

Companies' country of incorporations are reviewed on a semi-annual basis and changes to companies' withholding tax rates, if any, are made with the May and November Semi-Annual Index Reviews.

In the calculation of the MSCI Net DTR International Indexes, MSCI uses the withholding tax rate applicable to non-resident institutional investors that do not benefit from double taxation treaties.

In the calculation of the MSCI Net DTR Domestic Indexes, MSCI uses the withholding tax rate applicable to domestic institutional investors.

Provided that the regular capital repayment is not subject to withholding tax, the reinvestment in the MSCI Net DTR is free of withholding tax.

NOTE: MSCI applies a weighted average withholding tax rate to the total cash amount distributed by a company when:
- a portion of the cash dividend amount is subject to a different withholding tax rate. Refer to the Appendix 6 for more details on withholding tax applicable to dividends paid by REITs.
- two or more cash distributions paid by the same company are ex on the same day but subject to different withholding tax rates.

### 2.3.7.2.1    COUNTRY EXCEPTIONS

**Australian Dividends**

Some Australian companies pay their dividends with franking credits attached in order to pass on to investors the value of any tax that the company has already paid on its profits. Dividends can be fully franked, partially franked or unfranked. Foreign non-resident investors are subject to the Australian dividend withholding tax on the unfranked portion of a dividend. However, foreign non-resident investors are not subject to the Australian dividend withholding tax on the unfranked portion

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



of the dividend to the extent that it is declared as conduit foreign income[4] by Australian companies, or on the franked portion of the dividend.

In the calculation of the MSCI Net DTR International Indexes for Australian dividends, MSCI uses the withholding tax rate[5] applicable to foreign non-resident institutional investors on the unfranked portion of the dividend that is not designated as conduit foreign income. MSCI does not apply withholding tax rate on the franked portion of the dividend or the unfranked portion of the dividend declared to be conduit foreign income.

In the case that the franking percentage and/or the conduit foreign income not publicly available prior to the ex-date, the franking percentage and/or the conduit foreign income will be assumed zero correspondingly.

The effective withholding tax rate being applied to the Australian dividends in the MSCI Net DTR International Indexes is as follows.

Effective withholding tax rate = Australia default withholding tax rate x (100% - franking % - conduit foreign income %)

<u>Examples of Calculation</u>

|  | Franking Percentage | Conduit Foreign Income Percentage | Default Withholding Tax Rate | Effective Withholding Tax Rate | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|
| Security A | 100% | 0% | 30% | 0% | AUD 2.56 | AUD 2.56 |
| Security B | 75% | 25% | 30% | 0% | AUD 1.47 | AUD 1.47 |
| Security C | 50% | 0% | 30% | 15% | AUD 1.00 | AUD 0.85 |
| Security D | 0% | 50% | 30% | 15% | AUD 2.00 | AUD 1.70 |

**Indian Stock Dividends**

In India, shares issued as part of a stock dividend (of shares in the same company) are subject to capital gains tax of up to 15%. MSCI reinvests a negative amount on the ex-date of the stock dividend corresponding to the capital gains tax in the MSCI

---

[4] Conduit foreign income is foreign income received by a foreign resident via an Australian corporate tax entity, and is that income which would ordinarily not be taxed under the relevant Australian tax laws (source: Australian Government, The Treasury).

[5] Please refer to the Appendix for the latest withholding tax rate for Australia.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



Net Daily Total Return (DTR) Indexes only. The negative amount per share will be calculated as follows:

Negative amount per share = (Closing price of the security on the ex-date * Shares Issued * 15%) / Shares before

The negative reinvestment is reflected simultaneously with the PAF on the ex-date of the stock dividend.

**Taiwanese Stock Dividends**

In Taiwan, stock dividends can be paid out from capital surplus or retained earnings. The portion of stock dividends paid out of retained earnings is subject to the default withholding tax rate against the par value of each new share. The portion of stock dividends paid out of capital surplus is not subject to a withholding tax.

To take into account this withholding tax in the MSCI Indexes, MSCI reinvests a negative amount corresponding to the withholding tax in the MSCI Net DTR Indexes only.

This negative amount of the withholding tax is calculated using the following formula.

Withholding tax of Taiwanese stock dividend = Number of shares received which are subject to the withholding tax x par value of each share x Taiwanese default withholding tax rate[6].

This negative reinvestment is reflected simultaneously with the PAF on the ex-date of the stock dividend.

**Taiwanese Capital Repayments**

In Taiwan, the cash distributions paid out from the types of capital surplus which are originally contributed by shareholders are not subject to any withholding tax. Otherwise, the cash distributions paid out from the types of capital surplus not originally contributed by shareholders are subject to a withholding tax. The cash distribution paying out of the capital surplus originally contributed by shareholders is therefore reinvested in the MSCI DTR Indexes free of withholding tax. Otherwise, the cash distribution paying out from the equity capital not originally contributed by shareholders is reinvested with the default withholding tax rate. In the case that a Taiwanese company does not clarify the source of capital surplus, the cash distribution is reinvested in the MSCI DTR Indexes free of withholding tax.

---

[6] Please refer to the Appendix for the latest withholding tax rate for Taiwan

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.

**Thailand Cash Dividends**

In Thailand, the Board of Investment ("BOI") provides tax exemptions to certain companies that generate profit from promoting investment activity in Thailand. These companies can be classified as BOI promoted companies and are referred to as operating "under BOI privilege." When a company under BOI privilege distributes dividends, the dividends derived from business profit generated by BOI related business can be exempted from withholding tax. However, Non-Voting Depositary Receipt (NVDR) holders are not entitled to the withholding tax exemption.

MSCI does not take into account such tax exemption in calculating net dividends. That is, MSCI does not differentiate dividends derived from business profit under BOI privilege and non-BOI privilege. MSCI will therefore reinvest the full cash dividend amount with the default withholding tax rate in the MSCI DTR Indexes.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.



### 2.3.8    DEFINITIONS

- **Announcement date** - the date on which the company announces its next dividend payment.

- **Reception date -** the date on which the information about the dividend is received by MSCI from its data sources.

- **Record date -** the date on which an individual must own shares (be the holder of record) in order to receive a declared dividend or capital gains distribution.

- **Ex-date -** the first day on which, if an investor buys the security, the security no longer carries the right to the declared dividend.

© 2019 MSCI Inc. All rights reserved. Please refer to the disclaimer at the end of this document.    MSCI.COM | PAGE 43 OF 142



## Contact us

clientservice@msci.com

### AMERICAS

| | |
|---|---|
| Americas | 1 888 588 4567 * |
| Atlanta | + 1 404 551 3212 |
| Boston | + 1 617 532 0920 |
| Chicago | + 1 312 675 0545 |
| Monterrey | + 52 81 1253 4020 |
| New York | + 1 212 804 3901 |
| San Francisco | + 1 415 836 8800 |
| São Paulo | + 55 11 3706 1360 |
| Toronto | + 1 416 628 1007 |

### EUROPE, MIDDLE EAST & AFRICA

| | |
|---|---|
| Cape Town | + 27 21 673 0100 |
| Frankfurt | + 49 69 133 859 00 |
| Geneva | + 41 22 817 9777 |
| London | + 44 20 7618 2222 |
| Milan | + 39 02 5849 0415 |
| Paris | 0800 91 59 17 * |

### ASIA PACIFIC

| | |
|---|---|
| China North | 10800 852 1032 * |
| China South | 10800 152 1032 * |
| Hong Kong | + 852 2844 9333 |
| Mumbai | + 91 22 6784 9160 |
| Seoul | 00798 8521 3392 * |
| Singapore | 800 852 3749 * |
| Sydney | + 61 2 9033 9333 |
| Taipei | 008 0112 7513 * |
| Thailand | 0018 0015 6207 7181 * |
| Tokyo | + 81 3 5290 1555 |

* = toll free

### ABOUT MSCI

MSCI is a leading provider of critical decision support tools and services for the global investment community. With over 45 years of expertise in research, data and technology, we power better investment decisions by enabling clients to understand and analyze key drivers of risk and return and confidently build more effective portfolios. We create industry-leading research-enhanced solutions that clients use to gain insight into and improve transparency across the investment process.

To learn more, please visit www.msci.com.



# Notice and disclaimer

This document and all of the information contained in it, including without limitation all text, data, graphs, charts (collectively, the "Information") is the property of MSCI Inc. or its subsidiaries (collectively, "MSCI"), or MSCI's licensors, direct or indirect suppliers or any third party involved in making or compiling any Information (collectively, with MSCI, the "Information Providers") and is provided for informational purposes only.  The Information may not be modified, reverse-engineered, reproduced or redisseminated in whole or in part without prior written permission from MSCI.

The Information may not be used to create derivative works or to verify or correct other data or information.   For example (but without limitation), the Information may not be used to create indexes, databases, risk models, analytics, software, or in connection with the issuing, offering, sponsoring, managing or marketing of any securities, portfolios, financial products or other investment vehicles utilizing or based on, linked to, tracking or otherwise derived from the Information or any other MSCI data, information, products or services.

The user of the Information assumes the entire risk of any use it may make or permit to be made of the Information.  NONE OF THE INFORMATION PROVIDERS MAKES ANY EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS WITH RESPECT TO THE INFORMATION (OR THE RESULTS TO BE OBTAINED BY THE USE THEREOF), AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EACH INFORMATION PROVIDER EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES (INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF ORIGINALITY, ACCURACY, TIMELINESS, NON-INFRINGEMENT, COMPLETENESS, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE) WITH RESPECT TO ANY OF THE INFORMATION.

Without limiting any of the foregoing and to the maximum extent permitted by applicable law, in no event shall any Information Provider have any liability regarding any of the Information for any direct, indirect, special, punitive, consequential (including lost profits) or any other damages even if notified of the possibility of such damages. The foregoing shall not exclude or limit any liability that may not by applicable law be excluded or limited, including without limitation (as applicable), any liability for death or personal injury to the extent that such injury results from the negligence or willful default of itself, its servants, agents or sub-contractors.

Information containing any historical information, data or analysis should not be taken as an indication or guarantee of any future performance, analysis, forecast or prediction.  Past performance does not guarantee future results.

The Information should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions.  All Information is impersonal and not tailored to the needs of any person, entity or group of persons.

None of the Information constitutes an offer to sell (or a solicitation of an offer to buy), any security, financial product or other investment vehicle or any trading strategy.

It is not possible to invest directly in an index.  Exposure to an asset class or trading strategy or other category represented by an index is only available through third party investable instruments (if any) based on that index.   MSCI does not issue, sponsor, endorse, market, offer, review or otherwise express any opinion regarding any fund, ETF, derivative or other security, investment, financial product or trading strategy that is based on, linked to or seeks to provide an investment return related to the performance of any MSCI index (collectively, "Index Linked Investments").  MSCI makes no assurance that any Index Linked Investments will accurately track index performance or provide positive investment returns.  MSCI Inc. is not an investment adviser or fiduciary and MSCI makes no representation regarding the advisability of investing in any Index Linked Investments.

Index returns do not represent the results of actual trading of investible assets/securities. MSCI maintains and calculates indexes, but does not manage actual assets. Index returns do not reflect payment of any sales charges or fees an investor may pay to purchase the securities underlying the index or Index Linked Investments. The imposition of these fees and charges would cause the performance of an Index Linked Investment to be different than the MSCI index performance.

The Information may contain back tested data.  Back-tested performance is not actual performance, but is hypothetical.  There are frequently material differences between back tested performance results and actual results subsequently achieved by any investment strategy.

Constituents of MSCI equity indexes are listed companies, which are included in or excluded from the indexes according to the application of the relevant index methodologies. Accordingly, constituents in MSCI equity indexes may include MSCI Inc., clients of MSCI or suppliers to MSCI.  Inclusion of a security within an MSCI index is not a recommendation by MSCI to buy, sell, or hold such security, nor is it considered to be investment advice.

Data and information produced by various affiliates of MSCI Inc., including MSCI ESG Research LLC and Barra LLC, may be used in calculating certain MSCI indexes.  More information can be found in the relevant index methodologies on www.msci.com.

MSCI receives compensation in connection with licensing its indexes to third parties.  MSCI Inc.'s revenue includes fees based on assets in Index Linked Investments. Information can be found in MSCI Inc.'s company filings on the Investor Relations section of www.msci.com.

MSCI ESG Research LLC is a Registered Investment Adviser under the Investment Advisers Act of 1940 and a subsidiary of MSCI Inc.  Except with respect to any applicable products or services from MSCI ESG Research, neither MSCI nor any of its products or services recommends, endorses, approves or otherwise expresses any opinion regarding any issuer, securities, financial products or instruments or trading strategies and MSCI's products or services are not intended to constitute investment advice or a recommendation to make (or refrain from making) any kind of investment decision and may not be relied on as such. Issuers mentioned or included in any MSCI ESG Research materials may include MSCI Inc., clients of MSCI or suppliers to MSCI, and may also purchase research or other products or services from MSCI ESG Research.  MSCI ESG Research materials, including materials utilized in any MSCI ESG Indexes or other products, have not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body.

Any use of or access to products, services or information of MSCI requires a license from MSCI. MSCI, Barra, RiskMetrics, IPD and other MSCI brands and product names are the trademarks, service marks, or registered trademarks of MSCI or its subsidiaries in the United States and other jurisdictions. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and Standard & Poor's.  "Global Industry Classification Standard (GICS)" is a service mark of MSCI and Standard & Poor's.

MIFID2/MIFIR notice: MSCI ESG Research LLC does not distribute or act as an intermediary for financial instruments or structured deposits, nor does it deal on its own account, provide execution services for others or manage client accounts. No MSCI ESG Research product or service supports, promotes or is intended to support or promote any such activity. MSCI ESG Research is an independent provider of ESG data, reports and ratings based on published methodologies and available to clients on a subscription basis.  We do not provide custom or one-off ratings or recommendations of securities or other financial instruments upon request.

Privacy notice: For information about how MSCI ESG Research LLC collects and uses personal data concerning officers and directors, please refer to our Privacy Notice at https://www.msci.com/privacy-pledge.

© 2019 MSCI Inc. All rights reserved.