# EXHIBIT 51

# GUGGENHEIM

March 1, 2022

**Ali Faghri**
ali.faghri@guggenheimpartners.com
310 319 2562

**Ronald J Jewsikow**
ronald.jewsikow@guggenheimpartners.com
212 823 6581

**Jonathan Elias**
jonathan.elias@guggenheimpartners.com
212 381 7573

## LCID          NEUTRAL

**Lucid Group, Inc.**
**Sector: Electric Mobility**

## Earnings Release

| Share Price | $28.98 |
|---|---|
| Price Target | NA |

**Revenue ($M)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2021** | 0 | 0 | 0 | 26 | 27 |
| *Prior* | — | — | — | 68 | 68 |
| P/S | | | | | NM |
| **2022** | 74E | 171E | 364E | 726E | 1,334E |
| *Prior* | *212E* | *348E* | *611E* | *833E* | *2,005E* |
| P/S | | | | | 35.8x |
| **2023** | 778E | 848E | 954E | 1,167E | 3,747E |
| *Prior* | — | *985E* | *1,348E* | *1,672E* | *4,782E* |
| P/S | | | | | 12.7x |

**EBITDA($M)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2021** | (203) | (204) | (245) | (300) | (952) |
| *Prior* | *(202)* | *(203)* | — | *(341)* | *(991)* |
| **2022** | (267)E | (305)E | (306)E | (288)E | (1,166)E |
| *Prior* | *(258)E* | *(269)E* | *(303)E* | *(299)E* | *(1,129)E* |
| **2023** | (231)E | (196)E | (158)E | (127)E | (712)E |
| *Prior* | *(202)E* | *(163)E* | *(166)E* | *(111)E* | *(642)E* |

**Market Data & Valuation Multiples**

| 52-Week Range | $16.12 - $57.75 |
|---|---|
| Shares Out (M) | 1,646.4 |
| Market Cap (M) | $47,712 |
| ADV (3 mo; 000) | 47,303 |

## LCID 4Q21 Recap - Slower Near-Term Ramp Results in Lower FY22 Volume Outlook; Reservation Growth Suggests Product Demand Strong - Remain NEUTRAL

**Key Message:** LCID reported 4Q results yesterday after market close. Key takeaways: 1) 4Q vehicle deliveries of 125 fell short of guidance of 500+, and improved to only ~300 as of 2/28, with extraordinary supplier and logistics issues cited as the primary factors for a slower ramp; 2) FY22 production guidance was reduced ~35% at the mid-point to 12-14k, which is expected to be back-half weighted as supplier headwinds persist near-term; 3) reservations are now above 25k, up nicely from 17k in November; 4) cost and gross margin headwinds are greater than expected and will persist through the end of the year; 5) the Gravity SUV launch was pushed out to 2024 from 2023 prior; and 6) LCID signed an agreement to build its first international factory in Saudi Arabia, with production expected to start in 2025. Overall, we came away with a balanced view on the stock. On the positive side, we commend management for starting deliveries of their first vehicle in a tough supply chain and macro backdrop, and believe strong initial customer feedback and industry awards as well as consistent strong growth in reservations are indicative of a compelling product and demand visibility. LCID's EV technology (range, charging speed) also remains best-in-class which will continue to help differentiate the product/brand. On the negative side, while FY22 delivery targets were lowered significantly, we believe slower near-term ramp and the 'hockey stick' cadence likely means there isn't much cushion. Furthermore, the Gravity SUV delay could lead to 'time to market' concerns in an important category. Lastly, while shares have underperformed YTD (-24% vs. Nasdaq -13%), so have most comps (TSLA -18%), so relative valuation hasn't improved much since our December initiation (see here). Putting this all together, our estimates move lower, and our updated DCF and multiples based valuation approach points to fair value in the ~$25 range. Remain NEUTRAL rated.

### What the Bulls Like

- **Reservations growth and positive customer reception support brand building strategy and strong product demand.** LCID disclosed that reservations now exceed 25K, up from 13K as of 9/30/21 and 17K as of 11/15/21. The backlog of reservations represents $2.4 billion of revenue (at MSRP, no options), implying a healthy mix of trim levels. Reservations have been increasing at a low teens % monthly CAGR since May 2021 and the latest update maintained that trend. We think growth in reservations were aided by the Lucid Dream winning the MotorTrend "Car of the Year" award which occurred after the 11/15 update. Importantly, we believe ongoing growth in reservations support our view that LCID is effectively building the brand and that product demand is strong. We would expect reservations to continue to trend upward with more vehicles being delivered and more sales centers opening. This should improve visibility to an acceleration in vehicle deliveries as near-term ramp/supply issues abate. We would also highlight that reservations still do not include the Gravity SUV, and are still biased towards the smaller US EV market with reservations not yet open in the Chinese market (which should be sizable). Lastly, owner testimonials and notable reviews from leading websites and media personalities also continue to be overwhelmingly positive, and should provide investors confidence in LCID's 'Crawl, Walk, Run' brand building strategy and their ability to remain competitive as they eventually move into higher volume/mass market segments.
- **LCID announces plan for first international production facility in Saudia Arabia.** The plant is expected to break ground in 2022 and start production in 2025, and will have annual capacity for up to 150k at a full run rate. Importantly, management believes the location of the plant in Saudi Arabia may result in $3.4 billion of value to the company over 15 years. LCID believes the factory location in Saudi Arabia will facilitate global logistics and international vehicle delivery, while also benefiting from attractively priced commodities and energy prices. Overall, while we don't view Saudi Arabia as the ideal

This report is intended for Ali Faghri at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

ELECTRIC MOBILITY

location for an international plant given their lack of a domestic auto supply chain, we recognize LCID's relationship with PIF (Saudi Public Investment Fund which owns ~62% of shares) was a key factor in building the plant there and believe that it still does help de-risk the out-year production outlook and allow the company to meet international demand in a capital-efficient manner.

### What the Bears Like

- **FY22 delivery outlook reduced significantly, but implies a 'hockey stick' in 2H with supply issues likely to persist near-term.** LCID guided for 2022 production of 12-14K, compared to prior guidance of 20k, and consensus at 18K. With 1Q deliveries off to a slow start (QTD production is in the ~250 unit range) the guidance cut was necessary. Management noted that the slower ramp is due to issues with some suppliers delivering quality product in certain commodity-like categories, as well as logistics disruptions, rather than semiconductor supply constraints. Importantly the guide is likely to still be viewed as aspirational with an implied quarterly production growth CAGR (sequential) through year-end of more than 150%. Based on commentary that supply issues will persist over the coming months, guidance appears to be heavily 2H-weighted, which could lead to downside risk if supplier issues don't resolve as expected (or unexpected new issues pop up). Overall, while we were glad to see management reduce FY22 volume expectations which we had viewed as too optimistic, we still can't confidently say the outlook is 'de-risked' as it implies a significant ramp in the 2H in a low visibility backdrop. Our current quarterly delivery cadence implies 1Q22 production of 450 units, 2Q22 1,300, 3Q22 3,000 and 4Q22 6,250. That puts us at total FY22 deliveries of 11.0K vs. 17.5K prior, and slightly below the low-end of guidance.

- **Based on this FY22 exit-rate and AMP Phase 2 timeline, 2023 volume forecasts likely need to move lower.** LCID expects to complete Phase 2 of the AMP facility expansion by the end of 2023, which will provide 90K units of total production capacity, up from 34K currently. If we assume the first 3 quarters of FY23 are operating at full Phase 1 utilization (may prove aggressive with supply chain issues), annualized production in 4Q23 would need to be 72K units to hit current FY23 consensus of 43k, which is very unlikely given that ~40% of planned Phase 2 capacity (37K/90K units) is for the Gravity SUV which is not launching until 2024. As a result, we now model FY23 vehicle deliveries in the ~35K range, ~20% below current consensus of 43.6K and our prior 43.0K estimate.

- **Gravity SUV delayed until 2024.** On the call LCID management indicated they now expect to begin deliveries of the Gravity SUV in the first half of 2024 compared to late 2023 prior. Management noted that they would like to continue developing and optimizing the product. Given investor excitement around the Gravity SUV is high, the delay likely compounds the narrative issues around supply chain issues and potential risk to delivery forecasts. Additionally, the delay will allow competitor offerings more time in the market in advance of LCID (multiple electric SUVs/trucks coming out in coming years), which could make taking incremental market share in a more competitive market challenging. Ultimately, we believe the best product wins, which should benefit LCID assuming they continue to build brand equity and maintain their best in class powertrain/ battery efficiency (allowing the company to offer the best range at the best price).

- **Near-term cost pressures could drive questions around base trim pricing and gross margin trajectory.** On the call management indicated that inflation in personnel, logistics, expedited freight costs resulted a $49 million charge in 4Q to reflect net realizable value inventory adjustments to COGS. Importantly, management expects this headwind to persist through the remainder of the year (though operating leverage should improve as the year progresses with volumes ramping) driving negative gross margin in FY22. We are less concerned about near-term cost issues, as LCID is selling a premium product at a premium price, and at scale we are confident current higher trim levels can generate sufficient gross margins. That said, a significant amount of inflation has occurred since the price point of the Air Pure trim level was introduced in late 2020 (new vehicle ATPs up 20+%), which may result in a rethink on the entry level price point to support a sufficient gross margin. We would note that the Air Pure is priced well below flagship luxury/EV competition already. Overall, we think LCID has levers to pull on the pricing side given the potential value proposition of the Lucid Air Pure, but there is risk that a price increase this early in the product lifecycle could modestly slow reservation momentum, which is an important KPI for investors/the stock.

### Quarterly Review, Estimates and Valuation

- **4Q results were generally weaker than us/consensus and modestly weaker than feared.** KPIs - Revenues of $26 million vs. our $68 million estimate and the $60 million consensus. Deliveries of 125 units vs. our 400 units and the 376 unit consensus estimate.

This report is intended for Ali Faghri at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

ELECTRIC MOBILITY

| LUCID GROUP, INC. | March 1, 2022 |
|---|---|

Adjusted EBITDA of -$300 million was better than our -$341 million and the -$346 million consensus.

- **Updating our model - bringing down FY22 and FY23 estimates.** Following 4Q21 results and FY22 production guidance, we are lowering our FY22 estimates calling for revenues of $1,334 million vs. $2,005 million prior, EBITDA of -$1,166 million vs. -$1,129 million prior and EPS of -$1.19 vs. -$1.05 prior. We are also adjusting our FY23 estimates calling for revenues of $3,747 million vs. $4,782 million prior, EBITDA of -$712 million vs. -$642 million prior and EPS of -$0.93 vs. -$0.82 prior.

- **Valuation.** Our valution is based on a 50/50 multiples and DCF approach. Our DCF for LCID implies a fair value of ~$26 per share. We assume $71 billion in revenue and ~$8.5 billion in net income in 2032. Other key assumptions include capex moderation to the 4-5% range, D&A moderating to 4-5% of sales, a 12% discount rate (up from 10% prior), and 3% terminal growth. For our multiples-based approach, we apply a 30% discount to TSLA's FY25 EV/sales multiple (~7x) on our FY25 sales estimate of $11.4 billion and discount back three years, resulting in a fair value of ~$24 per share. We believe a discount to TSLA is appropriate as it balances Lucid's early stage of growth with greater risks related to establishing the brand, scaling production as a vertically integrated new entrant OEM, and significant competition from legacy OEMs and upstarts. We believe using FY25 as a valuation base is appropriate given that Lucid will still be significantly underpenetrated (~0.1% of global units) but will have launched and partially scaled a higher volume platform by that time. This results in a blended fair value of ~$25 per share, supporting our NEUTRAL rating.

- **Risks.** Upside risks to our Neutral rating include upside to delivery forecasts if production ramps quicker as supply chain pressure abate, faster than expected EV market penetration growth, an increase in EV comparison multiples and further development of AV capabilities (including partnerships). Downside risks to our Neutral rating include slower than expected production ramp/greater downside to our near-term volume forecasts from supply chain pressure, operational risks surrounding greater degrees of vertical integration, softer than expected product demand given increasing competition, technology/efficiency advantages prove not to be sustainable, failure to timely launch new products after the Air, and a softening of EV comparison multiples.

| $ in mn except per share data | |
|---|---|
| **DCF Approach** | |
| **DCF per share value** | **$26** |
| **Multiples Approach** | |
| TSLA FY25 EV/sales multiple | 5X |
| LCID FY25E sales | $11,443 |
| LCID FY25 EV using TSLA multiple | $56,072 |
| **Discounted per share value** | **$24** |
| **Blended** | |
| **50/50 DCF/multiples blended per share value** | **$25** |

Source: Factset and Guggenheim Securities, LLC estimates

This report is intended for Ali Faghri at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

---

**GUGGENHEIM SECURITIES, LLC**    *See pages 6 - 7 for analyst certification and important disclosures.*    Page 3

ELECTRIC MOBILITY

**LUCID GROUP, INC.** **March 1, 2022**

**Companies Mentioned**

Tesla Inc, TSLA-US (NEUTRAL, $870.43)

This report is intended for Ali Faghri at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

**GUGGENHEIM SECURITIES, LLC** *See pages 6 - 7 for analyst certification and important disclosures.* Page 4

This report is intended for Ali Faghi at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

ELECTRIC MOBILITY

**LUCID GROUP, INC.**
Quarterly P&L ($ amounts in millions)
ali.faghi@guggenheimpartners.com

March 1, 2022

| ($ in millions, except per share) | 2021 | 1Q E | 2Q E | 3Q E | 4Q E | 2022E | 1Q E | 2Q E | 3Q E | 4Q E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $27 | $74 | $171 | $364 | $726 | $1,334 | $778 | $848 | $954 | $1,167 | $3,747 | $6,919 | $11,443 |
| Cost of sales | $155 | $161 | $237 | $414 | $733 | $1,545 | $732 | $756 | $841 | $1,016 | $3,345 | $5,796 | $9,196 |
| **Gross profit** | ($128) | ($87) | ($66) | ($50) | ($7) | ($211) | $46 | $92 | $113 | $150 | $402 | $1,122 | $2,247 |
| SG&A | $619 | $165 | $203 | $252 | $288 | $907 | $270 | $260 | $236 | $243 | $1,009 | $1,046 | $1,258 |
| R&D | $783 | $202 | $211 | $216 | $244 | $873 | $270 | $269 | $246 | $254 | $1,038 | $813 | $987 |
| Stock Comp | $517 | $147 | $124 | $140 | $144 | $555 | $162 | $148 | $135 | $139 | $584 | $504 | $494 |
| **Operating income (adj)** | ($1,013) | ($307) | ($356) | ($378) | ($395) | ($1,437) | ($331) | ($289) | ($234) | ($207) | ($1,061) | ($233) | $496 |
| Interest expense | 1.7 | 6.2 | 6.2 | 6.2 | 6.2 | 24.8 | 6.2 | 6.2 | 6.2 | 6.2 | 24.8 | 24.8 | 24.8 |
| Other | 586 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Pretax income** | ($2,117) | ($460) | ($486) | ($525) | ($545) | ($2,016) | ($499) | ($443) | ($375) | ($353) | ($1,669) | ($761) | ($22) |
| Tax | 0 | - | - | - | - | - | - | - | - | - | - | - | (1) |
| **Net income** | ($2,118) | ($460) | ($486) | ($525) | ($545) | ($2,016) | ($499) | ($443) | ($375) | ($353) | ($1,669) | ($761) | ($21) |
| Shares outstanding - diluted | 1,323 | 1,691 | 1,691 | 1,691 | 1,691 | 1,691 | 1,742 | 1,742 | 1,867 | 1,867 | 1,804 | 1,923 | 1,981 |
| **EPS - adjusted** | ($1.60) | ($0.27) | ($0.29) | ($0.31) | ($0.32) | ($1.19) | ($0.29) | ($0.25) | ($0.20) | ($0.19) | ($0.93) | ($0.40) | ($0.01) |
| **Adjusted EBITDA** | | | | | | | | | | | | | |
| EBITDA | ($952) | ($267) | ($305) | ($306) | ($288) | ($1,166) | ($231) | ($196) | ($158) | ($127) | ($712) | $349 | $1,346 |
| **Deliveries (000s) and ASPs** | | | | | | | | | | | | | |
| **Total Deliveries** | 0.1 | 0.5 | 1.3 | 3.0 | 6.3 | 11.0 | 7.0 | 8.0 | 9.0 | 11.0 | 35.0 | 62.0 | 108.0 |
| **ASP** | $169,000 | $163,000 | $130,000 | $120,000 | $115,000 | $120,100 | $110,000 | $105,000 | $105,000 | $105,000 | $106,000 | $110,484 | $104,907 |
| **Growth analysis** | | | | | | | | | | | | | |
| Sales | | NA | NA | NA | 2650.6% | 4821.7% | 949.8% | 397.0% | 162.5% | 60.7% | 180.8% | 84.6% | 65.4% |
| Gross profit | | NA | NA | NA | (94.3%) | 65.0% | (152.9%) | (240.2%) | (325.0%) | (2189.0%) | (290.8%) | 179.1% | 100.2% |
| SG&A expenses | | 55.7% | 89.5% | 4.0% | 75.7% | 46.6% | 63.3% | 28.4% | (6.2%) | (15.6%) | 11.2% | 3.7% | 20.2% |
| R&D expenses | | 47.5% | 70.0% | 45.3% | 18.0% | 41.8% | 7.7% | (18.9%) | (38.2%) | (47.5%) | (26.2%) | (78.1%) | (313.2%) |
| Operating income | | 68.3% | 77.4% | 0.0% | (47.9%) | (4.8%) | 8.4% | (8.9%) | (28.6%) | (35.3%) | (17.2%) | (54.4%) | (97.2%) |
| Net income | | 31.3% | 49.3% | 24.8% | (3.7%) | 22.5% | (13.5%) | (35.7%) | (48.4%) | (56.0%) | (38.9%) | (149.1%) | 285.2% |
| EBITDA - adj | | 21.1% | 27.7% | (28.0%) | (49.4%) | (25.5%) | 5.3% | (11.5%) | (35.3%) | (41.4%) | (22.4%) | (57.2%) | (97.3%) |
| Earnings per share - adjusted | | | | | | | | | | | | | |
| **Margin analysis** | | | | | | | | | | | | | |
| Gross margin | (471.3%) | (117.8%) | (38.6%) | (13.9%) | (1.0%) | (15.8%) | 5.9% | 10.9% | 11.9% | 12.9% | 10.7% | 16.2% | 19.6% |
| SG&A expenses | 2283.3% | 222.8% | 118.8% | 69.3% | 39.6% | 68.0% | 34.7% | 30.7% | 24.8% | 20.8% | 26.9% | 15.1% | 11.0% |
| R&D expenses | 2886.5% | 272.3% | 123.8% | 59.4% | 33.7% | 65.5% | 34.7% | 31.7% | 25.7% | 21.8% | 27.7% | 11.7% | 8.6% |
| Operating income (adj) | (3735.9%) | (414.9%) | (208.4%) | (104.0%) | (54.5%) | (107.7%) | (42.6%) | (34.0%) | (24.5%) | (17.8%) | (28.3%) | (3.4%) | 4.3% |
| EBITDA - Adj. | (3510.3%) | (360.4%) | (178.7%) | (84.2%) | (39.6%) | (87.4%) | (29.7%) | (23.1%) | (16.6%) | (10.9%) | (19.0%) | 5.1% | 11.8% |
| Net margin | (7811.7%) | (621.3%) | (284.8%) | (144.3%) | (75.1%) | (151.1%) | (64.2%) | (52.2%) | (39.3%) | (30.2%) | (44.6%) | (11.0%) | (0.2%) |
| Tax rate | (0.0%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.0% |

*Source: Company Reports & Guggenheim Securities, LLC estimates*

| LUCID GROUP, INC. | March 1, 2022 |
|---|---|

## ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

## IMPORTANT DISCLOSURES

The research analyst(s) whose name(s) appear(s) in this report have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Lucid Group, Inc. is or was during the 12-month period preceding the date of the distribution of this report a client of Guggenheim Securities, LLC. Guggenheim Securities, LLC provided Lucid Group, Inc. investment banking services.

Guggenheim Securities, LLC or its affiliates received compensation for investment banking services from Lucid Group, Inc. during the past 12 months.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Lucid Group, Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



**Rating and Price Target History for: Lucid Group, Inc. (LCID) as of 02-28-2022**

Created by: BlueMatrix

## RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth,

This report is intended for Ali Faghri at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

**RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:**

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
| --- | --- | --- | --- | --- |
| | | | Count | Percent |
| BUY | 240 | 64.69% | 66 | 27.50% |
| NEUTRAL | 126 | 33.96% | 16 | 12.70% |
| SELL | 5 | 1.35% | 0 | 0.00% |

**OTHER DISCLOSURES**

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

Copyright © 2022 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

This report is intended for Ali Faghri at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

# Guggenheim Securities Equity Research & Equities Teams

## Consumer Equity Research

### Automotive
**Ali Faghri**                                          310.319.2562
Ali.Faghri@guggenheimpartners.com

### Beverages & Food Producers
**Laurent Grandet**                                     212.372.6368
Laurent.Grandet@guggenheimpartners.com

### Consumer Internet/E-Commerce
**Seth Sigman**                                         212.518.5337
Seth.Sigman@guggenheimpartners.com

### Food Retailers; Consumables Retail/Distribution
**John Heinbockel**                                     212.381.4135
John.Heinbockel@guggenheimpartners.com

### Hardlines Retail
**Steven Forbes, CFA, CPA**                             212.381.4188
Steven.Forbes@guggenheimpartners.com

### Restaurants
**Gregory Francfort, CFA**                              212.518.9182
Gregory.Francfort@guggenheimpartners.com

### Retailing/Department Stores & Specialty Softlines
**Robert Drbul**                                        212.823.6558
Robert.Drbul@guggenheimpartners.com

## Consumer Equities Team

### Consumer Sector Specialist
**Carey Kaufman**                                       504.299.3424
Carey.Kaufman@guggenheimpartners.com

## Energy & Power Equity Research

### Energy Technology & Industrial Technology
**Joseph Osha, CFA**                                    415.852.6468
Joseph.Osha@guggenheimpartners.com

### Power & Utilities
**Shahriar Pourreza, CFA**                              212.518.5862
Shahriar.Pourreza@guggenheimpartners.com

## Technology & Media Equity Research

### Entertainment & Digital Media
**Michael Morris, CFA**                                 804.253.8025
Michael.Morris@guggenheimpartners.com

### Media & Live Entertainment
**Curry Baker**                                         804.253.8029
Curry.Baker@guggenheimpartners.com

### Security & Infrastructure Software; Communication & Collaboration Software
**Imtiaz Koujalgi**                                     212.518.9398
Imtiaz.Koujalgi@guggenheimpartners.com

### Software
**Ken Wong, CFA**                                       415.852.6465
Ken.Wong@guggenheimpartners.com

## Healthcare Equity Research

### Biotechnology
**Debjit Chattopadhyay, Ph.D.**                         212.823.6584
Debjit.Chattopadhyay@guggenheimpartners.com

**Michael Schmidt, Ph.D.**                              617.859.4636
Michael.Schmidt@guggenheimpartners.com

**Yatin Suneja**                                        212.518.9565
Yatin.Suneja@guggenheimpartners.com

**Charles Zhu, Ph.D.**                                  212.518.9501
Charles.Zhu@guggenheimpartners.com

### Global Biopharmaceuticals
**Seamus Fernandez**                                    617.859.4637
Seamus.Fernandez@guggenheimpartners.com

### Medical Supplies & Devices
**Chris Pasquale**                                      212.518.9420
Chris.Pasquale@guggenheimpartners.com

## Healthcare Equities Team

### Healthcare Sector Specialist
**Whitney Wolfe**                                       212.518.9630
Whitney.Wolfe@guggenheimpartners.com

### Healthcare Sector Specialist
**Michael Guba**                                        212.292.5586
Michael.Guba@guggenheimpartners.com

### Senior Consultant, Guggenheim Securities
### CEO, Health Capital Group, LLC
**Neal Masia**
GSPolicyPulse@guggenheimpartners.com

## Sales and Trading Offices

New York                                                212.292.4700
San Francisco                                           415.852.6451
Boston                                                  617.859.4626
Los Angeles                                             310.260.6832
Richmond                                                804.253.8052

This report is intended for Ali Faghri at Guggenheim Securities. Unauthorized distribution of this report is prohibited.

**GUGGENHEIM**