# EXHIBIT 53

 **Lucid Group**

# Lucid In Production Hell

04/08/2022 5:31am

**Charles Coldicott  |  +44 20 7000 2140  |  charles.coldicott@redburn.com**

Lucid's bedevilled ramp up took another negative turn in Q2, leading to the company cutting its already revised FY22 guidance from 12-14,000 units to just 6-7,000. In Q2, the carmaker's production was effectively unchanged from what it managed in Q1, at c700 units. Deliveries were only 679 units versus consensus' expectation of 1,011 units. This was despite having managed c300 deliveries in April, reflecting a breakdown in the process during May and June. There are concerns with quality, which jars with the company's luxury price point and risks distracting from the company's unique technology. This has not impacted demand yet, with the pace of order intake unchanged, but this could be the next domino to fall given new delays. Meanwhile, the runway on liquidity is dwindling, with the company in need of fresh capital in the next year. In light of this, the persistent premium with which Lucid is valued versus its EV peers is quite difficult to justify. Following large cuts to our forecasts, our DCF-derived fair value falls to $13 per share for Lucid (prior: $25). At that share price, Lucid's FY30 EV/Sales (using RDBNe revenue) would be 0.6x, in-line with the average of non-Tesla EV peers.

**Production: where does it go from here?**

Production in the first half of 2022 was reported as 1,405 units. We estimate that was split 680 in Q1 (the company only said at the time that it was "nearly 700") and 725 units in Q2. Informed by the ramp up curve of the Tesla Model S, we had been forecasting 1,500 units in Q2 (there is no consensus for production). Lucid blamed the industry-wide supply chain issues as well as Lucid-specific logistics problems for this halt to developments – specifically, the challenge of getting parts to the assembly line. There were 2.5 weeks of production lost in Q2 to stoppages, as well as additional periods during the odd day here and there. The company hopes a number of hires in Manufacturing and Operations will help to address this, as well as accelerating some investments in logistics.

Given the lack of any identifiable progress in production during Q2, as well as the fact that the company chose not to provide a production update as of today this time round, it is very challenging to estimate the potential H2 volumes with any degree of confidence (let alone 2023). We have reduced our FY22 production forecast from 11,283 units to 4,509 units, leaving us still below the revised guidance of 6,000-7,000 vehicles. Since we are inclined to believe the logistics problems were not resolved in July, we expect the QoQ increase to be smaller in Q3 than in Q4. Our forecast is also therefore that H2 production will be double H1's, which feels to us like a realistic growth rate.

**Lucid delivery and production schedule**

| units | 4Q21 | FY21 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | FY22 | FY23 | FY24 | FY25 | FY26 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total production | 199 | 200 | 680 | 725 | 1,025 | 2,078 | 4,509 | 19,225 | 30,375 | 44,708 | 80,758 |
| Total deliveries | 125 | 125 | 340 | 679 | 1,025 | 2,078 | 4,143 | 19,225 | 30,375 | 44,708 | 80,758 |

*Source: Redburn, company reports*

Management did reveal on the Q2 results call that there were a "significant" amount of nearly-complete vehicles that the company had in its inventory at the end of June. These models, it was said, required only fit and finish adjustments. This should help to assuage concerns about how the company will go from producing 1,405 units in H1 to at least 4,600 in H2, but unfortunately the company did not comment on how many of these nearly complete vehicles it has. From looking at the 'Work In Progress' inventory on the balance sheet, we would estimate that the number of these sorts of vehicles stood at c700 units at the end of Q2 (up from c300 at the end of Q1).

One source of information on Lucid's production and deliveries has been monitoring drone footage of its Arizona factory. Nevertheless, it has been challenging to interpret the growing car park we have seen in this footage – i.e. just how many cars are 'new' and what does this imply for deliveries. We will be comparing what we saw in the Q2 footage with what the company actually reported in the hope to derive some lessons. On reflection, one factor we have already noticed is that starting from approximately the middle of May, a growing number of the cars spotted in the car park were without protective cover. This could be because they are unfinished. We will have to investigate further, but we note for now that this trend of 'uncovered' models has continued throughout the July footage.

The company also reiterated that its next model, the Gravity, is on track for SOP in H2'24. Nevertheless, investors will understandably have their doubts given the problems with the Air, and we now forecast that it doesn't come until 2025, leaving total Lucid volumes at 30k in FY24 (cons: 61k; guidance at time of de-SPAC: 90k).

Longer term, how much does this latest setback matter? There is an argument that logistics problems in 2022 should have no bearing on how we think about demand in 2025 or 2030. It remains our view that Lucid has a very competitive product underpinned by unique technology (and there was added evidence of this yesterday, discussed below). Demand will be there if they can produce. However, the current hiccups in execution should probably lead us to increase a margin of safety to our forecasts, even in the long term. Moreover, whilst supply chain problems in 2022 will probably be long forgotten in a few years' time, they still may have a persistent impact on demand because (a) there will be fewer Lucid cars out there on the road to advertise the brand, and (b) problems today may structurally harm Lucid's reputation with customers for delivery. Consequently, we have reduced our estimate for FY25 deliveries by 54% to 44,708 units (cons: 112,714 units) and FY30 by c18% to 501,029 units (cons: 579,665). The reductions in our outer year forecasts are particularly detrimental to our DCF valuation.

The other factor that surprised us in Q2 was that, despite the problems with production, deliveries did not exceed the numbers of cars built (being 679 units versus c725). Prior to Q2, production had exceeded deliveries by more than 400 units. Some of these are obviously needed as marketing cars or show cars in the 29 Studios the company now has. Nevertheless, if these were finished goods, why weren't they delivered in Q2? Instead, Lucid was only able to deliver what it produced in the quarter. From management's remarks on the conference call, we deduce that the problem is quality issues, which may mean that what was previously classified as a finished good at the end of Q1 was not actually such. Quality issues when ramping up a new brand is not a problem unique to Lucid, and the company is clearly setting a high bar for itself. Nevertheless, it is imperative investors see improvements on this matter in the second half of the year.

**How much cash does Lucid have?**
Focus will increasingly turn to liquidity, which is now running low. Lucid ended the second quarter with $4.6bn of cash, cash equivalents and investments. One of the few bright spots in the Q2 results was that FCF of -$823m was better than feared (consensus: -$902m), albeit this was just because capex was c$190m lighter than expected.

The company reiterated that it expects its current resources to last "well into 2023". We forecast it runs out in approximately the middle of 2023. Evidently there is some minimum level of liquidity that the company cannot dip below without dramatic reduction in operations. However, the company has a revolving credit facility with Gulf International Bank for $266.5m as well as a new 5-year senior-secured asset-based revolving credit facility with a syndicate of Middle Eastern banks that has an initial principal of up to $1.0bn and is untapped (but of which, the company only had availability of $253m as of June 30th). Using these, we think it should be able to continue to pursue its growth strategy for the next 9-12 months without having to curtail its plans, but evidently a solution is needed soon.

Ideally, we suspect the company would have liked to have used strong H1 production figures as a springboard for having raised new capital by now. Obviously supply chain problems have not permitted this. On the basis that Lucid will want to ensure that cash on hand as a percentage of revenue remains in excess of 10%, we estimate that Lucid requires >$8bn of additional capital for it to reach the point of being self-funding (which we estimate to be in 2028). It will likely achieve this in bitesize chunks rather than in one go. It is imperative that it shows progress in ramping up production in 2H22 in order that it can raise additional capital in the least costly way possible.

**Order intake in Q3 could be very instructive**
Lucid reported reservations had risen to 37,000 units as of August 3rd, up from 30,000 on May 5th. This implies that the growth in the order book accelerated ever so slightly, from c530 units per week in the prior period, to 544 units per week in the latest one. The total order bank is impressive when you consider Mercedes only has 33,000 reservations for its EQS (for which the books are open globally). However, following the price changes applied on June 1st as well as the further delays - and our new forecasts effectively suggest some of today's orders will not be delivered until 2024 now – it will be very interesting to see what happens to this metric when the company next updates us. How elastic is demand?

**Lucid Air orderbook statistics**

| Source | IPO deck* | IPO deck | Newsroom | 3Q21 results | 3Q21 results | 4Q21 results | 1Q22 results | 2Q22 results |
|---|---|---|---|---|---|---|---|---|
| Date | 19-Feb-21 | 21-Jun-21 | 26-Jul-21 | 30-Sep-21 | 15-Nov-21 | 28-Feb-22 | 05-May-22 | 03-Aug-22 |
| Reservations, net | 7,500 | 10,000 | 11,000 | 13,000 | 17,000 | 25,000 | 30,000 | 37,000 |
| Abs. change in reservations | | 2,500 | 1,000 | 2,000 | 4,000 | 8,000 | 5,000 | 7,000 |
| # of weeks between periods | | 17.4 | 5.0 | 9.4 | 6.6 | 15.0 | 9.4 | 12.9 |
| Weekly additions, net | | 143 | 200 | 212 | 609 | 533 | 530 | 544 |
| Potential revenue ($m) | 650 | 900 | No data. | 1,300 | No data. | 2,400 | 2,900 | 3,500 |
| Avg. revenue / reservation ($) | 86,667 | 90,000 | na | 100,000 | na | 96,000 | 96,667 | 94,595 |

*Source: Redburn, company reports*

## Valuation

Lucid continues to trade at a significant premium to most of its EV peers. We think that is partly because of the uniqueness of its powertrain technology, which we would concur is a major structural advantage in the long term for Lucid. On this topic, we were intrigued by the company's announcement yesterday that it will be the sole provider of front-drive units in the next generation of Formula E race cars. CEO Peter Rawlinson commented that these drive units can do the 469 horsepower versus 670 hp as in the Lucid Air but are half the weight – in other words, the power-to-weight ratio is now c40% higher than what is already the world's best electric drive unit! Despite all of the troubles Lucid is having now with production, and the stark liquidity situation it faces, the bottom line is that (unlike some of its EV competition) this isn't vaporware: they have unique, cutting-edge technology.

The backing of Saudi Arabia, whether through vehicle orders, manufacturing incentives, or credit facilities, also helps to de-risk the outlook and therefore has contributed to the valuation premium. All that said, however, we think it is difficult to justify the valuation premium in light of its current struggles. We use a DCF to derive a fair value for Lucid. As well as the cuts we have made to our forecasts, we now apply a higher WACC of 11.0% (prior: 10.5%) to reflect the liquidity risk, which results in a fair value of $13 per share. At that share price, Lucid's FY30 EV/Sales (using RDBNe revenue) would be 0.6x, in-line with the average of non-Tesla EV peers.

**Lucid valuation in comparison to OEM competitors**

| Company | -------------------- EV / Sales -------------------- | | | | | 2022-25 Sales CAGR | -------------------- EV / EBITDA -------------------- | | | | |
| | FY22 | FY23 | FY24 | FY25 | FY30 | | FY22 | FY23 | FY24 | FY25 | FY30 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lucid | 53.0x | 14.5x | 8.4x | 6.2x | 1.1x | 105% | -18.7x | -21.4x | -36.2x | -70.7x | 6.1x |
| Rivian | 10.7x | 3.0x | 1.6x | 1.1x | 0.3x | 111% | -4.3x | -6.4x | -15.6x | -103.1x | 3.4x |
| | | | | | | | | | | | |
| Tesla | 11.2x | 8.0x | 6.6x | 5.9x | 2.7x | 23% | 47.3x | 32.7x | 26.0x | 21.9x | 9.2x |
| Xpeng | 3.2x | 1.9x | 1.3x | 0.9x | 0.3x | 52% | | | 267.5x | 15.8x | 2.5x |
| NIO | 3.4x | 1.9x | 1.4x | 1.1x | 0.7x | 45% | | 5100.0x | 35.2x | 17.5x | |
| Li Auto | 3.8x | 2.1x | 1.4x | 1.0x | 0.5x | 56% | | 54.7x | 24.5x | 11.6x | 4.0x |
| Polestar | 7.5x | 2.8x | 1.4x | 1.0x | | 93% | -25.2x | 114.9x | 20.9x | 9.6x | |
| BEV OEM average | 5.4x | 3.4x | 2.7x | 2.2x | 1.1x | 44% | 47.3x | 1729.1x | 88.3x | 16.7x | 5.3x |
| | | | | | | | | | | | |
| BMW | 1.0x | 1.0x | 0.9x | 0.9x | | 4% | 6.6x | 6.5x | 6.2x | 5.9x | |
| Ford | 0.4x | 0.3x | 0.3x | 0.3x | | 4% | 3.5x | 3.2x | 3.0x | 2.9x | |
| GM | 0.4x | 0.4x | 0.4x | 0.3x | | 5% | 3.4x | 3.4x | 3.1x | 3.3x | |
| VW | 0.3x | 0.3x | 0.3x | 0.2x | | 4% | 1.7x | 1.7x | 1.6x | 1.5x | |
| Legacy OEM average | 0.5x | 0.5x | 0.5x | 0.5x | | 4% | 3.8x | 3.7x | 3.5x | 3.4x | |

*Note: Consensus sales and EBITDA estimates for all companies except Lucid and Rivian where Redburn estimates are used. Polestar uses management guidance.*
*Source: Redburn, Bloomberg*

## How our forecasts have changed

**Lucid Redburn new forecasts vs old forecasts**

| $m | ---------- FY22e ---------- | | | ---------- FY23e ---------- | | | ---------- FY24e ---------- | | | ---------- 2Q22e ---------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New | Old | % diff. | New | Old | % diff. | New | Old | % diff. | Rptd. | Old | % diff. |
| Deliveries (units) | 4,143 | 10,343 | -59.9% | 19,225 | 26,256 | -26.8% | 30,375 | 42,417 | -28.4% | 699 | 1,300 | -46.2% |
| Total revenues | 589 | 1,203 | -51.0% | 2,157 | 2,818 | -23.4% | 3,700 | 4,793 | -22.8% | 97 | 192 | -49.2% |
| | | | | | | | | | | | | |
| Gross profit | (610) | (362) | -68.4% | (110) | 87 | -225.9% | 488 | 815 | -40.1% | (195) | (103) | -88.8% |
| | | | | | | | | | | | | |
| Adj. EBITDA | (1,667) | (1,426) | -17.0% | (1,455) | (1,281) | -13.6% | (861) | (565) | -52.5% | (411) | (339) | -21.3% |
| % margin | -283.1% | -118.6% | na | -67.5% | -45.5% | na | -23.3% | -11.8% | na | -422.4% | -176.8% | na |
| | | | | | | | | | | | | |
| Net income | (1,612) | (1,479) | -9.0% | (2,600) | (2,109) | -23.3% | (2,376) | (1,476) | -60.9% | (220) | (449) | 50.9% |
| EPS ($) | (0.97) | (0.89) | -8.2% | (1.53) | (1.26) | -21.3% | (1.37) | (0.88) | -55.8% | (0.13) | (0.27) | 52.0% |
| | | | | | | | | | | | | |
| FCF | (4,074) | (4,183) | 2.6% | (3,659) | (3,540) | -3.4% | (4,059) | (3,787) | -7.2% | (823) | (886) | 7.0% |

*Source: Redburn*

## How we compare to consensus

**Lucid Redburn forecasts vs consensus**

| $m | ---------- FY22e ---------- | | | ---------- FY23e ---------- | | | ---------- FY24e ---------- | | | ---------- 2Q22e ---------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New | Cons. | % var. | New | Cons. | % var. | New | Cons. | % var. | Rptd. | Cons. | % var. |
| Deliveries (units) | 4,143 | 11,096 | -62.7% | 19,225 | 31,809 | -39.6% | 30,375 | 60,919 | -50.1% | 699 | 1,011 | -33.6% |
| Total revenues | 589 | 1,365 | -56.8% | 2,157 | 3,484 | -38.1% | 3,700 | 6,718 | -44.9% | 97 | 160 | -39.2% |
| | | | | | | | | | | | | |
| Gross profit | (610) | (541) | -12.6% | (110) | 259 | -142.5% | 488 | 1,045 | -53.2% | (195) | (192) | -1.8% |
| | | | | | | | | | | | | |
| Adj. EBITDA | (1,667) | (1,359) | -22.7% | (1,455) | (1,123) | -29.5% | (861) | (189) | -356.1% | (411) | (363) | -13.4% |
| % margin | -283.1% | -99.6% | na | -67.5% | -32.2% | Na | -23.3% | -2.8% | na | -422.4% | -266.6% | na |
| | | | | | | | | | | | | |
| Net income | (1,612) | (1,891) | 14.7% | (2,600) | (1,920) | -35.4% | (2,376) | (1,266) | -87.6% | (220) | (602) | 63.4% |
| EPS ($) | (0.97) | (1.19) | 19.2% | (1.53) | (1.08) | -41.3% | (1.37) | (0.67) | -103.2% | (0.13) | (0.39) | 66.9% |
| | | | | | | | | | | | | |
| FCF | (4,074) | (3,690) | -10.4% | (3,659) | (3,128) | -17.0% | (4,059) | (2,375) | -70.9% | (823) | (902) | 8.7% |

*Source: Redburn, Visible Alpha*

**Click here for latest Analyst Model:** Lucid Group

**Important note: this information is covered by our standard regulatory statement which is printed on all published research and is displayed on www.redburn.com. Redburn (Europe) Limited is authorised and regulated by the Financial Conduct Authority**