**KESSLER TOPAZ MELTZER**
     **& CHECK, LLP**
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

-and-

Margaret E. Mazzeo (appearance *pro hac vice*)
(mmazzeo@ktmc.com)
Evan R. Hoey (appearance *pro hac vice*)
(ehoey@ktmc.com)
Farai Vyamucharo-Shawa (appearance *pro hac vice*)
(fshawa@ktmc.com)
Aubrie L. Kent (appearance *pro hac vice*)
(akent@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and*
*Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 3:22-cv-02094-AMO |
| | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY MEDIATION DEADLINE** |
| | <u>CLASS ACTION</u> |
| | Courtroom:  10, 19th Floor<br>Judge:       Hon. Araceli Martínez-Olguín |

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY MEDIATION DEADLINE

Pursuant to Civil Local Rules 6-1(b) and 6-2, and in accordance with the Court's Standing Order for Civil Cases (the "Standing Order") and the Court's July 10, 2025 Case Management Scheduling Order (Dkt. No. 146) (the "Scheduling Order"), Lead Plaintiff Sjunde AP-Fonden ("AP7" or "Lead Plaintiff") and Defendants Lucid Group, Inc. ("Lucid") and Peter Rawlinson (together, "Defendants" and collectively with Lead Plaintiff, the "Parties") by and through their undersigned counsel, and subject to the Court's approval, agree and stipulate as follows:

WHEREAS, on September 20, 2024, Lead Plaintiff filed an amended consolidated class action complaint (the "Amended Consolidated Complaint") (Dkt. No. 108);

WHEREAS, on May 22, 2025, the Court issued an order granting in part and denying in part Defendants' motion to dismiss the Amended Consolidated Complaint (Dkt. No. 130);

WHEREAS, on July 10, 2025, the Court entered the Scheduling Order setting a case schedule for fact and expert discovery, class certification, dispositive motions, and an initial private mediation session, among other deadlines (Dkt. No. 146);

WHEREAS, the deadline for the Parties' initial private mediation session is currently July 17, 2026;

WHEREAS, the Parties have agreed to retain the Honorable Layn R. Phillips (Ret.) to mediate this case and have agreed to participate in an in-person mediation session before Judge Phillips;

WHEREAS, the first date on which Judge Phillips, counsel for Plaintiff and Defendants, and counsel for the other interested parties are all available is July 24, 2026;

WHEREAS, the Parties respectfully submit that good cause exists for a modest one-week extension of the mediation deadline;

WHEREAS, the requested extension will not have any effect on the remainder of the case schedule;

WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." In deciding whether good cause exists, Courts in this Circuit commonly consider the following factors: "the diligence of the party seeking the amendment," "the existence or degree of prejudice to the party opposing the modification," and "the moving party's reasons

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY MEDIATION DEADLINE

for seeking modification." *Chang v. Cashman*, 723 F. Supp. 3d 772, 778-79 (N.D. Cal. 2024) (Martínez-Olguín, J.) (citations omitted);

WHEREAS, the Parties submit that the above-mentioned factors weigh in favor of granting the requested extension because: (i) the Parties agree that the mediation deadline should be extended, which ameliorates any concerns of prejudice; (ii) the Parties have promptly sought the requested extension; and (iii) the Parties request that the mediation deadline be extended to accommodate the schedules of Judge Phillips, counsel for the Parties, and all other interested parties;

WHEREAS, the Parties therefore assert that good cause exists for a modest one-week extension of the mediation deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that the mediation deadline should be extended as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for initial private mediation session | July 17, 2026 | July 24, 2026 |

Dated: May 18, 2026                                          Respectfully submitted,

**KESSLER TOPAZ**                                   **QUINN EMANUEL URQUHART &**
**MELTZER & CHECK, LLP**                      **SULLIVAN, LLP**

*/s/ Stacey M. Kaplan*                                  */s/ Shon Morgan*
Stacey M. Kaplan (Bar No. 241989)[1]       Shon Morgan (Bar No. 187736)
One Sansome Street, Suite 1850                865 S. Figueroa St., 10th Floor
San Francisco, CA 94104                          Los Angeles, CA 90017
Tel: (415) 400-3000                                   Tel: (213) 443-3000
Fax: (415) 400-3001                                  Fax: (213) 443-3100
skaplan@ktmc.com                                   shonmorgan@quinnemanuel.com

        -and-                                                        -and-

Margaret E. Mazzeo                                  Kurt Wolfe
(appearance *pro hac vice*)                         (appearance *pro hac vice*)
Evan R. Hoey                                             555 13th Street NW, Suite 600
(appearance *pro hac vice*)                         Washington, D.C. 20004
Farai Vyamucharo-Shawa                          Tel: (202) 538-8000
(appearance *pro hac vice*)                         Fax: (202) 538-8100

---

[1]        In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY MEDIATION DEADLINE

Aubrie L. Kent
(appearance *pro hac vice*)
mmazzeo@ktmc.com
ehoey@ktmc.com
fshawa@ktmc.com
akent@ktmc.com

280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and
Lead Counsel for the Putative Class*

kurtwolfe@quinnemanuel.com

Ryan P. Gorman
(appearance *pro hac vice*)
111 Huntington Ave., Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
ryangorman@quinnemanuel.com

*Counsel for Defendants Lucid Group, Inc. and
Peter Rawlinson*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY MEDIATION DEADLINE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____5/18/2026_____

HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

4                        Case No. 3:22-cv-02094-AMO
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY MEDIATION DEADLINE