**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (SBN 187736)
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
shonmorgan@quinnemanuel.com

Kurt E. Wolfe (admitted *pro hac vice*)
kurtwolfe@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8100

Ryan P. Gorman (admitted *pro hac vice*)
ryangorman@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100

*Counsel for Defendants Lucid Group, Inc.*
*and Peter Rawlinson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 4:22-cv-02094-AMO |
| This Document Relates to: All Actions | CLASS ACTION |
| | **STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |
| | Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-3(d), defendants respectfully submit this Statement of Recent Decision in support of their Opposition To Motion For Class Certification (Dkt. 174).

A true and correct copy of the slip copy of *Off. of Gen. Treasurer on behalf of Emps. Ret. Sys. v. Boeing Co.*, No. 25-1492, 2026 WL 2083048 (4th Cir. July 20, 2026) is attached as Exhibit A.

DATED: August 12, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Shon Morgan*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (SBN 187736)
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
shonmorgan@quinnemanuel.com

Kurt E. Wolfe (admitted *pro hac vice*)
kurtwolfe@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8100

Ryan P. Gorman (admitted *pro hac vice*)
ryangorman@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100

*Counsel for Defendants Lucid Group, Inc. and Peter Rawlinson*

-1-

Case No. 4:22-cv-02094-AMO

STATEMENT OF RECENT DECISION