**KESSLER TOPAZ MELTZER & CHECK, LLP**
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
Amelia Cook (Bar No. 359635)
(acook@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

-and-

David A. Bocian (appearance *pro hac vice*)
(dbocian@ktmc.com)
Margaret E. Mazzeo (appearance *pro hac vice*)
(mmazzeo@ktmc.com)
Aubrie L. Kent (appearance *pro hac vice*)
(akent@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and Lead Counsel for the Putative Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re Lucid Group, Inc. Securities Litigation | Case No. 4:22-cv-02094-AMO<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>CLASS ACTION<br><br>Courtroom: 5, 2nd Floor<br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff respectfully submits this Statement of Recent Decision in further support of Plaintiff's Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel (Dkt. No. 174). A true and correct copy of the Ninth Circuit's order in *AMI – Gov't Emps. Provident Fund Mgmt. Co. Ltd. v. Alphabet Inc.*, No. 26-3548 (9th Cir. Aug. 26, 2026), Dkt. 24.1, is attached hereto as Exhibit A.

Dated: September 10, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Stacey M. Kaplan*
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
Amelia Cook (Bar No. 359635)
(acook@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

-and-

David A. Bocian (appearance *pro hac vice*)
(dbocian@ktmc.com)
Margaret E. Mazzeo (appearance *pro hac vice*)
(mmazzeo@ktmc.com)
Aubrie L. Kent (appearance *pro hac vice*)
(akent@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and Lead Counsel for the Putative Class*

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD.; et al.,

Plaintiffs - Respondents,

v.

ALPHABET INC.; et al.,

Defendants - Petitioners.

No. 26-3548

D.C. No.
3:23-cv-01186-RFL
Northern District of California,
San Francisco

ORDER

Before: SCHROEDER, CHRISTEN, and COLLINS, Circuit Judges.
Order by Judges SCHROEDER and CHRISTEN; Dissent by Judge COLLINS.

The motion (Docket Entry No. 19) to file a corrected petition is granted.

The motion (Docket Entry No. 20) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).

Judge Collins dissents and would grant the petition for permission to appeal.