United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LUCID GROUP, INC. SECURITIES LITIGATION

Case No. 22-cv-02094-AMO

**ORDER REGARDING PENDING SEALING MOTIONS**

Re: Dkt. Nos. 178, 180, 188

Now pending before the Court are several sealing motions regarding certain documents submitted in connection with Lead Plaintiff's Motion for Class Certification. Having considered the parties' submissions, and given the compelling reasons set forth therein, the Court rules as follows:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted/Denied |
|---|---|---|---|---|---|---|---|
| Ex. 30 - Lucid's Supplemental Responses and Objections to Plaintiff's Interrogatories Nos. 4–6 | 179-31 | 178-2 | 178-1 | Defendants | Partial | Page 7, lines 12-27: The highlighted portion depicts a snapshot of an internal Lucid production ramp curve reflecting Lucid's projected manufacturing volumes and ramp-up planning. The | **GRANTED.** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | highlighted portion concerns sensitive and confidential business strategy and competitive analysis information. | |
| Ex. 31 - Email correspondence, dated November 9, 2021, produced by defendants with Bates LUCIDGROUP0075102 | 179-32 | 178-3 | 178-1 | Defendants | Full | Pages 2 and 3 depict internal Lucid production ramp curves reflecting Lucid's projected manufacturing volumes and ramp-up planning. The ramp curves concern sensitive and confidential business strategy and competitive analysis information.<br><br>The remaining page contains both discussions about these ramp curves and Lucid employee PII such as names and email addresses, | **GRANTED.** |
| Ex. 34 - Email correspondence, dated February 5, 2022, produced by defendants with Bates LUCIDGROUP0022798 | 179-35 | 178-4 | 178-1 | Defendants | Full | Pages 2–4 depict internal Lucid production ramp curves reflecting Lucid's projected manufacturing volumes and ramp-up planning. The ramp curves concern | **GRANTED.** |



United States District Court
Northern District of California

United States District Court
Northern District of California

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | sensitive and confidential business strategy and competitive analysis information.<br><br>The remaining pages contains both discussions about these ramp curves and Lucid employee PII such as names and email addresses. | |
| Ex. 37 - Email correspondence, dated August 1, 2022, produced by defendants with Bates LUCIDGROUP004863 8 | 179-38 | 178-5 | 178-1 | Defendants | Full | Pages 3–10 depict internal Lucid production ramp curves reflecting Lucid's projected manufacturin g volumes and ramp-up planning. The ramp curves concern sensitive and confidential business strategy and competitive analysis information.<br><br>The remaining pages contain both discussions about these ramp curves and Lucid employee PII such as names and email addresses, | **GRANTED.** |

United States District Court
Northern District of California

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendants' Opposition to Plaintiff's Motion for Class Certification | 181-2 | 180-2 | 181-1 | Lead Plaintiff | Partial<br><br>9:9-11, 17-24; 16:26-28; 17:1-8; 20:1-2 | Descriptions of and citations to information that reflect sensitive business processes and confidential business information. | **GRANTED.** |
| Ex. 1 - Expert Report of Christopher James, Ph.D., | 179-2 | 180-3 | | Lead Plaintiff | | | **DENIED.** Lead Plaintiff declined to seek sealing; unredacted copy filed at 207-1. |
| Ex. 38 - Lead Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, dated October 31, 2025 | 181-3 | 180-4 | 181 | Lead Plaintiff | Partial<br><br>6:9-20; 5:1-12; 5, n.1 | Descriptions of and citations to confidential business information and the personal identifying information of FEs. | **GRANTED.** |
| Ex. 39 - Pirjo Andréasson Deposition Transcript | 181-4 | 180-5 | 181 | Lead Plaintiff | Partial<br><br>Portions reflecting personal identifying information of AP7 personnel at: 17:18, 20; 18:10, 15, 18; 19:7-10, 12, 14, 22; 20:15, 24; 21:3, 20; 22:10, 16; 23:19; 24:19, 23; 25:2, 5, 7, 16, 18, 22, 25; 26:10-11; 27:8, 10, 12, 21; 28:16, 17, 22; 78:21; 79:13, 18; 132:19; 133:2; | Descriptions of AP7's sensitive business processes and confidential business information, and the personal identifying information of AP7 personnel. | **DENIED WITHOUT PREJUDICE.** Lead Plaintiff shall resubmit an unredacted copy with redactions highlighted. Also, while it seems appropriate to seal information concerning Lead Plaintiff's investment strategies and names of employees tangentially related to the merits, it is not obvious why other information (e.g., the information on deposition pages 5 through 7) is sufficiently confidential to |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 152:11, 17, 21; 154:21-22; Index: Pages 1-45<br><br>Portions reflecting AP7's sensitive business processes and confidential business information at: 5:16-19, 25; 6:1-6, 18-20; 7:18-25; 8:1; 20:4-5; 23:3-8; 26:1-8, 13-25; 27:1-2; 28:22-25; 29:1-20; 36:15-25; 37:1-3, 8-18; 40:17-25; 41:1-45:20; 49:4-10; 55:14-25; 56:1-6; 60:22-25; 61:1-65-25; 66:2-25; 67:1-16; 69:17-18; 70:19-25; 71:1-8; 72:9-13; 74:22-24; 76:20-24; 78:17-18; 80:4-12; 81:20-25; 82:1-5; 86:2-3; 88:1-4, 16-25; 89:1-3; 92:22; 93:3; 93:9; 94:4-6; 96:23-25; 97:1-13, 19-25; 98:1-2; 100:4-5; 102:5-6; 106:5-13; 107:20-25; | | justify sealing. |



United States District Court
Northern District of California

United States District Court
Northern District of California

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 108:1-11, 15-25; 109:1-25; 110:1-25; 111:1, 10-13; 112:2, 23-25; 113:1-131:25; 132:1-8, 10, 14, 20-21; 133:9, 12-19; 134:5-25; 135:1-139:16; 140:17-25; 141:1-25; 142:1-25; 143:1-25; 144:1-14, 23-25; 145:3-25; 146:1-25; 147:1-6, 24-25; 148:9-10, 14-15; 151:9-12, 15-23; 152:19-20; 153:9-13, 19-20; 158:5-10, 24-25; 159:1-5; 170:15-23; 172:9-20; 173:18-19; 174:6-13; 175:16-18; 176:2-5; 184:6-7, 23-25; 185:1-5; 187:8-17; Index: Pages 1-45 | | |
| Ex. 40 - Agreement between Sjunde AP-Fonden and one of its investment managers, produced by plaintiff with Bates AP7_00000030 | 179-41 | 180-6 | 181 | Lead Plaintiff | Full | Descriptions of and citations to confidential business information. | **GRANTED.** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ex. 41 - Agreement between Sjunde AP-Fonden and one of its investment managers, produced by plaintiff with Bates AP7_00000189 | 179-42 | 180-7 | 181 | Lead Plaintiff | Full | Descriptions of and citations to confidential business information. | **GRANTED.** |
| Ex. 42 - Agreement between Sjunde AP-Fonden and one of its investment managers, produced by plaintiff with Bates AP7_00000212 | 179-43 | 180-8 | 181 | Lead Plaintiff | Full | Descriptions of and citations to confidential business information. | **GRANTED.** |
| Ex. 43 - Agreement between Sjunde AP-Fonden and one of its investment managers, produced by plaintiff with Bates AP7_00000350 | 179-44 | 180-9 | 181 | Lead Plaintiff | Full | Descriptions of and citations to confidential business information. | **GRANTED.** |
| Ex. 44 - Email correspondence between counsel for one of AP7's investment managers and counsel for defendants, dated April 3, 2026 | 179-45 | 180-10 | 181 | Lead Plaintiff | Full | Descriptions of and citations to confidential business information. | **GRANTED.** |
| Ex. 45 - Email correspondence between counsel for one of AP7's investment managers and counsel for defendants, dated April 10, 2026 | 179-46 | 180-11 | 181 | Lead Plaintiff | Full | Descriptions of and citations to confidential business information. | **GRANTED.** |
| Ex. 46 - Dr. Zachary Nye Deposition Transcript | 181-5 | 180-12 | 181 | Lead Plaintiff | Partial<br><br>49:14-25<br>50:1<br>185:24-25<br>186:1-25<br>187:1-25<br>188:1-6 | Descriptions of a non-party's confidential financial information. | **DENIED.** Generic information about ETFs that Dr. Nye invests in is not sufficiently private to justify sealing. |
| Plaintiff's Reply in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel | 186 | 188-2 | 188 | Plaintiff | Portions that quote and refer to Confidential Material in Exhibit 12 and Defendants' Exhibits 44 and 45, or that would otherwise reveal confidential | Descriptions of and citations to confidential business information. | **GRANTED.** |



United States District Court
Northern District of California

United States District Court
Northern District of California

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | business information, at:<br>10 n.6;<br>10:25-11:1;<br>11 n.7 | | |
| Exhibit 12 | N/A | 188-3 | 188 | Plaintiff | Entire document | Descriptions of confidential business information. | **GRANTED.** |

By **October 9, 2026**, Lead Plaintiff shall file (1) an unredacted copy of the Nye deposition transcript, Dkt. No. 180-12; and (2) a renewed administrative motion to seal the Andréasson deposition transcript, Dkt. No. 180-5.

**IT IS SO ORDERED.**

Dated: September 29, 2026

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge